Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. A06-_____ CI <br><br> **COMPLAINT** <br> **(Miller Act Payment Bond)** |

Use-Plaintiff Ferguson Enterprises, Inc. (hereinafter "FEI"), by and through its counsel of record, states and alleges as follows:

1. Use-Plaintiff FEI is a foreign corporation which is properly registered/licensed to do business as a foreign corporation in Alaska. FEI is fully qualified to bring and maintain this action under the laws of the State of Alaska, having paid its last annual taxes and filed its last biennial report required to maintain its good standing under the Alaska corporation's code.

2. Upon information and belief, Defendant Safeco Insurance Company of America (hereinafter referred to as "Safeco") is a foreign insurance company authorized to do business in the State of Alaska.

3. In compliance with the Miller Act, 40 U.S.C. §270b, Neeser Construction, Inc., as principal, (hereinafter "Neeser") and Defendant Safeco, as surety, executed payment and performance bonds for the protection of all persons supplying labor and material in the prosecution of the work on a public works project of the United States Government/U.S. Army Corps of Engineers known as the Fort Wainwright Alert Holding Facility at Fort Wainwright, Alaska, Prime Contract No. DACA85-02-D-0012 (hereinafter "the Project").

4. Use-Plaintiff is within the class of persons protected by the payment bond.

5. This court has jurisdiction of this action pursuant to 40 U.S.C. §207(b). This suit is brought in the name of the United States of America for the use and benefit of FEI and has been commenced within one year of the day on which the last of the labor was performed, equipment furnished, or material supplied to the Project by FEI (for which the claim is made).

6. On or about March 10, 2004 the United States Government, through the U.S. Army Corps of Engineers, contracted with Neeser of the Project located at Fort Wainwright, which is in the District of Alaska. Neeser agreed to provide all labor, materials, and equipment required for the construction of the Project, as referenced in the prime contract between Neeser and the United States Government.

7. On or about March 10, 2004, in compliance with 40 U.S.C. §270(a)(2), Safeco issued Payment Bond No. 6255769 (hereinafter "Bond") for the protection of persons supplying labor, equipment, or materials in prosecution of the work provided for by the prime contract. Said Bond is now, and at all times pertinent hereto has been, in full force and effect.

8. FEI furnished building materials directly to a 1st tier subcontractor of Neeser. Those building materials were used in the prosecution of the work provided for by the prime contract on the Project. FEI furnished the subject materials to Neeser's subcontractor Graystar Mechanical, Inc. ("Graystar").

9. FEI has not been paid for certain building materials it furnished to Graystar in the prosecution of the work provided for by the prime contract. FEI is presently owed the sum of $113,911.94, plus service charge, for said materials.

10. Despite demand, Neeser and Graystar have failed and refused to pay FEI the present principal balance due and owing in the sum of $113,911.94, plus service charge, on account of materials furnished to Graystar by FEI and used on the Project. FEI has complied with all requirements of the Federal Miller Act, including providing written notice of its claim to Neeser by registered and/or certified mail.

11. By reason of Graystar and Neeser's failure to make payment for the materials supplied by FEI, Defendant Safeco, in its capacity as surety and on the basis of the subject Miller Act Payment Bond, is presently liable to FEI in the amount of at least

$113,911.94, together with allowable prejudgment interest, costs, and attorney's fees as may be allowed by law.

12.     Less than one (1) year has elapsed after the date on which the last of the materials were furnished by FEI before the filing of this action and for which claim is made.

13.     Defendant Safeco is presently liable to FEI in the amount of at least $113,911.94, plus service charges and attorney's fees as allowed by law.  Pursuant to the Miller Act, Defendant Safeco and its Payment Bond are liable for the sums referenced in this paragraph which are owing to FEI for and materials supplied on the Project by FEI.

**WHEREFORE**, Use-Plaintiff Ferguson Enterprises, Inc. prays for judgment against Defendant Safeco Insurance Company of America (and its Payment Bond No. 6255769) as follows:

1.     For judgment against Defendant Safeco Insurance Company of America and its Payment Bond No. 6255769 in the principal sum of at least $113,911.94, together with any allowable service charges, interest, costs, and attorney's fees as allowed by law.

2.     For such other and further relief as the Court deems just and equitable in the premises.

DATED this 4th day of January, 2006, at Anchorage, Alaska.

        HOLMES WEDDLE & BARCOTT, P.C.
        Attorneys for Use-Plaintiff
        Ferguson Enterprises, Inc.


        By:   /s/ Grant E. Watts
             Grant E. Watts
             Alaska Bar No. 8609090