Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail: gwatts@hwb-law.com

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06-cv-00001-RRB <br><br> **AFFIDAVIT REGARDING PROOF OF SERVICE** <br> [Fed. R. Civ. P. 4(l)] |

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

      TINA M. HARDWICK, being first duly sworn upon oath, deposes and states as follows:

      1.    I am employed as a legal assistant with the law offices of Holmes Weddle & Barcott (A Professional Corporation). Holmes Weddle & Barcott is counsel of record for Use-Plaintiff in this action.

2. I make this Affidavit pursuant to the requirements of Fed. R. Civ. P. 4(l).

3. Service of the Summons and Complaint upon Defendant Safeco Insurance Company of America and its Payment Bond No. 6255769 was made according to the provisions of AS 21.09.190. As attested by the accompanying Certificate of Service from the State of Alaska's Division of Insurance (Exhibit A), service of process was received by the Division of Insurance and forwarded to Defendant Safeco Insurance Company of America on January 9, 2006. Service of process was therefore effected upon Defendant Safeco Insurance Company of America on January 9, 2006, as provided by AS 21.09.190(b).

DATED this 3rd day of February, 2006, at Anchorage, Alaska.

_____
Tina M. Hardwick

SUBSCRIBED AND SWORN TO before me this 3 day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 8/27/2009

OFFICIAL SEAL
State of Alaska
IDA MAE D. WESTFALL
NOTARY PUBLIC
My Commission Expires 8/27/2009

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666