Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br>Use-Plaintiff, <br><br>vs. <br><br>SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br>Defendant. | Case No. A06-0001 CV <br><br><br><br><br><br><br><br>ENTRY OF APPEARANCE |

Oles Morrison Rinker & Baker LLP, hereby enters its appearance in the above-captioned action on behalf of defendant Safeco Insurance Company of America and requests that all pleadings filed in this action be served on it at 745 West 4th Avenue, Suite 502, Anchorage, Alaska 99501.

Dated: February 13, 2006         OLES MORRISON RINKER & BAKER LLP
                                 Attorneys for Defendant


                                 By: s/Julia M. I. Holden
                                     Julia M. I. Holden
                                     holden@oles.com
                                     Alaska Bar No. 0310046
                                     745 West 4th Avenue, Suite 502
                                     Anchorage, AK 99501
                                     Phone: (907) 258-0106
                                     Fax:   (907) 258-5519


P-JMH 001 EOA 021306

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2006, a true and correct copy of the foregoing was served electronically on:

Grant E. Watts
gwatts@hwb-law.com
Holmes Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP


By: s/Julia M. I. Holden

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. A06-0001 CV
Entry of Appearance -- Page 2 of 2