Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., | ) ) ) |
| | ) |
| Use-Plaintiff, | ) ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, | ) ) ) ) |
| Defendant. | ) ) |

Case No. A06-0001 CV

ANSWER

        Safeco Insurance Company of America and its Payment Bond No. 6255769 ("Safeco"), by and through its attorneys of record Oles Morrison Rinker & Baker LLP, hereby submits its answer paragraph by paragraph.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1    1.    Safeco has insufficient information upon which to

2  form a belief regarding the truth or falsity of the allegations

3  contained in paragraph 1 of plaintiff's complaint and,

4  therefore, denies the same.

5

6    2.    Safeco admits the allegations contained in

7  paragraph 2 of plaintiff's complaint.

8

9    3.    Safeco admits it and Neeser Construction, Inc.

10  ("NCI") executed bonds under the Miller Act for the Project.

11  Safeco denies the remaining allegations contained in paragraph 3

12  of plaintiff's complaint.

13

14    4.    Safeco denies the allegations contained in

15  paragraph 4 of plaintiff's complaint.

16

17    5.    Safeco admits the allegations contained in

18  paragraph 5 of plaintiff's complaint.

19

20    6.    Safeco admits the allegations contained in

21  paragraph 6 of plaintiff's complaint.

22    7.    Safeco admits that on or about March 10, 2004, in

23  compliance with 40 U.S.C. § 270(a)(2), it issued Payment Bond

24  No. 6255769 for the protection of certain persons meeting the

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

requirements of the Miller Act.  Safeco admits said bond is still in effect.  Safeco denies the remaining allegations contained in paragraph 7 of plaintiff's complaint.

8.  Safeco admits that Ferguson Enterprises, Inc. ("Ferguson") provided certain materials to Graystar Mechanical, Inc. ("Graystar"), some of which were used for this project and denies the remaining allegations contained in paragraph 8 of plaintiff's complaint.

9.  Safeco denies the allegations contained in paragraph 9 of plaintiff's complaint.

10.  Safeco admits NCI has not paid certain sums Ferguson alleges it is owed.  Safeco lacks knowledge as to Graystar's actions and therefore denies the allegations as they pertain to Graystar.  Safeco further admits it was provided with a document purporting to be written notice of the amounts Ferguson alleges are due.  Safeco denies the remaining allegations contained in paragraph 10 of plaintiff's complaint.

11.  Safeco denies the allegations contained in paragraph 11 of plaintiff's complaint.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. A06-0001 CV
Answer -- Page 3 of 6

12.   Safeco admits the allegations contained in paragraph 12 of plaintiff's complaint.

13.   Safeco denies the allegations contained in paragraph 13 of plaintiff's complaint.

### AFFIRMATIVE DEFENSES

1.   Plaintiff failed to state a claim on which relief can be granted against Safeco.

2.   Any damages sustained by plaintiff were the result, in whole or in part, of plaintiff's own conduct.

3.   Plaintiff failed to mitigate its damages.

4.   Plaintiff's claims are barred or reduced as against Safeco because the claims are subject to setoff or recoupment.

5.   Plaintiff's claims are barred by the doctrines of estoppel, estoppel in pais, waiver, and unclean hands.

6.   Plaintiff's damages, if any, result entirely from the actions of persons or parties other than Safeco.

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. A06-0001 CV
Answer -- Page 4 of 6

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

7.    Plaintiff failed to comply with all conditions precedent to payment and therefore is not entitled to recovery.

8.    Safeco asserts all affirmative defenses available to its principal.

9.    Safeco's liability, if any, is limited to the penal sum of the payment bond as reduced by any prior payments.

10.    Safeco reserves the right to assert or plead other and additional affirmative defenses, cross-claims, and/or counterclaims following a reasonable period of discovery.

PRAYER FOR RELIEF

WHEREFORE, having answered plaintiff's complaint, Safeco prays for relief as follows:

1.    That this action be dismissed with prejudice;

2.    That Safeco be awarded its costs and attorneys' fees incurred in defending this action; and

3.    That Safeco be awarded any other relief this court deems just and reasonable.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Dated:  February 13, 2006          OLES MORRISON RINKER & BAKER LLP
                                   Attorneys for Defendant


                                   By: s/Julia M. I. Holden
                                       Julia M. I. Holden
                                       holden@oles.com
                                       Alaska Bar No. 0310046
                                       745 West 4th Avenue, Suite 502
                                       Anchorage, AK 99501
                                       Phone: (907) 258-0106
                                       Fax:  (907) 258-5519

P-JMH 001 Safeco Answer 021306

              CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of
February, 2006, a true and correct copy
of the foregoing was served
electronically on:

Grant E. Watts
gwatts@hwb-law.com
Holmes Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP


By: s/Julia M. I. Holden