Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. A06-0001 CV |

RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, defendant Safeco Insurance Company of America ("Safeco"), by and through counsel Oles Morrison Rinker & Baker LLP, states that Safeco is a corporation organized under the laws of the State of Washington,

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

with principal offices at Seattle, Washington.  Safeco is a wholly owned subsidiary of Safeco Corporation, which is also a Washington corporation, with principal offices at Seattle, Washington.  Safeco Corporation is a publicly held corporation.

Dated:  April 7, 2006         OLES MORRISON RINKER & BAKER LLP
                              Attorneys for Defendant

                              By: s/[name of registrant]
                                  Julia M. I. Holden
                                  holden@oles.com
                                  Alaska Bar No. 0310046
                                  745 West 4th Avenue, Suite 502
                                  Anchorage, AK 99501
                                  Phone: (907) 258-0106
                                  Fax:   (907) 258-5519

P-JMH 002 DIS Rule 7.1 040706 101400010

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, a true and correct copy of the foregoing was served electronically on:

Grant E. Watts
gwatts@hwb-law.com
Holmes Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: s/[name of password registrant]

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. A06-0001 CV
Rule 7.1 Disclosure -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519