Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC.,<br><br>            Use-Plaintiff,<br><br>    vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769,<br><br>            Defendant. | Case No. A06-0001 CV<br><br>NOTICE OF CORRECTED FILING |

   Safeco Insurance Company of America and its Payment Bond No. 6255769 ("Safeco"), by and through its attorneys of record Oles Morrison Rinker & Baker LLP, gives notice of filing a corrected final page for its Rule 7.1 Corporate Disclosure

filed herein on April 7, 2006.  Attached is the corrected signature page for Safeco's corporate disclosure.

Dated:  April 11, 2006         OLES MORRISON RINKER & BAKER LLP
                               Attorneys for Defendant

                               By: s/Julia M. I. Holden
                                   Julia M. I. Holden
                                   holden@oles.com
                                   Alaska Bar No. 0310046
                                   745 West 4th Avenue, Suite 502
                                   Anchorage, AK 99501
                                   Phone: (907) 258-0106
                                   Fax:   (907) 258-5519

P-JMH 002 NOT corrected p.2 041106 101400010

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2006, a true and correct copy of the foregoing was served electronically on:

Grant E. Watts
gwatts@hwb-law.com
Holmes Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. A06-0001 CV
Notice of Corrected Filing -- Page 2 of 2