with principal offices at Seattle, Washington.  Safeco is a wholly owned subsidiary of Safeco Corporation, which is also a Washington corporation, with principal offices at Seattle, Washington.  Safeco Corporation is a publicly held corporation.

Dated:  April 7, 2006               OLES MORRISON RINKER & BAKER LLP
                                    Attorneys for Defendant

                                    By: s/Julia M. I. Holden
                                        Julia M. I. Holden
                                        holden@oles.com
                                        Alaska Bar No. 0310046
                                        745 West 4th Avenue, Suite 502
                                        Anchorage, AK 99501
                                        Phone: (907) 258-0106
                                        Fax:   (907) 258-5519

P-JMH 002 DIS Rule 7.1 040706 101400010

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, a true and correct copy of the foregoing was served electronically on:

Grant E. Watts
gwatts@hwb-law.com
Holmes Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. A06-0001 CV
Rule 7.1 Disclosure -- Page 2 of 2