Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06:cv-00001-RRB |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to D.Ak.L.R. 83.1(f), Use-Plaintiff Ferguson Enterprises, Inc. ("Ferguson"), hereby moves this Court to authorize the withdrawal of its present counsel, Grant E. Watts of Holmes, Weddle & Barcott, P.C., and the substitution of such counsel with Michael R. Mills and Michael A. Grisham of Dorsey & Whitney LLP. The undersigned represent that the client has consented to this withdrawal and substitution, that it is supported by good cause, and it will not result in prejudice to any party.

DATED this 13th day of April, 2006, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.

By: _____
Grant E. Watts, Esq. #8609090

DATED this 13th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY, LLP

By: _____
Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104

CERTIFICATE OF SERVICE

This certifies that on this 13th day of April, 2006,
a true and correct copy of the foregoing document was
served via first-class mail on

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, AK 99501

_____
Certification signature

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF WITHDRAWAL AND CONSENT
FOR SUBSTITUTION OF COUNSEL
Page 2 of 2
4820-7198-2592\1 4/11/2006 2:16 PM

*Ferguson Enterprises v. Safeco Ins. Co.*
Case No. 3:06-cv-00001-RRB