Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br>                Use-Plaintiff , <br><br>vs. <br><br>SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br>                Defendant. | Case No. 3:06:cv-00001-RRB |
|---|---|

## ORDER RE SUBSTITUTION OF COUNSEL

Upon consideration of the Motion for Withdrawal and Substitution of Counsel, and Consent to Substitution, and any opposition thereto;

IT IS HEREBY ORDERED that Holmes Weddle & Barcott, P.C. is permitted to withdraw as counsel for Use-Plaintiff, and Michael R. Mills and Michael A. Grisham of Dorsey & Whitney LLP are substituted as counsel for Use-Plaintiff in the above-captioned action.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this _____ day of April, 2006, at Anchorage, Alaska.

_____
Honorable Ralph R. Beistline

CERTIFICATE OF SERVICE

This certifies that on this _____ day of April, 2006,
a true and correct copy of the foregoing document was
served via first-class mail on

Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, AK  99501

_____
Certification signature

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF WITHDRAWAL AND CONSENT
FOR SUBSTITUTION OF COUNSEL                         *Ferguson Enterprises v. Safeco Ins. Co.*
Page 2 of 2                                                              Case No. 3:06-cv-00001-RRB
4820-7198-2592\1 4/11/2006 11:52 AM