Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06:cv-00001-RRB |

## ORDER RE SUBSTITUTION OF COUNSEL

Upon consideration of the Motion for Withdrawal and Substitution of Counsel, and Consent to Substitution, and any opposition thereto;

IT IS HEREBY ORDERED that Holmes Weddle & Barcott, P.C. is permitted to withdraw as counsel for Use-Plaintiff, and Michael R. Mills and Michael A. Grisham of Dorsey & Whitney LLP are substituted as counsel for Use-Plaintiff in the above-captioned action.

ENTERED this 14th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE