Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff , <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06:cv-00001-RRB |

## ENTRY OF APPEARANCE

Michael A. Grisham, of Dorsey & Whitney LLP, hereby enters an appearance on

behalf of Ferguson Enterprises, Inc., in the above-captioned matter. All pleadings,

correspondence and other writings should be served as follows:

Michael R. Mills
Michael A. Grisham
Dorsey & Whitney LLP
1031 W. Fourth Avenue, Ste. 600
Anchorage, Alaska 99501
Phone: (907)257-7853 or (907)257-7846
Fax: (907)276-4152

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 14th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY, LLP


By:     /s/ Michael A. Grisham
Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    Telephone:      (907) 276-4557
    Facsimile:      (907) 276-4152


CERTIFICATE OF SERVICE

This certifies that on this 14th day of April, 2006,
by first class regular mail, if noted above, or by electronic
 means through the ECF system as indicated on the Notice
of Electronic Filing

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, AK  99501


     /s/  Michael A. Grisham
   Allen F. Clendaniel
   Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557