Julia M. I. Holden, Esq.
holden@oles.com
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:   (907) 258-0106
Fax:   (907) 258-5519

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. A06-0001 CV <br><br><br><br><br><br><br> SCHEDULING AND PLANNING CONFERENCE REPORT |

1.   **Meeting**.  In accordance with F.R.Civ.P. 26(f), a meeting was held on May 4, 2006 and

was attended by:

   Michael A. Grisham attorney for plaintiff Ferguson Enterprises, Inc.

   Julia M.I. Holden attorney for defendant Safeco Insurance Company of America and its

   Payment Bond No. 6255769

The parties recommend the following:

[Rev. 07/04]

2.   **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

   _____   have been exchanged by the parties

   \_\_X\_\_   will be exchanged by the parties by May 19, 2006

   Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

   Preliminary witness lists

   _____   have been exchanged by the parties

   \_\_X\_\_   will be exchanged by the parties by May 19, 2006

3.   **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

(1) Is Ferguson entitled to recover against the Bond provided by Safeco? and (2) If so, to what amount is Ferguson entitled?

4.   **Discovery Plan**. The parties jointly propose to the court the following discovery plan pursuant to FRCP's local rules.

   A.   Discovery will be needed on the following issues:

   (1) Is Ferguson entitled to recover against the Bond provided by Safeco? and (2) If so, to what amount is Ferguson entitled?

   B.   All discovery commenced in time to be completed by July 31, 2006 ("discovery close date").

   C.   Limitations on Discovery.

      1.   Interrogatories

         \_\_X\_\_   No change from F.R.Civ.P. 33(a)

         _____   Maximum of _____ by each party to any other party.

         Responses due in \_\_\_\_ days.

    2.    Requests for Admissions.

        __X__    No change from F.R.Civ.P. 36(a)

        _____    Maximum of _____ requests.

    Responses due in ____ days.

    3.    Depositions.

        __X__    No change from F.R.Civ.P. 36(a), (d).

        _____    Maximum of _____ depositions by each party.

    Depositions not to exceed ___ hours unless agreed to by all parties..

D.    Reports from retained experts.

    __X__    Not later than 60 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    _____    Reports due:

    From plaintiff (*insert date*) From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

    _____    Periodically at 60-day intervals from the entry of scheduling and planning order.

    __X__    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    __X__    30 days prior to the close of discovery.

    _____    Not later than (*insert date*)

5. **Pretrial Motions**.

    __X__   No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    _____   Motions to amend pleadings or add parties to be filed not later than (*insert date*).

    _____   Motions under the discovery rules must be filed not later than (*insert date*).

    _____   Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

A. __X__ The parties do not request a conference with the court before the entry of the scheduling order.

    _____   The parties request a scheduling conference with the court on the following issue(s):

(*Insert issues on which a conference is requested*)

B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

    _____   This matter is not considered a candidate for court-annexed alternative dispute resolution.

    __X__   The parties will file a request for alternative dispute resolution not later than August 11, 2006.

    _____ Mediation      _____ Early Neutral Evaluation

C.    The parties do not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    __X__   All parties will have complied by May 5, 2006.    _____   Compliance not required by any party.

7.  **Trial**.

    A.  The matter will be ready for trial:

        __X__  45 days after the discovery close date.

        _____  not later than (*insert date*).

    B.  This matter is expected to take __2__ days to try.

    C.  Jury Demanded  _____ Yes  __X__ No

        Right to jury trial disputed?  _____ Yes  _____ No

Dated:
May ____, 2006            OLES MORRISON RINKER & BAKER LLP
                          Attorneys for Defendant


                          By: s/
                                Julia M. I. Holden
                                holden@oles.com
                                Alaska Bar No. 0310046
                                745 West 4th Avenue, Suite 502
                                Anchorage, AK 99501


May ____, 2006            DORSEY & WHITNEY, LLP
                          Attorneys for Plaintiff


                          By: s/
                                Michael R. Mills, ABA#8911074
                                Michael A Grisham, ABA #9411104
                                1031 West Fourth Avenue, Suite 600
                                Anchorage, Alaska 99501

P-JMH 002 DIS Rule 7.1 040706 101400010

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on this 7th day of May, 2006, a true and correct copy of the foregoing was served electronically through the EFC system indicated on the Notice of Electronic filing:

Michael A. Grisham
Michael R. Mills
Dorsey & Whitney, LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: <u>s/Julia M. I. Holden</u>