Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC.,<br><br>            Use-Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769,<br><br>            Defendant. | Case No. 3:06:cv-00001-RRB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Use-Plaintiff Ferguson Enterprises, Inc., hereby notifies all parties and the Court, pursuant to Civil Rule 7.1, that Wolseley Investments, Inc., owns 100% of the shares of Ferguson Enterprises, Inc.

      DATED this 9th day of May, 2006, at Anchorage, Alaska.

                      DORSEY & WHITNEY, LLP

                      By:   /s/ Michael A. Grisham
                      Michael R. Mills, ABA #8911074
                      Michael A. Grisham, ABA #9411104
                      DORSEY & WHITNEY LLP
                          1031 West Fourth Avenue, Suite 600
                          Anchorage, AK 99501-5907
                          Telephone:     (907) 276-4557
                          Facsimile:      (907) 276-4152

CERTIFICATE OF SERVICE

This certifies that on this 9th day of May, 2006,
by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, AK  99501


    /s/  Michael A. Grisham
Michael A. Grisham
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

CORPORATE DISCLOSURE STATEMENT

*Ferguson Enterprises v. Safeco Ins. Co.*
Page 2 of 2                                          Case No. 3:06-cv-00001-RRB
4820-7198-2592\1 5/9/2006 3:11 PM