Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br>　　　　　Use-Plaintiff, <br><br>vs. <br><br>SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br>　　　　　Defendant. | Case No. 3:06:cv-00001-RRB |

**PLAINTIFF FERGUSON ENTERPRISES, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ferguson Enterprises, Inc., ("Ferguson") hereby requests this Court, pursuant to Civil Rule 56, to enter summary judgment in Ferguson's favor and against Defendant. This motion is supported by the accompanying Memorandum of Law.

DATED this 17th day of July, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY, LLP

By: /s/ Michael A. Grisham
  Michael R. Mills, ABA #8911074
  Michael A. Grisham, ABA #9411104
  DORSEY & WHITNEY LLP
  1031 West Fourth Avenue, Suite 600
  Anchorage, AK 99501-5907
  Telephone:     (907) 276-4557
  FACSIMILE:   (907) 276-4152

CERTIFICATE OF SERVICE

This certifies that on this 17th day of July, 2006, the foregoing was served by first class regular mail on:

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, AK  99501

 /s/  Michael A. Grisham
_____
 Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

FERGUSON'S MOTION FOR SUMMARY JUDGMENT.
Page 2 of 2

*Ferguson Enterprises v. Safeco Ins. Co.*
Case No. 3:06-cv-00001-RRB