# PAYMENT BOND
*(See instructions on reverse)*
Bond No. 6255769

| DATE BOND EXECUTED *(Must be same as or later than date of contract)* | OMB No. 9000-0045 |
|---|---|
| 03/12/2004 | |

*Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.*

**PRINCIPAL** *(Legal name and business address)*
Neeser Construction, Inc.
2501 Blueberry Road
Anchorage, Alaska  99503

**TYPE OF ORGANIZATION** *("X" one)*
☐ INDIVIDUAL   ☐ PARTNERSHIP
☐ JOINT VENTURE   ☒ CORPORATION
**STATE OF INCORPORATION**
Alaska

**SURETY(IES)** *(Name(s) and business address(es))*
SAFECO Insurance Company of America
SAFECO Plaza
Seattle, Washington  98185

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 28 | 580 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 03/10/2004 | DACA85-02-D-0012 |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**
Neeser Construction, Inc.

SIGNATURE(S): 1. [signature] (Seal)   2. (Seal)   3. (Seal)   Corporate Seal
NAME(S) & TITLE(S) (Typed): 1. GERALD E. NEESER, PRESIDENT   2.   3.

**INDIVIDUAL SURETY(IES)**
SIGNATURE(S): 1. (Seal)   2. (Seal)
NAME(S) (Typed): 1.   2.

**CORPORATE SURETY(IES)**

SURETY A —
NAME & ADDRESS: SAFECO Insurance Company of America, SAFECO Plaza Seattle, Washington 98185
STATE OF INC.: Washington
LIABILITY LIMIT: $28,580,000.00
SIGNATURE(S): 1. [signature] Susan B. Larson   2.
NAME(S) & TITLE(S) (Typed): 1. Susan B. Larson, Attorney-in-Fact   2.
Corporate Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

EXHIBIT  1
Page  1  of  5

## CORPORATE SURETY(IES) (Continued)

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | $ | Corporate Seal |
| | SIGNATURE(S) 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| SURETY C | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| SURETY D | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| SURETY E | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| SURETY F | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| SURETY G | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV. 10-83) BACK

EXHIBIT 1
Page 2 of 5




# SAFECO

**POWER OF ATTORNEY**

SAFECO Insurance Company
PO Box [...]
Seattle, WA 98124-1526

No. 348

**KNOW ALL BY THESE PRESENTS:**

That SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, does hereby appoint

**********VICTOR E. PARKER; PETER H. HAMMETT; CARL NEWMAN; TIM CHURCH; DEANNA M. MEYER; KAREN P. DEVER; JILL WALLACE; STUART A. O'FARRELL; SUSAN B. LARSON; STEPHEN J. WACHTER; Bellevue, Washington; CHARLES A. SZOPA; SHAUNA L. HENRY; BARBARA R. JOHNSON; Anchorage, Alaska; ALEXANDRA A. KOLENO; SCOTT D. MCELROY; Portland, Oregon**************************************

its true and lawful attorney(s)-in-fact, with full authority to execute on behalf of the company fidelity and surety bonds or undertakings and other documents of a similar character issued by the company in the course of its business, and to bind SAFECO INSURANCE COMPANY OF AMERICA thereby as fully as if such instruments had been duly executed by its regularly elected officers at its home office.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA has executed and attested these presents

this __27th__ day of __February__, __2004__

M. C. Peters, President

State of Washington }
County of King      } ss.

On the __27th__ day of __February__, __2004__, before me personally came M. C. Peters, President, to me known, who being duly sworn, did depose and say that he/she resides in __Seattle, Washington__, that he/she is a __President__ of SAFECO INSURANCE COMPANY OF AMERICA, the Corporation described in and which executed the above instrument; that he/she knows the seal of said Corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Corporation, and that he/she signed his/her name thereto by like order.

Marne K. Flowers

My commission expires July 24 2007

**CERTIFICATE**

Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business.

"The power of appointment granted in this paragraph to the officers enumerated may be exercised by each of them severally, regardless of the availability or unavailability of the other officers enumerated. On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile.

"On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

I, Tim Mikolajewski, Vice President of SAFECO INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing is a true and correct copy of Article V, Section 13 of the By-Laws of said corporation and of a power of attorney executed pursuant thereto and that both said By-Laws and said power of attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this __12__ day of __March__, __2004__

Tim Mikolajewski, Vice President

S-1301/SAEF 7/03

® A registered trademark of SAFECO Corporation

FRP

EXHIBIT __1__
Page __3__ of __5__

## IMPORTANT NOTICE TO SURETY BOND CUSTOMERS REGARDING THE <u>TERRORISM RISK INSURANCE ACT OF 2002</u>

As a surety bond customer of one of the SAFECO insurance companies (SAFECO Insurance Company of America, General Insurance Company of America, First National Insurance Company of America, American States Insurance Company or American Economy Insurance Company), it is our duty to notify you that the Terrorism Risk Insurance Act of 2002 extends to "surety insurance". This means that under certain circumstances we may be eligible for reimbursement of certain surety bond losses by the United States government under a formula established by this Act.

Under this formula, the United States government pays 90% of losses caused by certified acts of terrorism that exceed a statutorily established deductible to be paid by the insurance company providing the bond. The Act also establishes a $100 billion cap for the total of all losses to be paid by all insurers for certified acts of terrorism. Losses on some or all of your bonds may be subject to this cap.

This notice does not modify any of the existing terms and conditions of any bonds issued for your account, the underlying agreements guaranteed by those bonds, any statutes governing the terms of those bonds or any generally applicable rules of law.

At this time there is no premium change to any of your bonds resulting from this Act.

Dated: <u>March 12, 2004</u>

EXHIBIT 1
Page 4 of 5

# JOB SET UP SHEET
### * ALL AREAS MUST BE COMPLETED TO PROCESS *

ACCT #: Main-12237
CUSTOMER NAME: Gray Star Mech
ADDRESS: PO Box 71979
CITY/STATE/ZIP: Fbks AK 99707    PHONE# 456-3000

Job # 35541    Estimated Amount $ _____    Salesman # DLP

Estimated Date of 1st Ship _____    Discount Profile _____
(if differs from main acct.)

## JOB INFORMATION

JOB NAME: Ft Wainwright Alert Holding Area    RES ___ COMM ___
ADDRESS:
CITY/STATE/ZIP: Ft WW, AK
PHONE#: _____    NEW ___ REMODEL ___

GENERAL CONTRACTOR: Neeser Const - # 847
ADDRESS: 2501 Blueberry Rd
CITY/STATE/ZIP: Anch AK 99503
PHONE#: 907-276-1058

OWNER OF LAND/PROJECT: US Army
ADDRESS: PO Box 6898
CITY/STATE/ZIP: Elmendorf AFB, AK 99506
PHONE#: 907-753-2545 Army Corp Eng.

BONDING/FUNDING CO: Bond attached
ADDRESS:
CITY/STATE/ZIP:
PHONE#:

**NOTE: FOR JOBS LISTING A PUBLIC ENTITY AS THE OWNER, A COPY OF THE PAYMENT BOND IS REQUIRED TO APPROVE THE JOB.
MANY JOBS MAY REQUIRE BANKING/FUNDING COMPANY INFORMATION**

## FAX TO: 770-7127

EXHIBIT 1
Page 5 of 5