

Branch 3017
151 East 95th Avenue
Anchorage, Alaska 99515

December 8, 2005

**THIS CORRESPONDENCE WAS SENT BY REGISTERED MAIL AND BY FACSIMILE TO 276-8533**

Neeser Construction, Inc.
2501 Blueberry Road
Anchorage, Alaska 99503

Attn: Jerry Neeser, President

Re: Federal Miller Act Payment Bond Notice
Claim on Project Payment Bond ($115,427.72, plus additional interest and/or service charges)
Project Name:     Fort Wainwright Alert Holding Facility
Project Location:  Fort Wainwright, Alaska
General Contractor: Neeser Construction, Inc. ("Neeser")
Claimant:         Ferguson Enterprises, Inc.
Project Owner:    United States of America/U.S. Army Corps of Engineers
Payment Bond No.: 6255769

Dear Sirs:

This letter (sent by registered mail and facsimile) will provide you with formal written notice of Ferguson Enterprises, Inc.'s claim against the project payment bond relating to the above-referenced project. This letter is being submitted on the basis of and pursuant to the Federal Miller Act and/or as may otherwise be required, and this letter provides you with written notice of Ferguson Enterprises, Inc.'s claim.

Page 1 of 2

EXHIBIT 2
Page 1 of 3

Ferguson Enterprises, Inc.'s claim is based on materials furnished on the above-referenced project, and the claim and this letter are submitted within ninety (90) days from the date upon which Ferguson Enterprises, Inc. last furnished materials on the project for which the claim is made.

The last date materials were furnished by Ferguson Enterprises, Inc. on the above-referenced project was on October 12, 2005. The balance owed for the materials furnished by Ferguson Enterprises, Inc. on the above-referenced project for which the claim is made is $115,427.72, plus additional service charges and/or interest until paid.

Ferguson Enterprises, Inc. furnished materials on the above-referenced project, at the request and direction of Graystar Mechanical, Inc., which is a subcontractor of Neeser on the above-referenced project. That subcontractor has failed to provide payment of the subject sums ($115,427.72) owed to Ferguson Enterprises, Inc.

As a result of that subcontractor's failure to provide payment, be advised that Ferguson Enterprises, Inc. intends on filing a formal Miller Act Complaint in the Alaska Federal Courts, in order to obtain payment on the basis of the payment bond provided by Neeser's payment bond surety on the above-referenced project.

I request that you immediately send me a copy of the above-referenced project payment bond.

If Neeser does not plan to provide payment of amounts claimed directly to Ferguson Enterprises, Inc. within five (5) days of this date, please immediately advise your project payment bond surety of Ferguson Enterprises, Inc.'s payment bond claim, and immediately provide the project payment bond surety with a copy of this letter.

Regards,

_____
Ferguson Enterprises, Inc.

cc: Graystar Mechanical, Inc. (by fax and U.S. Express Mail)
     Attn: Brad Erichson

P.O. Box 71979
Fairbanks, Alaska 99707

EXHIBIT 2
Page 3 of 3
TOTAL P.04