## PERSONAL GUARANTEE

1. To induce Alaska Pipe & Supply to do business with and extend credit to <u>Graystar Mechanical, Inc.</u> (herein referred to as Principal Obligator),
(Name of Company)

I personally guarantee performance, payment, and collection of all obligations of Principal Obligor, whether now existing or created in the future.

2. My guarantee is absolute and unconditional.

3. I waive any rights I might otherwise have to:

   a. notice of Alaska Pipe & Supply of this acceptance guarantee;
   b. notice of transactions occuring under this guarantee; and
   c. notice of Principal Obligor's default on its obligations to Alaska Pipe & Supply.

4. Upon Principal Obligor's default, I agree to immediately become primarily liable for Principal Obligor's obligations: Alaska Pipe & Supply need not seek performance, payment, or collection from Principal Obligor before seeking performance, payment, or collection from me.

5. If more than one person guarantees performance, payment, or collection, I agree to be jointly and severally liable with all other guarantors for performance, payment, and collection.

6. Any delay by Alaska Pipe & Supply in enforcing Principal Obligor's obligations or my obligations under this guarantee shall not limit, release, or discharge my obligations under this guarantee.

7. Any other person or entity liable for any obligation I hereby guarantee may be released without affecting my liability.

8. I agree to pay all costs and attorney's fees incurred by Alaska Pipe & Supply in enforcing its rights against Principal Obligor and all guarantors, including myself.

9. To terminate my guarantee, I must provide written notice of termination to the credit department of Alaska Pipe & Supply. My notice of termination must be signed not only by myself, but also by an authorized representative of Alaska Pipe & Supply. Additionally, my notice of termination is not effective until 30 days after it is signed by a Alaska Pipe & Supply authorized representative. Termination will not release me of liability for obligations arising before the effective date of my termination.

Date __5/21/93__    X _____[signature]_____
                    Signed in my individual capacity as guarantor

Date _____    __N/A__
                    Signed in my individual capacity as guarantor

Date _____    __N/A__
                    Signed in my individual capacity as guarantor

---

OTHER AUTHORIZED BUYERS:

| | NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| 1. | Brad Erichson | 1032 Stier Ave. P.O. Box 70733 Fbks 99707 | 488-0424 |
| 2. | Mark Gudschinsky | 1608 Laurene P.O. Box 72007 Fbks 99707 | 456-4785 |
| 3. | Rex B. Erichson | P.O. Box 1977 Fbks 99707 | 488-6677 |
| 4. | | | |
| 5. | | | |

EXHIBIT __3__
Page __1__ of __1__

TOTAL P.02