

**FERGUSON ENTERPRISES, INC.®**

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

Please Contact With Questions:
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 1 |
| AMOUNT PAID | | IMPORTANT | |

TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO:

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

To: RACHEL

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Warehouse 3022 | | | | | Warehouse 3022 | | |
| 06/27/05 | 245962 | 0423 | | 29.87 | 06/27/05 | 245962 | | 29.87 |
| 06/28/05 | 247113 | 0394 | | 152.56 | 06/28/05 | 247113 | | 152.56 |
| 06/29/05 | 236464-2 | 267-0423 | | 170.75 | 06/29/05 | 236464-2 | | 170.75 |
| 06/29/05 | 247471 | 280-0423 | | 1,517.58 | 06/29/05 | 247471 | | 1,517.58 |
| 06/30/05 | 236495 | 271-0423 | | 13,814.50 | 06/30/05 | 236495 | | 13,814.50 |
| 06/30/05 | 247144 | 278-0423 | | 2,662.33 | 06/30/05 | 247144 | | 2,662.33 |
| 06/30/05 | 248196 | 0423 AFTER | | 30.25 | 06/30/05 | 248196 | | 30.25 |
| 07/07/05 | 236464-3 | 267-0423 | | 213.75 | 07/07/05 | 236464-3 | | 213.75 |
| 07/07/05 | 251190 | 0423 | | 30.02 | 07/07/05 | 251190 | | 30.02 |
| 07/12/05 | 236495-1 | 271-0423 | | 3,399.85 | 07/12/05 | 236495-1 | | 3,399.85 |
| 07/15/05 | 247168 | 279-0423 | | 166.28 | 07/15/05 | 247168 | | 166.28 |
| 07/15/05 | 253627 | 287-0423 | | 2,542.11 | 07/15/05 | 253627 | | 2,542.11 |
| 07/15/05 | 256290 | 0421 | | 234.23 | 07/15/05 | 256290 | | 234.23 |
| 07/18/05 | 256449 | 0421 | | 25.90 | 07/18/05 | 256449 | | 25.90 |
| 07/19/05 | 238021 | 913-0423 | | 1,499.81 | 07/19/05 | 238021 | | 1,499.81 |
| 07/20/05 | 258085 | 0423 | | 105.10 | 07/20/05 | 258085 | | 105.10 |
| 07/20/05 | 258402 | 0423 | | 33.18 | 07/20/05 | 258402 | | 33.18 |
| 07/21/05 | 259248 | CHAD | | 246.57 | 07/21/05 | 259248 | | 246.57 |
| 07/21/05 | 259405 | 0423 | | 39.85 | 07/21/05 | 259405 | | 39.85 |
| 07/22/05 | 238887 | 912-0423 | | 8,435.04 | 07/22/05 | 238887 | | 8,435.04 |
| 07/22/05 | 259852 | 0423 AFTER | | 92.01 | 07/22/05 | 259852 | | 92.01 |
| 07/25/05 | 260445 | 0421 RPS | | 50.07 | 07/25/05 | 260445 | | 50.07 |
| 07/25/05 | 260849 | 0423 | | 76.34 | 07/25/05 | 260849 | | 76.34 |
| 07/25/05 | 260864 | N | | 549.04 | 07/25/05 | 260864 | | 549.04 |
| 07/26/05 | 260226 | 300-0423 | | 4,975.30 | 07/26/05 | 260226 | | 4,975.30 |
| 07/26/05 | 261718 | 0423 AHF | | 189.87 | 07/26/05 | 261718 | | 189.87 |
| 07/26/05 | 261728 | N | | 106.63 | 07/26/05 | 261728 | | 106.63 |
| 07/27/05 | 236495-2 | 271-0423 | | 1,893.10 | 07/27/05 | 236495-2 | | 1,893.10 |
| 07/28/05 | 238887-1 | 912-0423 | | 1,379.99 | 07/28/05 | 238887-1 | | 1,379.99 |
| 07/28/05 | 254131 | 281-0423 | | 2,480.39 | 07/28/05 | 254131 | | 2,480.39 |
| 07/28/05 | 261817 | 307-0423 | | 2,141.98 | 07/28/05 | 261817 | | 2,141.98 |
| 07/28/05 | 262855 | 319-0525 (1-4) | | 630.26 | 07/28/05 | 262855 | | 630.26 |
| | | | | | TOTAL AMOUNT DUE | | CONTINUED | |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 1 of 170

# FERGUSON ENTERPRISES, INC.

**PRINT DUPLICATE STATEMENT**

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 2 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07/29/05 | 254131-1 | 281-0423 |  | 553.61 | 07/29/05 | 254131-1 |  | 553.61 |
| 07/31/05 | SC5908 | SERV CHGE |  | 542.90 | 07/31/05 | SC5908 |  | 542.90 |
| 08/01/05 | 262856 | 319-0525 (6-14 |  | 1,497.60 | 08/01/05 | 262856 |  | 1,497.60 |
| 08/01/05 | 264380 | 0421 |  | 45.99 | 08/01/05 | 264380 |  | 45.99 |
| 08/01/05 | 264534 | 0423 AFTER |  | 339.90 | 08/01/05 | 264534 |  | 339.90 |
| 08/02/05 | 238887-2 | 912-0423 |  | 189.97 | 08/02/05 | 238887-2 |  | 189.97 |
| 08/02/05 | 262860 | 324-0525 |  | 58.55 | 08/02/05 | 262860 |  | 58.55 |
| 08/02/05 | 264305 | 323-0525 |  | 147.95 | 08/02/05 | 264305 |  | 147.95 |
| 08/02/05 | 264330 | 325-0525 |  | 561.43 | 08/02/05 | 264330 |  | 561.43 |
| 08/02/05 | 264410 | 326-0525 |  | 149.31 | 08/02/05 | 264410 |  | 149.31 |
| 08/02/05 | 265124 | WBR-0526 |  | 748.92 | 08/02/05 | 265124 |  | 748.92 |
| 08/02/05 | 265333 | 0526 |  | 2.57 | 08/02/05 | 265333 |  | 2.57 |
| 08/02/05 | 265711 | 0525 |  | 36.96 | 08/02/05 | 265711 |  | 36.96 |
| 08/03/05 | 266478 | 0423 AFTER CHA |  | 212.55 | 08/03/05 | 266478 |  | 212.55 |
| 08/04/05 | 266301 | 328-0421 |  | 1,989.20 | 08/04/05 | 266301 |  | 1,989.20 |
| 08/04/05 | 267072 | 0423 AFTER |  | 8.57 | 08/04/05 | 267072 |  | 8.57 |
| 08/05/05 | 267814 | 0526 |  | 15.21 | 08/05/05 | 267814 |  | 15.21 |
| 08/05/05 | 267890 | 0423 |  | 770.61 | 08/05/05 | 267890 |  | 770.61 |
| 08/08/05 | 268450 | AFTER CRAIG |  | 25.65 | 08/08/05 | 268450 |  | 25.65 |
| 08/08/05 | 268944 | 0423 |  | 166.39 | 08/08/05 | 268944 |  | 166.39 |
| 08/08/05 | 268966 | AFTER KRAIG |  | 362.23 | 08/08/05 | 268966 |  | 362.23 |
| 08/09/05 | 238021-1 | 913-0423 |  | 207.90 | 08/09/05 | 238021-1 |  | 207.90 |
| 08/09/05 | 238887-3 | 912-0423 |  | 6,443.98 | 08/09/05 | 238887-3 |  | 6,443.98 |
| 08/09/05 | 264330-1 | 325-0525 |  | 395.62 | 08/09/05 | 264330-1 |  | 395.62 |
| 08/09/05 | 267601 | 0525 AFTER |  | 59.93 | 08/09/05 | 267601 |  | 59.93 |
| 08/09/05 | 268413 | 333-0525 |  | 677.37 | 08/09/05 | 268413 |  | 677.37 |
| 08/10/05 | 264410-1 | 326-0525 |  | 1,012.70 | 08/10/05 | 264410-1 |  | 1,012.70 |
| 08/10/05 | 270730 | 0423 AFTER |  | 59.82 | 08/10/05 | 270730 |  | 59.82 |
| 08/11/05 | 267462 | 324-0525 |  | 16.88 | 08/11/05 | 267462 |  | 16.88 |
| 08/11/05 | 271098 | 0423 AFTER |  | 51.15 | 08/11/05 | 271098 |  | 51.15 |
| 08/12/05 | 238021-2 | 913-0423 |  | 578.78 | 08/12/05 | 238021-2 |  | 578.78 |
| 08/12/05 | 268413-1 | 333-0525 |  | 102.66 | 08/12/05 | 268413-1 |  | 102.66 |
| 08/15/05 | 238887-4 | 912-0423 |  | 1,060.40 | 08/15/05 | 238887-4 |  | 1,060.40 |
| 08/15/05 | 272386 | 1081 |  | 85.06 | 08/15/05 | 272386 |  | 85.06 |
|  |  |  |  |  |  | TOTAL AMOUNT DUE |  | CONTINUED |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 2 of 170

# FERGUSON ENTERPRISES, INC.

**PRINT DUPLICATE STATEMENT**

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 3 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

Please Contact With Questions:
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/16/05 | 238021-3 | 913-0423 | | 5,265.88 | 08/16/05 | 238021-3 | | 5,265.88 |
| 08/17/05 | 269940 | 334-0423 | | 1,120.80 | 08/17/05 | 269940 | | 1,120.80 |
| 08/17/05 | 274299 | 0423 AFTER | | 57.83 | 08/17/05 | 274299 | | 57.83 |
| 08/18/05 | 238021-4 | 913-0423 | | 4,739.88 | 08/18/05 | 238021-4 | | 4,739.88 |
| 08/18/05 | 275132 | 0421 AFTER | | 317.90 | 08/18/05 | 275132 | | 317.90 |
| 08/19/05 | 276031 | 0421 | | 17.44 | 08/19/05 | 276031 | | 17.44 |
| 08/22/05 | 276670 | 0423 AFTER | | 203.67 | 08/22/05 | 276670 | | 203.67 |
| 08/22/05 | 276907 | 0423 | | 95.23 | 08/22/05 | 276907 | | 95.23 |
| 08/24/05 | 238887-5 | 912-0423 | | 5,760.94 | 08/24/05 | 238887-5 | | 5,760.94 |
| 08/24/05 | 278394 | 0423 AFTER CHA | | 91.04 | 08/24/05 | 278394 | | 91.04 |
| 08/24/05 | 278728 | 0422 | | 28.76 | 08/24/05 | 278728 | | 28.76 |
| 08/25/05 | 238021-5 | 913-0423 | | 1,388.24 | 08/25/05 | 238021-5 | | 1,388.24 |
| 08/25/05 | 238887-6 | 912-0423 | | 1,735.30 | 08/25/05 | 238887-6 | | 1,735.30 |
| 08/25/05 | 275992 | 0421 | | 280.67 | 08/25/05 | 275992 | | 280.67 |
| 08/25/05 | 279068 | N | | 34.54 | 08/25/05 | 279068 | | 34.54 |
| 08/26/05 | 275404 | 0525RRT | | 132.11 | 08/26/05 | 275404 | | 132.11 |
| 08/26/05 | 278056 | CHAD | | 183.01 | 08/26/05 | 278056 | | 183.01 |
| 08/29/05 | 279577 | 243-349 | | 149.61 | 08/29/05 | 279577 | | 149.61 |
| 08/29/05 | 280144 | 0525 | | 141.68 | 08/29/05 | 280144 | | 141.68 |
| 08/29/05 | 280852 | 0525 | | 15.28 | 08/29/05 | 280852 | | 15.28 |
| 08/30/05 | 282053 | 0422 AFTER | | 4.17 | 08/30/05 | 282053 | | 4.17 |
| 08/31/05 | SC6176 | SERV CHGE | | 936.54 | 08/31/05 | SC6176 | | 936.54 |
| 09/01/05 | 283135 | AFTER KRAIG | | 48.53 | 09/01/05 | 283135 | | 48.53 |
| 09/02/05 | 238887-7 | 912-0423 | | 328.39 | 09/02/05 | 238887-7 | | 328.39 |
| 09/02/05 | 281041 | TVRR | | 32.00 | 09/02/05 | 281041 | | 32.00 |
| 09/02/05 | 284516 | KRAIG | | 8.97 | 09/02/05 | 284516 | | 8.97 |
| 09/05/05 | 217312-1 | 233-6600 | | 283.83 | 09/05/05 | 217312-1 | | 283.83 |
| 09/07/05 | 282053-1 | 0422 AFTER | | 7.71 | 09/07/05 | 282053-1 | | 7.71 |
| 09/08/05 | 286319 | 0526 | | 31.26 | 09/08/05 | 286319 | | 31.26 |
| 09/09/05 | 282053-2 | 0422 AFTER | | 122.89 | 09/09/05 | 282053-2 | | 122.89 |
| 09/12/05 | 238021-6 | 913-0423 | | 109.46 | 09/12/05 | 238021-6 | | 109.46 |
| 09/12/05 | 288229 | 0525 | | 22.58 | 09/12/05 | 288229 | | 22.58 |
| 09/13/05 | 289175 | 0525 AFTER | | 22.12 | 09/13/05 | 289175 | | 22.12 |
| 09/13/05 | CM023532 | 268413 | | -183.01 | 09/13/05 | CM023532 | | -183.01 |
| | | | | TOTAL AMOUNT DUE | | | | CONTINUED |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 3 of 170

**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 4 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/14/05 | 289596 | 0526 |  | 11.72 | 09/14/05 | 289596 |  | 11.72 |
| 09/15/05 | 290198 | 0526 |  | 242.71 | 09/15/05 | 290198 |  | 242.71 |
| 09/15/05 | 290263 | 0525 |  | 39.66 | 09/15/05 | 290263 |  | 39.66 |
| 09/15/05 | 290584 | 322-1805 |  | 27.51 | 09/15/05 | 290584 |  | 27.51 |
| 09/15/05 | 290646 | 0525 |  | 11.78 | 09/15/05 | 290646 |  | 11.78 |
| 09/15/05 | 290857 | 0525 AFTER |  | 243.85 | 09/15/05 | 290857 |  | 243.85 |
| 09/19/05 | 291043 | 358-1801 |  | 1,085.35 | 09/19/05 | 291043 |  | 1,085.35 |
| 09/19/05 | 291257 | 362-0526 |  | 1,689.74 | 09/19/05 | 291257 |  | 1,689.74 |
| 09/20/05 | 293519 | N |  | 14.66 | 09/20/05 | 293519 |  | 14.66 |
| 09/22/05 | 288034 | 348-0526 |  | 17,671.23 | 09/22/05 | 288034 |  | 17,671.23 |
| 09/22/05 | 288055 | 349-0526 |  | 16,686.02 | 09/22/05 | 288055 |  | 16,686.02 |
| 09/22/05 | 290584-1 | 0525 AFTER |  | 124.74 | 09/22/05 | 290584-1 |  | 124.74 |
| 09/22/05 | 294718 | 0422 AFTER |  | 145.34 | 09/22/05 | 294718 |  | 145.34 |
| 09/22/05 | 294741 | 0525 |  | 12.25 | 09/22/05 | 294741 |  | 12.25 |
| 09/23/05 | 295516 | 0526 |  | 108.93 | 09/23/05 | 295516 |  | 108.93 |
| 09/23/05 | 295695 | 0526 |  | 50.67 | 09/23/05 | 295695 |  | 50.67 |
| 09/26/05 | 295208 | 0526 | 532.21 |  | 09/26/05 | 295208 |  | 532.21 |
| 09/26/05 | 295471 | 0526 | 275.40 |  | 09/26/05 | 295471 |  | 275.40 |
| 09/26/05 | 295755 | 0526 | 64.90 |  | 09/26/05 | 295755 |  | 64.90 |
| 09/27/05 | 295471-1 | 0526 | 36.83 |  | 09/27/05 | 295471-1 |  | 36.83 |
| 09/27/05 | 297235 | 0525 AFTER | 90.74 |  | 09/27/05 | 297235 |  | 90.74 |
| 09/27/05 | CM025348-1 | 238021 |  | -78.55 | 09/27/05 | CM025348-1 |  | -78.55 |
| 09/27/05 | CM025348-2 | 238887 |  | -1,148.15 | 09/27/05 | CM025348-2 |  | -1,148.15 |
| 09/27/05 | CM025351 | 238887-2 |  | -32.24 | 09/27/05 | CM025351 |  | -32.24 |
| 09/28/05 | 298455 | 0525 | 24.66 |  | 09/28/05 | 298455 |  | 24.66 |
| 09/28/05 | 298780 | 0525 AFTER | 72.43 |  | 09/28/05 | 298780 |  | 72.43 |
| 09/29/05 | 294285 | 373-0526 | 1,822.96 |  | 09/29/05 | 294285 |  | 1,822.96 |
| 09/29/05 | 295409 | 376-0526 | 2,008.73 |  | 09/29/05 | 295409 |  | 2,008.73 |
| 09/29/05 | 299059 | 0525 | 35.03 |  | 09/29/05 | 299059 |  | 35.03 |
| 09/29/05 | 299312 | AFTER KRAIG | 301.06 |  | 09/29/05 | 299312 |  | 301.06 |
| 09/29/05 | 299532 | 0525 | 6.70 |  | 09/29/05 | 299532 |  | 6.70 |
| 09/29/05 | 299671 | 001/SHOP | 36.70 |  | 09/29/05 | 299671 |  | 36.70 |
| 09/30/05 | 294285-1 | 373-0526 | 91.83 |  | 09/30/05 | 294285-1 |  | 91.83 |
| 09/30/05 | 295611 | 375.0526 | 2,952.88 |  | 09/30/05 | 295611 |  | 2,952.88 |

TOTAL AMOUNT DUE          CONTINUED

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 4 of 170

# FERGUSON ENTERPRISES, INC.

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 5 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/30/05 | 299910 | 0422 AFTER | 15.72 |  | 09/30/05 | 299910 |  | 15.72 |
| 09/30/05 | 300227 | SHOP | 57.18 |  | 09/30/05 | 300227 |  | 57.18 |
| 09/30/05 | SC6428 | SERV CHGE |  | 1,323.69 | 09/30/05 | SC6428 |  | 1,323.69 |
| 10/04/05 | 300661 | 0422 AFTER | 11.57 |  | 10/04/05 | 300661 |  | 11.57 |
| 10/04/05 | 302003 | 0525 | 53.14 |  | 10/04/05 | 302003 |  | 53.14 |
| 10/04/05 | 302053 | 0526 | 267.12 |  | 10/04/05 | 302053 |  | 267.12 |
| 10/05/05 | 295208-1 | 0526 | 683.36 |  | 10/05/05 | 295208-1 |  | 683.36 |
| 10/05/05 | 301744 | 0525 | 47.56 |  | 10/05/05 | 301744 |  | 47.56 |
| 10/06/05 | 0303408 | 0526 | 37.70 |  | 10/06/05 | 0303408 |  | 37.70 |
| 10/10/05 | 0305177 | 0422 | 46.65 |  | 10/10/05 | 0305177 |  | 46.65 |
| 10/10/05 | 294057 | 372-0526 | 1,792.38 |  | 10/10/05 | 294057 |  | 1,792.38 |
| 10/10/05 | 294346 | 374-0526 | 2,586.04 |  | 10/10/05 | 294346 |  | 2,586.04 |
| 10/12/05 | 0306327 | 0422 | 35.01 |  | 10/12/05 | 0306327 |  | 35.01 |
| 10/12/05 | 0307336 | 0423 | 106.04 |  | 10/12/05 | 0307336 |  | 106.04 |
| 10/13/05 | 0307595 | AFTER KRAIG | 34.30 |  | 10/13/05 | 0307595 |  | 34.30 |
| 10/13/05 | 0308061 | FBNKS FIRE STA | 61.43 |  | 10/13/05 | 0308061 |  | 61.43 |
| 10/13/05 | 294057-1 | 372-0526 | 127.38 |  | 10/13/05 | 294057-1 |  | 127.38 |
| 10/14/05 | 0309138 | FIRE STATION | 457.27 |  | 10/14/05 | 0309138 |  | 457.27 |
| 10/18/05 | 0310329 | SHOP | 60.94 |  | 10/18/05 | 0310329 |  | 60.94 |
| 10/18/05 | 0310596 | N | 26.13 |  | 10/18/05 | 0310596 |  | 26.13 |
| 10/18/05 | 294346-1 | 374-0526 | 1,174.83 |  | 10/18/05 | 294346-1 |  | 1,174.83 |
| 10/21/05 | 294346-2 | 374-0526 | 135.79 |  | 10/21/05 | 294346-2 |  | 135.79 |
| 10/25/05 | 0314716 | FFS | 27.73 |  | 10/25/05 | 0314716 |  | 27.73 |
| 10/31/05 | SC6702 | SERV CHGE | 1,920.84 |  | 10/31/05 | SC6702 |  | 1,920.84 |
|  |  | SubTotals: | $18,119.17 | $130,858.99 |  |  |  | $148,978.16 |
| Job: 35541 FT WW/ALERT HOLDING FAC | | | | | Job: 35541 FT WW/ALERT HOLDING FAC | | | |
| 07/06/05 | 249923 | AHF 0423 |  | 1,187.49 | 07/06/05 | 249923 |  | 1,187.49 |
| 07/06/05 | 250218 | AFTER CRAIG |  | 72.53 | 07/06/05 | 250218 |  | 72.53 |
| 07/07/05 | 250873 | AFTER KRAIG |  | 135.91 | 07/07/05 | 250873 |  | 135.91 |
| 07/08/05 | 250941 | 282-0423 |  | 703.50 | 07/08/05 | 250941 |  | 703.50 |
| 07/12/05 | 251182 | 283-0423 |  | 584.84 | 07/12/05 | 251182 |  | 584.84 |
| 07/13/05 | 249923-1 | AHF 0423 |  | 56.19 | 07/13/05 | 249923-1 |  | 56.19 |
| 07/13/05 | 250941-1 | 282-0423 |  | 49.01 | 07/13/05 | 250941-1 |  | 49.01 |
| 07/14/05 | 255623 | 0423 AFTER MAR |  | 380.40 | 07/14/05 | 255623 |  | 380.40 |

TOTAL AMOUNT DUE    CONTINUED

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 5 of 170

# FERGUSON ENTERPRISES, INC.

**PRINT DUPLICATE STATEMENT**

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 6 |

| AMOUNT PAID | IMPORTANT |
|---|---|
| | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07/15/05 | 255842 | 0423 | | 201.36 | 07/15/05 | 255842 | | 201.36 |
| 07/15/05 | 255982 | AFTERMARK | | 2,584.70 | 07/15/05 | 255982 | | 2,584.70 |
| 07/18/05 | 253669 | 288-0423 | | 584.84 | 07/18/05 | 253669 | | 584.84 |
| 07/18/05 | 253702 | 289-0423 | | 1,299.34 | 07/18/05 | 253702 | | 1,299.34 |
| 07/18/05 | 253748 | 290-0423 | | 76.15 | 07/18/05 | 253748 | | 76.15 |
| 07/18/05 | 256889 | AFTERMARK | | 3,320.79 | 07/18/05 | 256889 | | 3,320.79 |
| 07/20/05 | 257840 | 04.23 | | 325.32 | 07/20/05 | 257840 | | 325.32 |
| 07/20/05 | 258426 | 0423 | | 162.40 | 07/20/05 | 258426 | | 162.40 |
| 07/21/05 | 258852 | 299-0423 | | 1,835.82 | 07/21/05 | 258852 | | 1,835.82 |
| 07/22/05 | 258726 | 0423 | | 365.21 | 07/22/05 | 258726 | | 365.21 |
| 07/25/05 | 257957 | 297-0423 | | 628.45 | 07/25/05 | 257957 | | 628.45 |
| 07/26/05 | 258726-1 | 0423 | | 339.28 | 07/26/05 | 258726-1 | | 339.28 |
| 07/27/05 | 251242 | 281-0423 | | 932.23 | 07/27/05 | 251242 | | 932.23 |
| 07/27/05 | 262016 | 313-0423 | | 1,090.09 | 07/27/05 | 262016 | | 1,090.09 |
| 07/28/05 | 251153 | 284-0423 | | 464.97 | 07/28/05 | 251153 | | 464.97 |
| 07/28/05 | 253748-1 | 290-0423 | | 76.15 | 07/28/05 | 253748-1 | | 76.15 |
| 07/28/05 | 260900 | 303-0423 | | 177.23 | 07/28/05 | 260900 | | 177.23 |
| 07/28/05 | 261143 | 0423 | | 1,134.67 | 07/28/05 | 261143 | | 1,134.67 |
| 07/29/05 | 257957-1 | 297-0423 | | 434.77 | 07/29/05 | 257957-1 | | 434.77 |
| 07/29/05 | 261986 | 312-0423 | | 695.67 | 07/29/05 | 261986 | | 695.67 |
| 07/29/05 | 262350 | 0423 | | 203.00 | 07/29/05 | 262350 | | 203.00 |
| 07/29/05 | 263397 | 0423 AFTER CHA | | 72.31 | 07/29/05 | 263397 | | 72.31 |
| 08/02/05 | 265548 | 0423AFTER | | 81.56 | 08/02/05 | 265548 | | 81.56 |
| 08/03/05 | 266578 | 0423AFTER | | 31.56 | 08/03/05 | 266578 | | 31.56 |
| 08/03/05 | 266755 | 0423 | | 72.94 | 08/03/05 | 266755 | | 72.94 |
| 08/04/05 | 251153-1 | 284-0423 | | 33.63 | 08/04/05 | 251153-1 | | 33.63 |
| 08/04/05 | 251242-1 | 281-0423 | | 2,276.76 | 08/04/05 | 251242-1 | | 2,276.76 |
| 08/04/05 | 257957-2 | 297-0423 | | 16.72 | 08/04/05 | 257957-2 | | 16.72 |
| 08/04/05 | 258017 | 298-043 | | 1,562.36 | 08/04/05 | 258017 | | 1,562.36 |
| 08/04/05 | 265973 | 327-0423 | | 2,221.90 | 08/04/05 | 265973 | | 2,221.90 |
| 08/04/05 | 267064 | 0423 | | 244.50 | 08/04/05 | 267064 | | 244.50 |
| 08/05/05 | 267897 | AFTER CRAIG | | 160.90 | 08/05/05 | 267897 | | 160.90 |
| 08/09/05 | 260907 | 303-0423 | | 879.58 | 08/09/05 | 260907 | | 879.58 |
| 08/09/05 | 266043 | 914-0423 REPLA | | 979.55 | 08/09/05 | 266043 | | 979.55 |

| TOTAL AMOUNT DUE | CONTINUED |
|---|---|

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 6 of 170

# FERGUSON ENTERPRISES, INC.

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 7 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/10/05 | 267386 | 0423 | | 423.36 | 08/10/05 | 267386 | | 423.36 |
| 08/11/05 | 271457 | 0423 AFTER CHA | | 242.32 | 08/11/05 | 271457 | | 242.32 |
| 08/15/05 | 266043-1 | 914-0423 REPLA | | 54.34 | 08/15/05 | 266043-1 | | 54.34 |
| 08/15/05 | 267103 | 0423 | | 182.62 | 08/15/05 | 267103 | | 182.62 |
| 08/15/05 | 272863 | 0423 | | 625.71 | 08/15/05 | 272863 | | 625.71 |
| 08/16/05 | 265973-1 | 327-0423 | | 12.16 | 08/16/05 | 265973-1 | | 12.16 |
| 08/16/05 | 270777 | AFTER CHAD | | 197.47 | 08/16/05 | 270777 | | 197.47 |
| 08/17/05 | 271457-1 | 0423 AFTER CHA | | 24.78 | 08/17/05 | 271457-1 | | 24.78 |
| 08/17/05 | 271827 | 04.23 AFTER CH | | 53.89 | 08/17/05 | 271827 | | 53.89 |
| 08/17/05 | 274264 | 336.0423 | | 20.42 | 08/17/05 | 274264 | | 20.42 |
| 08/17/05 | 274324 | 0423 | | 44.84 | 08/17/05 | 274324 | | 44.84 |
| 08/18/05 | 261986-1 | 312-0423 | | 70.02 | 08/18/05 | 261986-1 | | 70.02 |
| 08/18/05 | 263397-1 | 0423 AFTER CHA | | 8.81 | 08/18/05 | 263397-1 | | 8.81 |
| 08/18/05 | 272809 | 327.0423 | | 26.30 | 08/18/05 | 272809 | | 26.30 |
| 08/18/05 | 273941 | 336-0423 | | 236.37 | 08/18/05 | 273941 | | 236.37 |
| 08/18/05 | 274998 | 0423 | | 10.16 | 08/18/05 | 274998 | | 10.16 |
| 08/23/05 | 258017-1 | 298-043 | | 120.88 | 08/23/05 | 258017-1 | | 120.88 |
| 08/23/05 | 274243 | 327.0423 | | 75.00 | 08/23/05 | 274243 | | 75.00 |
| 08/24/05 | 271457-2 | 0423 AFTER CHA | | 15.06 | 08/24/05 | 271457-2 | | 15.06 |
| 08/24/05 | 275421 | 0423AFTER CHAD | | 655.61 | 08/24/05 | 275421 | | 655.61 |
| 08/24/05 | 276195 | 0423 AFTERCHAD | | 635.67 | 08/24/05 | 276195 | | 635.67 |
| 08/26/05 | 279045 | 0423AFTER CHAD | | 213.97 | 08/26/05 | 279045 | | 213.97 |
| 08/31/05 | SC6064 | SERV CHGE | | 218.31 | 08/31/05 | SC6064 | | 218.31 |
| 09/02/05 | 266043-2 | 914-0423 REPLA | | 78.54 | 09/02/05 | 266043-2 | | 78.54 |
| 09/02/05 | 279295 | 0423 | | 1,021.06 | 09/02/05 | 279295 | | 1,021.06 |
| 09/09/05 | 287589 | 0423 | | 220.96 | 09/09/05 | 287589 | | 220.96 |
| 09/14/05 | 286305 | 912/913-0423 | | 489.79 | 09/14/05 | 286305 | | 489.79 |
| 09/14/05 | 289452 | 0423 | | 356.16 | 09/14/05 | 289452 | | 356.16 |
| 09/14/05 | 289461 | 0423 | | 400.66 | 09/14/05 | 289461 | | 400.66 |
| 09/14/05 | 289508 | 0423 | | 430.49 | 09/14/05 | 289508 | | 430.49 |
| 09/16/05 | 291386 | 0422 AFTER KRA | | 13.92 | 09/16/05 | 291386 | | 13.92 |
| 09/19/05 | 273944-1 | 337-0423 | | 134.11 | 09/19/05 | 273944-1 | | 134.11 |
| 09/19/05 | 291713 | 04.23 | | 125.46 | 09/19/05 | 291713 | | 125.46 |
| 09/19/05 | 291785 | 0423 | | 28.37 | 09/19/05 | 291785 | | 28.37 |
| | | | | | | TOTAL AMOUNT DUE | | CONTINUED |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 7 of 170



**FERGUSON ENTERPRISES, INC.**

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 201,583.21 | 10/31/2005 | 12237 | 8 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

FEI - FAIRBANKS #3022
12710 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/20/05 | 292988 | AFTER CHAD |  | 52.55 | 09/20/05 | 292988 |  | 52.55 |
| 09/30/05 | SC6300 | SERV CHGE |  | 487.09 | 09/30/05 | SC6300 |  | 487.09 |
| 10/07/05 | 301134 | 392-1212 | 1,515.78 |  | 10/07/05 | 301134 |  | 1,515.78 |
| 10/12/05 | CM026473 | 272809 |  | -21.76 | 10/12/05 | CM026473 |  | -21.76 |
| 10/12/05 | CM026474 | 274243 |  | -43.24 | 10/12/05 | CM026474 |  | -43.24 |
| 10/31/05 | SC6574 | SERV CHGE | 539.60 |  | 10/31/05 | SC6574 |  | 539.60 |
|  |  | SubTotals: | $2,055.38 | $36,678.81 |  |  |  | $38,734.19 |
| Job: 36175 FT WAINWRIGHT WHOLE BARRACKS | | | | | Job: 36175 FT WAINWRIGHT WHOLE BARRACKS | | | |
| 09/27/05 | 296301 | 384-0526 | 5,820.66 |  | 09/27/05 | 296301 |  | 5,820.66 |
| 09/28/05 | 297782 | 0526 | 22.12 |  | 09/28/05 | 297782 |  | 22.12 |
| 09/30/05 | 297882 | 0526 | 51.33 |  | 09/30/05 | 297882 |  | 51.33 |
| 09/30/05 | 298187 | 386-0526 | 1,265.88 |  | 09/30/05 | 298187 |  | 1,265.88 |
| 10/05/05 | 298187-1 | 386-0526 | 273.86 |  | 10/05/05 | 298187-1 |  | 273.86 |
| 10/05/05 | 301778 | 0526AFTER CHAD | 22.42 |  | 10/05/05 | 301778 |  | 22.42 |
| 10/06/05 | 302270 | 389-0526 | 381.44 |  | 10/06/05 | 302270 |  | 381.44 |
| 10/07/05 | 0304422 | 0423 | 316.04 |  | 10/07/05 | 0304422 |  | 316.04 |
| 10/07/05 | 0304684 | 0423 | 10.16 |  | 10/07/05 | 0304684 |  | 10.16 |
| 10/07/05 | 303305 | 400-0526 & 401 | 1,919.15 |  | 10/07/05 | 303305 |  | 1,919.15 |
| 10/10/05 | 302909 | 400-0526 | 593.41 |  | 10/10/05 | 302909 |  | 593.41 |
| 10/11/05 | 0306275 | AFTERCHAD | 62.52 |  | 10/11/05 | 0306275 |  | 62.52 |
| 10/13/05 | 302909-1 | 400-0526 | 688.22 |  | 10/13/05 | 302909-1 |  | 688.22 |
| 10/24/05 | 0313890 | 0526 | 44.98 |  | 10/24/05 | 0313890 |  | 44.98 |
| 10/25/05 | 0311430 | 427-0526 | 2,008.84 |  | 10/25/05 | 0311430 |  | 2,008.84 |
| 10/25/05 | 0313066 | 441-0526 | 389.83 |  | 10/25/05 | 0313066 |  | 389.83 |
|  |  | SubTotals: | $13,870.86 |  |  |  |  | $13,870.86 |
|  |  |  | 34,045.41 | 167,537.80 | TOTAL AMOUNT DUE | | | 201,583.21 |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 8 of 170

GRAYSTAR MECHANICAL INVOICES FOR
FT WW ALERT HOLDING FACILITY

| INVOICE | $$$$$$ | SHIPPED | |
|---|---|---|---|
| 245962 | 29.87 | 6/27/2005 | ✓ |
| 236464-2 | 170.75 | 6/29/2005 | ✓ |
| 247471 | 1,517.58 | 6/29/2005 | ✓ |
| 236495 | 13,814.50 | 6/27/2005 | ✓ |
| 247144 | 2,662.33 | 6/30/2005 | ✓ |
| 248196 | 30.25 | 6/30/2005 | ✓ |
| 236464-3 | 213.75 | 7/7/2005 | ✓ |
| 251190 | 30.02 | 7/7/2005 | ✓ |
| 236495-1 | 3,399.85 | 7/1/2005 | ✓ |
| 247168 | 166.28 | 7/15/2005 | ✓ |
| 253627 | 2,542.11 | 7/15/2005 | ✓ |
| 238021 | 1,499.81 | 7/19/2005 | ✓ |
| 258085 | 105.10 | 7/20/2005 | ✓ |
| 258402 | 33.18 | 7/20/2005 | ✓ |
| 259405 | 39.85 | 7/21/2005 | ✓ |
| 238887 | 8,435.04 | 7/22/2005 | ✓ |
| 259852 | 92.01 | 7/22/2005 | ✓ |
| 260849 | 76.34 | 7/25/2005 | ✓ |
| 260226 | 4,975.30 | 7/25/2005 | ✓ |
| 261718 | 189.87 | 7/26/2005 | ✓ |
| 261728 | 106.63 | 7/26/2005 | ✓ |
| 236495-2 | 1,893.10 | 7/25/2005 | ✓ |
| 238887-1 | 1,379.99 | 7/28/2005 | ✓ |
| 254131 | 2,480.39 | 7/28/2005 | ✓ |
| 261817 | 2,141.98 | 7/28/2005 | ✓ |
| 254131-1 | 553.61 | 7/29/2005 | ✓ |
| 264534 | 339.90 | 8/1/2005 | ✓ |
| 238887-2 | 189.97 | 8/2/2005 | ✓ |
| 266478 | 212.55 | 8/3/2005 | ✓ |
| 267072 | 8.57 | 8/4/2005 | ✓ |
| 267890 | 770.61 | 8/5/2005 | ✓ |
| 268944 | 166.39 | 8/8/2005 | ✓ |

THE TOTAL AMOUNT OWED ON FT WW ALERT HO
$115,427.72   /— 113,911.94
This is the amount that we are filing a bond claim on. C

THE TOTAL AMOUNT OF INVS OWED THAT CANNO
$4,863.96

THE TOTAL OWED ON BARRACKS JOB ACCOUNT
$88,929.77
Per Brad Erichson's VM today-he has signed a joint CK
sent this back to Neeser, who will turn this over to us on

JOB NUMBERS:
422-FAIRBANKS FIRESTATION
526-WW BARRACKS
525-TRAINSTATION
423-ALERT HOLDING

EXHIBIT 1
Page 9 of 170

| Invoice | Amount | Date | |
|---|---|---|---|
| 268966 | 362.23 | 8/8/2005 | ✓ |
| 238021-1 | 207.90 | 8/9/2005 | ✓ |
| 238887-3 | 6,443.98 | 8/9/2005 | ✓ |
| 270730 | 59.82 | 8/10/2005 | ✓ |
| 271098 | 51.15 | 8/11/2005 | ✓ |
| 238021-2 | 578.78 | 8/12/2005 | ✓ |
| 23887-4 | 1,060.40 | 8/15/2005 | ✓ |
| 238021-3 | 5,265.88 | 8/16/2005 | ✓ |
| 274299 | 57.83 | 8/17/2005 | ✓ |
| 238021-4 | 4,739.88 | 8/18/2005 | ✓ |
| 276670 | 203.67 | 8/22/2005 | ✓ |
| 276907 | 95.23 | 8/22/2005 | ✓ |
| 238887-5 | 5,760.94 | 8/24/2005 | ✓ |
| 278394 | 91.04 | 8/24/2005 | ✓ |
| 238021-5 | 1,388.24 | 8/25/2005 | ✓ |
| 238887-6 | 1,735.30 | 8/25/2005 | ✓ |
| 238887-7 | 328.39 | 9/2/2005 | ✓ |
| 217312-1 | 283.83 | 9/2/2005 | ✓ |
| 238021-6 | 109.46 | 9/12/2005 | ✓ |
| CM025348-1 | -78.55 | | |
| CM025348-2 | -1,148.15 | | |
| CM025351 | -32.24 | | |
| 307336 | 106.04 | 10/12/2005 | ✓ This is the last shipment date on all invs for Alert Holding Job |
| TOTAL: | 77,938.53 | | |

invs that are currently on FT WW Alert Job Account

| Invoice | Amount | Date | |
|---|---|---|---|
| 249923 | 1,187.49 | 7/6/2005 | ✓ |
| 250218 | 72.53 | 7/6/2005 | ✓ |
| 250873 | 135.91 | 7/6/2005 | ✓ |
| 250941 | 703.50 | 7/8/2005 | ✓ |
| 251182 | 584.84 | 7/12/2005 | ✓ |
| 249923-1 | 56.19 | 7/12/2005 | ✓ |
| 250941-1 | 49.01 | 7/13/2005 | ✓ |
| 255623 | 380.40 | 7/14/2005 | ✓ |
| 255842 | 201.36 | 7/15/2005 | ✓ |
| 255982 | 2,584.70 | 7/15/2005 | ✓ |

EXHIBIT 1
Page 10 of 170

| Number | Amount | Date |
|---|---|---|
| 253669 | 584.84 | 7/18/2005 ✓ |
| 253702 | 1,299.34 | 7/18/2005 ✓ |
| 253748 | 76.15 | 7/18/2005 ✓ |
| 256889 | 3,320.79 | 7/18/2005 ✓ |
| 257840 | 325.32 | 7/20/2005 |
| 258426 | 162.40 | 7/20/2005 |
| 258852 | 1,835.82 | 7/21/2005 ✓ |
| 258726 | 365.21 | 7/22/2005 ✓ |
| 257957 | 628.45 | 7/25/2005 ✓ |
| 258726-1 | 339.28 | 7/26/2005 ✓ |
| 251242 | 932.23 | 7/25/2005 ✓ |
| 262016 | 1,090.09 | 7/27/2005 ✓ |
| 251153 | 464.97 | 7/28/2005 ✓ |
| 253748-1 | 76.15 | 7/28/2005 ✓ |
| 260900 | 177.23 | 7/28/2005 ✓ |
| 261143 | 1,134.67 | 7/28/2005 ✓ |
| 257957-1 | 434.77 | 7/29/2005 ✓ |
| 261986 | 695.67 | 7/29/2005 ✓ |
| 262350 | 203.00 | 7/29/2005 ✓ |
| 263397 | 72.31 | 7/29/2005 ✓ |
| 265548 | 81.56 | 8/2/2005 ✓ |
| 266578 | 31.56 | 8/3/2005 ✓ |
| 266755 | 72.94 | 8/3/2005 ✓ |
| 251153-1 | 33.63 | 8/4/2005 ✓ |
| 251242-1 | 2,276.76 | 7/22/2005 ✓ |
| 257957-2 | 16.72 | 8/4/2005 ✓ |
| 258017 | 1,562.36 | 8/4/2005 ✓ |
| 265973 | 2,221.90 | 8/4/2005 ✓ |
| 267064 | 244.50 | 8/5/2005 ✓ |
| 267897 | 160.90 | 8/9/2005 ✓ |
| 260907 | 879.58 | 8/9/2005 ✓ |
| 266043 | 979.55 | 8/10/2005 ✓ |
| 267386 | 423.36 | 8/11/2005 ✓ |
| 281457 | 242.32 | 8/15/2005 ✓ |
| 266043-1 | 54.34 | 8/15/2005 ✓ |
| 267103 | 182.62 | 8/15/2005 ✓ |
| 272863 | 625.71 | 8/15/2005 ✓ |

EXHIBIT 1
Page 11 of 170

| Invoice | Amount | Date | |
|---|---|---|---|
| 265973-1 | 12.16 | 8/16/2005 | ✓ |
| 270777 | 197.47 | 8/16/2005 | ✓ |
| 271457-1 | 24.78 | 8/17/2005 | ✓ |
| 271827 | 53.89 | 8/17/2005 | ✓ |
| 274264 | 20.42 | 8/17/2005 | ✓ |
| 274324 | 44.84 | 8/17/2005 | ✓ |
| 261986-1 | 70.02 | 8/18/2005 | ✓ |
| 263397-1 | 8.81 | 8/18/2005 | ✓ |
| 272809 | 26.30 | 8/18/2005 | ✓ |
| 273941 | 236.37 | 8/18/2005 | ✓ |
| 274998 | 10.16 | 8/23/2005 | ✓ |
| 258017-1 | 120.88 | 8/23/2005 | ✓ |
| 274243 | 75.00 | 8/24/2005 | ✓ |
| 271457-2 | 15.06 | 8/24/2005 | ✓ |
| 275421 | 655.61 | 8/24/2005 | ✓ |
| 276195 | 635.67 | 8/26/2005 | ✓ |
| 279045 | 213.97 | 9/2/2005 | ✓ |
| 266043-2 | 78.54 | 9/2/2005 | ✓ |
| 279295 | 1,021.06 | 9/9/2005 | ✓ |
| 287589 | 220.96 | 9/14/2005 | ✓ |
| 286305 | 489.79 | 9/14/2005 | ✓ |
| 289452 | 356.16 | 9/14/2005 | ✓ |
| 289461 | 400.66 | 9/14/2005 | ✓ |
| 289508 | 430.49 | 9/19/2005 | ✓ |
| 291386 | 13.92 | 9/19/2005 | ✓ |
| 273944-1 | 134.11 | 9/19/2005 | ✓ |
| 291713 | 125.46 | 9/20/2005 | ✓ |
| 291785 | 28.37 | 10/7/2005 | ✓ faxed with 516542 on 11/28/05 |
| 292988 | 52.55 | | |
| 301134 | 1,515.78 | | |
| CM026473 | -21.76 | | |
| CM026474 | -43.24 | | |
| **TOTAL** | **37,489.19** | | |

INVS THAT CANNOT BE IDENTIFIED ON SHOP JOB/PO

EXHIBIT 1
Page 12 of 170

| | | | |
|---|---|---|---|
| 260864 | 7/25/2005 | MARK LAKE/1081 | $522.64 |
| 272386 | 8/15/2005 | BHQ/COF | $85.06 |
| 269940 | 8/17/2005 | AFTER KRAIG/0422 | $1,120.80 |
| 278728 | 8/24/2005 | 0422 AFTER/N | $28.76 |
| 279068 | 8/25/2005 | TURR/CHAD | $34.54 |
| 278056 | 8/26/2005 | STOCK | $183.01 |
| 279577 | 8/29/2005 | 0422/0422 AFTER | $149.61 |
| 282053 | 8/30/2005 | | $4.17 |
| 283135 | 9/2/2005 | TURR/TURR | $48.53 |
| 281041 | 9/7/2005 | 0422/ 0422 AFTER | $32.00 |
| 282053-1 | 9/9/2005 | 0422 AFTER/N | $7.71 |
| 282053-2 | 9/15/2005 | KRAIG/ | $122.89 |
| 290584 | 9/15/2005 | NA | $27.51 |
| 291043 | 9/22/2005 | AFTER 0422 AFTER | $1,085.35 |
| 294718 | 9/29/2005 | 001/SHOP | $145.34 |
| 299671 | | | $36.70 |
| 299312 | 9/29/2005 | 0422 AFTER | $301.06 |
| 299910 | 9/30/2005 | SHOP | $15.72 |
| 300227 | 10/4/2005 | 0422 AFTER | $57.18 |
| 300661 | 10/10/2005 | 422 | $11.57 |
| 305177 | | 422 | $46.65 |
| 306327 | 10/12/2005 | FFS | $35.01 |
| 307595 | 10/13/2005 | FFS | $34.30 |
| 308061 | 10/13/2005 | FFS | $61.43 |
| 309138 | 10/14/2005 | | $457.27 |
| 310596 | 10/18/2005 | SHOP | $26.13 |
| 310329 | 10/25/2005 | FFS | $60.94 |
| 314716 | 10/27/2005 | FFS | $27.73 |
| 316333 | 10/27/2005 | FFS | $40.05 |
| 316658 | 10/27/2005 | FFS | $54.30 |
| TOTAL: | | | $4,863.96 |



3611.72 FOR FAIRBANKS FIRES
LAST SHIP DATE: 10/27/05



EXHIBIT 1
Page 13 of 170

# Payable Check Details
11/28/05



## GRAYSTAR MECHANICAL, INC.

Payable Check Details
Alpha by Vendor
Vendor 14 to 14, Trans# = '516592     ', Status
<> 5,...

| Check# Invoice# | Check Date Inv. Date | Inv. Description | Inv. Amount | Amt. Paid | Discount |
|---|---|---|---|---|---|
| 14 FNW/Ferguson Enterprises, Inc. | | | | | |
| 516592 | 11/16/2005 | | 2.57 | 2.57 | |
| 265333 | 08/02/2005 | 0526 Mat | 48.92 | 748.92 | |
| 265124 | 08/02/2005 | 0526 Mat | 15.21 | 15.21 | |
| 267614 | 08/05/2005 | 0526 Mat | 31.26 | 31.26 | |
| 286319 | 09/08/2005 | 0526 Ma | 11.72 | 11.72 | |
| 289596 | 09/14/2005 | 0526 Ma | 42.71 | 242.71 | |
| 290198 | 09/15/2005 | 0526 Ma | 89.74 | 1,689.74 | |
| 291257 | 09/19/2005 | 0526 Ma | 86.02 | 16,686.02 | |
| 288055 | 09/22/2005 | 349-052( | 71.23 | 17,671.23 | |
| 288034 | 09/22/2005 | 348-052( | 50.67 | 50.67 | |
| 295695 | 09/23/2005 | 0526 Ma | 108.93 | 108.93 | |
| 295516 | 09/23/2005 | 0526 Material | 64.90 | 64.90 | |
| 295765 | 09/26/2005 | 0526 Material | 275.40 | 275.40 | |
| 295471 | 09/26/2005 | 0526 Material | 532.21 | 532.21 | |
| 295208 | 09/26/2005 | 0526 Material | 36.83 | 36.83 | |
| 295471-1 | 09/27/2005 | 0526 Material | 5,820.66 | 5,820.66 | |
| 296301 | 09/27/2005 | 384-0526 Material | 22.12 | 22.12 | |
| 297782 | 09/28/2005 | 0526 Material | 2,008.73 | 2,008.73 | |
| 295409 | 09/29/2005 | 376-0526 Material | 1,822.96 | 1,822.96 | |
| 294265 | 09/29/2005 | 373-0526 Material | 51.33 | 51.33 | |
| 297882 | 09/30/2005 | 0526 Material | 91.83 | 91.83 | |
| 294265-1 | 09/30/2005 | 373-0526 Material | 1,265.88 | 1,265.88 | |
| 298187 | 09/30/2005 | 386-0526 Material | 2,952.88 | 2,952.88 | |
| 295611 | 09/30/2005 | 375-0526 Material | 267.12 | 267.12 | |
| 302053 | 10/04/2005 | 0526 Material | 22.42 | 22.42 | |
| 301778 | 10/05/2005 | 0526 Material | 683.36 | 683.36 | |
| 295208-1 | 10/05/2005 | 0526 Material | 273.86 | 273.86 | |
| 298187-1 | 10/05/2005 | 386-0526 Material | 381.44 | 381.44 | |
| 302270 | 10/06/2005 | 389-0526 Material | 37.70 | 37.70 | |
| 0303408 | 10/06/2005 | 0526 Material | 1,919.15 | 1,919.15 | |
| 303305 | 10/07/2005 | 401-0526 & 401-0526 | 316.04 | 316.04 | |
| 0304422 | 10/07/2005 | 0526 Material | 1,515.78 | 1,515.78 | |
| 301134 | 10/07/2005 | 392-1212 for 0526 | 2,586.04 | 2,586.04 | |
| 294346 | 10/10/2005 | 374-0526 Material | 1,792.38 | 1,792.38 | |
| 294057 | 10/10/2005 | 372-0526 Material | 593.41 | 593.41 | |
| 303909 | 10/10/2005 | 400-0526 Material | 62.52 | 62.52 | |
| 0305275 | 10/11/2005 | 0526 Material | 127.38 | 127.38 | |
| 294057-1 | 10/13/2005 | 372-0526 Material | | | |

11/28

Report 4-1-5-51
Rachel Wade

Page 1

11/28/05
02:57 PM

EXHIBIT 1
Page 14 of 170

11/28/05

## Payable Check Details

Continued...

| Check#<br>Invoice# | Check Date<br>Inv. Date | Inv. Description | Inv. Amount | Amt. Paid | Discount |
|---|---|---|---:|---:|---|
| 302909-1 | 10/13/2005 | 400-0526 Material | 688.22 | 688.22 | |
| 294346-1 | 10/16/2005 | 374-0526 Material | 1,174.83 | 1,174.83 | |
| 294346-2 | 10/21/2005 | 374-0526 Material | 135.79 | 135.79 | |
| 0313890 | 10/24/2005 | 0526 Material | 44.98 | 44.98 | |
| 0311430 | 10/25/2005 | 427-0526 Material | 2,008.84 | 2,008.84 | |
| 0313066 | 10/25/2005 | 441-0526 Material | 389.83 | 389.83 | |
| | | **Totals:** | 67,225.80 | 67,225.80 | |

Report 4-1-5-51
Rachel Wade

Page 2 of 2

11/28/05
02:57 PM

EXHIBIT 1
Page 15 of 170




**EXHIBIT 1**
Page 16 of 170

**NEESER CONSTRUCTION INC.**

| VENDOR NO. | VENDOR NAME | | CHECK NUMBER |
|---|---|---|---|
| 1684 | Graystar Mechanical, Inc. | | 516592 |

| TRANSACTION NUMBER | REFERENCE | DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | RETAINAGE | PREVIOUS | BALANCE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1105 124 | 05105 | 11/09/05 | 05105/SEPT - OCT 2005 | 387,991.10 | 0.00 | 0.00 | 102,765.50 | 217,999.80 | 67,225.80 |

516592

| VENDOR NO. | | | | GROSS AMOUNT | DISCOUNT | RETAINAGE | PREVIOUS | BALANCE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1684 | | | | 387,991.10 | 0.00 | 0.00 | 102,765.50 | 217,999.80 | 67,225.80 |

**EXHIBIT 1**
Page 17 of 170

FACSIMILE MESSAGE FROM

Graystar Mechanical, Inc.
PO Box 71979
Fairbanks, AK 99707
Phone: (907) 456-3300
Fax:    (907) 456-3345

**DATE:** November 28, 2005

**TO:** Ferguson

**FAX Number:** (907) 770-7127

**ATTN:** Michael Pipkin

**FROM:** Rachel Wade

**PROJECT:** Whole Barracks Renewal

**SUBJECT:** Remittance for Ck# 516592

**NO. of PAGES:** 3

By the way my last day is Dec 7th!

Rachel

L/Forms/LinedFaxCover.doc

**EXHIBIT 1**
Page 18 of 170

2762

**Graystar Mechanical, Inc.**
P.O. BOX 71979 FAIRBANKS, AK 99707-1979
(907) 456-3300

THE FIRST NATIONAL BANK
OF ANCHORAGE

89-6/1252

TWO THOUSAND NINE HUNDRED NINETY-SIX AND 02/100 DOLLARS

DATE: 11/18/2005

AMOUNT: *******$2,996.02

FNW/Ferguson Enterprises, Inc.
151 East 95th Ave
Anchorage AK 99515

AUTHORIZED SIGNATURE

⑈002762⑈ ⑆125200060⑆ 3033 230 8⑈

11/25
+Jub+

2762

**GRAYSTAR MECHANICAL, INC.**

| Check#: | 2762 | Date: 11/18/2005 | Vendor#: | 14 FNW/Ferguson Enterprises, Inc. | |
|---|---|---|---|---|---|
| 260445 | | 421 Richardson Park Subdivision | | 50.07 | 50.07 |
| 256449 | | 421 Richardson Park Subdivision | | 25.90 | 25.90 |
| 256290 | | 421 Richardson Park Subdivision | | 234.23 | 234.23 |
| 268450 | | 421 Richardson Park Subdivision | | 25.65 | 25.65 |
| 266301 | | 421 Richardson Park Subdivision | | 1,989.20 | 1,989.20 |
| 275132 | | 421 Richardson Park Subdivision | | 317.90 | 317.90 |
| 276031 | | 421 Richardson Park Subdivision | | 17.44 | 17.44 |
| 284516 | | 421 Richardson Park Subdivision | | 8.97 | 8.97 |
| 275992 | | 421 Richardson Park Subdivision | | 280.67 | 280.67 |
| 264380 | | 421 Richardson Park Subdivision | | 45.99 | 45.99 |

EXHIBIT 1
Page 19 of 170

# FERGUSON ENTERPRISES, INC.

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 170,801.62 | 11/30/2005 | 12237 | 1 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

Please Contact With Questions:
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

To: RACHEL

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
|  | Warehouse 3022 |  |  |  |  | Warehouse 3022 |  |  |
| 06/27/05 | 245962 | 0423 |  | 29.87 | 06/27/05 | 245962 |  | 29.87 |
| 06/28/05 | 247113 | 0394 |  | 152.56 | 06/28/05 | 247113 |  | 152.56 |
| 06/29/05 | 236464-2 | 267-0423 |  | 170.75 | 06/29/05 | 236464-2 |  | 170.75 |
| 06/29/05 | 247471 | 280-0423 |  | 1,517.58 | 06/29/05 | 247471 |  | 1,517.58 |
| 06/30/05 | 236495 | 271-0423 |  | 13,814.50 | 06/30/05 | 236495 |  | 13,814.50 |
| 06/30/05 | 247144 | 278-0423 |  | 2,662.33 | 06/30/05 | 247144 |  | 2,662.33 |
| 06/30/05 | 248196 | 0423 AFTER |  | 30.25 | 06/30/05 | 248196 |  | 30.25 |
| 07/07/05 | 236464-3 | 267-0423 |  | 213.75 | 07/07/05 | 236464-3 |  | 213.75 |
| 07/07/05 | 251190 | 0423 |  | 30.02 | 07/07/05 | 251190 |  | 30.02 |
| 07/12/05 | 236495-1 | 271-0423 |  | 3,399.85 | 07/12/05 | 236495-1 |  | 3,399.85 |
| 07/15/05 | 247168 | 279-0423 |  | 166.28 | 07/15/05 | 247168 |  | 166.28 |
| 07/15/05 | 253627 | 287-0423 |  | 2,542.11 | 07/15/05 | 253627 |  | 2,542.11 |
| 07/19/05 | 238021 | 913-0423 |  | 1,499.81 | 07/19/05 | 238021 |  | 1,499.81 |
| 07/20/05 | 258085 | 0423 |  | 105.10 | 07/20/05 | 258085 |  | 105.10 |
| 07/20/05 | 258402 | 0423 |  | 33.18 | 07/20/05 | 258402 |  | 33.18 |
| 07/21/05 | 259248 | CHAD |  | 246.57 | 07/21/05 | 259248 |  | 246.57 |
| 07/21/05 | 259405 | 0423 |  | 39.85 | 07/21/05 | 259405 |  | 39.85 |
| 07/22/05 | 238887 | 912-0423 |  | 8,435.04 | 07/22/05 | 238887 |  | 8,435.04 |
| 07/22/05 | 259852 | 0423 AFTER |  | 92.01 | 07/22/05 | 259852 |  | 92.01 |
| 07/25/05 | 260849 | 0423 |  | 76.34 | 07/25/05 | 260849 |  | 76.34 |
| 07/25/05 | 260864 | N |  | 549.04 | 07/25/05 | 260864 |  | 549.04 |
| 07/26/05 | 260226 | 300-0423 |  | 4,975.30 | 07/26/05 | 260226 |  | 4,975.30 |
| 07/26/05 | 261718 | 0423 AHF |  | 189.87 | 07/26/05 | 261718 |  | 189.87 |
| 07/26/05 | 261728 | N |  | 106.63 | 07/26/05 | 261728 |  | 106.63 |
| 07/27/05 | 236495-2 | 271-0423 |  | 1,893.10 | 07/27/05 | 236495-2 |  | 1,893.10 |
| 07/28/05 | 238887-1 | 912-0423 |  | 1,379.99 | 07/28/05 | 238887-1 |  | 1,379.99 |
| 07/28/05 | 254131 | 281-0423 |  | 2,480.39 | 07/28/05 | 254131 |  | 2,480.39 |
| 07/28/05 | 261817 | 307-0423 |  | 2,141.98 | 07/28/05 | 261817 |  | 2,141.98 |
| 07/28/05 | 262855 | 319-0525 (1-4) |  | 630.26 | 07/28/05 | 262855 |  | 630.26 |
| 07/29/05 | 254131-1 | 281-0423 |  | 553.61 | 07/29/05 | 254131-1 |  | 553.61 |
| 08/01/05 | 262856 | 319-0525 (6-14) |  | 1,497.60 | 08/01/05 | 262856 |  | 1,497.60 |
| 08/01/05 | 264534 | 0423 AFTER |  | 339.90 | 08/01/05 | 264534 |  | 339.90 |

| TOTAL AMOUNT DUE | CONTINUED |
|---|---|

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 20 of 170