# FERGUSON ENTERPRISES, INC.

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 170,801.62 | 11/30/2005 | 12237 | 2 |

| AMOUNT PAID | IMPORTANT |
|---|---|
| | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/02/05 | 238887-2 | 912-0423 | | 189.97 | 08/02/05 | 238887-2 | | 189.97 |
| 08/02/05 | 262860 | 324-0525 | | 58.55 | 08/02/05 | 262860 | | 58.55 |
| 08/02/05 | 264305 | 323-0525 | | 147.95 | 08/02/05 | 264305 | | 147.95 |
| 08/02/05 | 264330 | 325-0525 | | 561.43 | 08/02/05 | 264330 | | 561.43 |
| 08/02/05 | 264410 | 326-0525 | | 149.31 | 08/02/05 | 264410 | | 149.31 |
| 08/02/05 | 265711 | 0525 | | 36.96 | 08/02/05 | 265711 | | 36.96 |
| 08/03/05 | 266478 | 0423 AFTER CHA | | 212.55 | 08/03/05 | 266478 | | 212.55 |
| 08/04/05 | 267072 | 0423 AFTER | | 8.57 | 08/04/05 | 267072 | | 8.57 |
| 08/05/05 | 267890 | 0423 | | 770.61 | 08/05/05 | 267890 | | 770.61 |
| 08/08/05 | 268944 | 0423 | | 166.39 | 08/08/05 | 268944 | | 166.39 |
| 08/08/05 | 268966 | AFTER KRAIG | | 362.23 | 08/08/05 | 268966 | | 362.23 |
| 08/09/05 | 238021-1 | 913-0423 | | 207.90 | 08/09/05 | 238021-1 | | 207.90 |
| 08/09/05 | 238887-3 | 912-0423 | | 6,443.98 | 08/09/05 | 238887-3 | | 6,443.98 |
| 08/09/05 | 264330-1 | 325-0525 | | 395.62 | 08/09/05 | 264330-1 | | 395.62 |
| 08/09/05 | 267601 | 0525 AFTER | | 59.93 | 08/09/05 | 267601 | | 59.93 |
| 08/09/05 | 268413 | 333-0525 | | 677.37 | 08/09/05 | 268413 | | 677.37 |
| 08/10/05 | 264410-1 | 326-0525 | | 1,012.70 | 08/10/05 | 264410-1 | | 1,012.70 |
| 08/10/05 | 270730 | 0423 AFTER | | 59.82 | 08/10/05 | 270730 | | 59.82 |
| 08/11/05 | 267462 | 324-0525 | | 16.88 | 08/11/05 | 267462 | | 16.88 |
| 08/11/05 | 271098 | 0423 AFTER | | 51.15 | 08/11/05 | 271098 | | 51.15 |
| 08/12/05 | 238021-2 | 913-0423 | | 578.78 | 08/12/05 | 238021-2 | | 578.78 |
| 08/12/05 | 268413-1 | 333-0525 | | 102.66 | 08/12/05 | 268413-1 | | 102.66 |
| 08/15/05 | 238887-4 | 912-0423 | | 1,060.40 | 08/15/05 | 238887-4 | | 1,060.40 |
| 08/15/05 | 272386 | 1081 | | 85.06 | 08/15/05 | 272386 | | 85.06 |
| 08/16/05 | 238021-3 | 913-0423 | | 5,265.88 | 08/16/05 | 238021-3 | | 5,265.88 |
| 08/17/05 | 269940 | 334-0423 | | 1,120.80 | 08/17/05 | 269940 | | 1,120.80 |
| 08/17/05 | 274299 | 0423 AFTER | | 57.83 | 08/17/05 | 274299 | | 57.83 |
| 08/18/05 | 238021-4 | 913-0423 | | 4,739.88 | 08/18/05 | 238021-4 | | 4,739.88 |
| 08/22/05 | 276670 | 0423 AFTER | | 203.67 | 08/22/05 | 276670 | | 203.67 |
| 08/22/05 | 276907 | 0423 | | 95.23 | 08/22/05 | 276907 | | 95.23 |
| 08/24/05 | 238887-5 | 912-0423 | | 5,760.94 | 08/24/05 | 238887-5 | | 5,760.94 |
| 08/24/05 | 278394 | 0423 AFTER CHA | | 91.04 | 08/24/05 | 278394 | | 91.04 |
| 08/24/05 | 278728 | 0422 | | 28.76 | 08/24/05 | 278728 | | 28.76 |
| 08/25/05 | 238021-5 | 913-0423 | | 1,388.24 | 08/25/05 | 238021-5 | | 1,388.24 |
| | | | | | | TOTAL AMOUNT DUE | | CONTINUED |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1

# FERGUSON ENTERPRISES, INC.®

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 170,801.62 | 11/30/2005 | 12237 | 3 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

Please Contact With Questions:
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/25/05 | 238887-6 | 912-0423 | | 1,735.30 | 08/25/05 | 238887-6 | | 1,735.30 |
| 08/25/05 | 279068 | N | | 34.54 | 08/25/05 | 279068 | | 34.54 |
| 08/26/05 | 275404 | 0525RRT | | 132.11 | 08/26/05 | 275404 | | 132.11 |
| 08/26/05 | 278056 | CHAD | | 183.01 | 08/26/05 | 278056 | | 183.01 |
| 08/29/05 | 279577 | 243-349 | | 149.61 | 08/29/05 | 279577 | | 149.61 |
| 08/29/05 | 280144 | 0525 | | 141.68 | 08/29/05 | 280144 | | 141.68 |
| 08/29/05 | 280852 | 0525 | | 15.28 | 08/29/05 | 280852 | | 15.28 |
| 08/30/05 | 282053 | 0422 AFTER | | 4.17 | 08/30/05 | 282053 | | 4.17 |
| 09/01/05 | 283135 | AFTER KRAIG | | 48.53 | 09/01/05 | 283135 | | 48.53 |
| 09/02/05 | 238887-7 | 912-0423 | | 328.39 | 09/02/05 | 238887-7 | | 328.39 |
| 09/02/05 | 281041 | TVRR | | 32.00 | 09/02/05 | 281041 | | 32.00 |
| 09/05/05 | 217312-1 | 233-6600 | | 283.83 | 09/05/05 | 217312-1 | | 283.83 |
| 09/07/05 | 282053-1 | 0422 AFTER | | 7.71 | 09/07/05 | 282053-1 | | 7.71 |
| 09/09/05 | 282053-2 | 0422 AFTER | | 122.89 | 09/09/05 | 282053-2 | | 122.89 |
| 09/12/05 | 238021-6 | 913-0423 | | 109.46 | 09/12/05 | 238021-6 | | 109.46 |
| 09/12/05 | 288229 | 0525 | | 22.58 | 09/12/05 | 288229 | | 22.58 |
| 09/13/05 | 289175 | 0525 AFTER | | 22.12 | 09/13/05 | 289175 | | 22.12 |
| 09/13/05 | CM023532 | 268413 | | -183.01 | 09/13/05 | CM023532 | | -183.01 |
| 09/15/05 | 290263 | 0525 | | 39.66 | 09/15/05 | 290263 | | 39.66 |
| 09/15/05 | 290584 | 322-1805 | | 27.51 | 09/15/05 | 290584 | | 27.51 |
| 09/15/05 | 290646 | 0525 | | 11.78 | 09/15/05 | 290646 | | 11.78 |
| 09/15/05 | 290857 | 0525 AFTER | | 243.85 | 09/15/05 | 290857 | | 243.85 |
| 09/19/05 | 291043 | 358-1801 | | 1,085.35 | 09/19/05 | 291043 | | 1,085.35 |
| 09/20/05 | 293519 | N | | 14.66 | 09/20/05 | 293519 | | 14.66 |
| 09/22/05 | 290584-1 | 0525 AFTER | | 124.74 | 09/22/05 | 290584-1 | | 124.74 |
| 09/22/05 | 294718 | 0422 AFTER | | 145.34 | 09/22/05 | 294718 | | 145.34 |
| 09/22/05 | 294741 | 0525 | | 12.25 | 09/22/05 | 294741 | | 12.25 |
| 09/27/05 | 297235 | 0525 AFTER | | 90.74 | 09/27/05 | 297235 | | 90.74 |
| 09/27/05 | CM025348-1 | 238021 | | -78.55 | 09/27/05 | CM025348-1 | | -78.55 |
| 09/27/05 | CM025348-2 | 238887 | | -1,148.15 | 09/27/05 | CM025348-2 | | -1,148.15 |
| 09/27/05 | CM025351 | 238887-2 | | -32.24 | 09/27/05 | CM025351 | | -32.24 |
| 09/28/05 | 298455 | 0525 | | 24.66 | 09/28/05 | 298455 | | 24.66 |
| 09/28/05 | 298780 | 0525 AFTER | | 72.43 | 09/28/05 | 298780 | | 72.43 |
| 09/29/05 | 299059 | 0525 | | 35.03 | 09/29/05 | 299059 | | 35.03 |

| TOTAL AMOUNT DUE | CONTINUED |
|---|---|

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 22 of 170

# FERGUSON ENTERPRISES, INC.

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 170,801.62 | 11/30/2005 | 12237 | 4 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

**Please Contact With Questions:**
**907-456-1234**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/29/05 | 299312 | AFTER KRAIG |  | 301.06 | 09/29/05 | 299312 |  | 301.06 |
| 09/29/05 | 299532 | 0525 |  | 6.70 | 09/29/05 | 299532 |  | 6.70 |
| 09/29/05 | 299671 | 001/SHOP |  | 36.70 | 09/29/05 | 299671 |  | 36.70 |
| 09/30/05 | 299910 | 0422 AFTER |  | 15.72 | 09/30/05 | 299910 |  | 15.72 |
| 09/30/05 | 300227 | SHOP |  | 57.18 | 09/30/05 | 300227 |  | 57.18 |
| 10/04/05 | 300661 | 0422 AFTER |  | 11.57 | 10/04/05 | 300661 |  | 11.57 |
| 10/04/05 | 302003 | 0525 |  | 53.14 | 10/04/05 | 302003 |  | 53.14 |
| 10/05/05 | 301744 | 0525 |  | 47.56 | 10/05/05 | 301744 |  | 47.56 |
| 10/10/05 | 0305177 | 0422 |  | 46.65 | 10/10/05 | 0305177 |  | 46.65 |
| 10/12/05 | 0306327 | 0422 |  | 35.01 | 10/12/05 | 0306327 |  | 35.01 |
| 10/12/05 | 0307336 | 0423 |  | 106.04 | 10/12/05 | 0307336 |  | 106.04 |
| 10/13/05 | 0307595 | AFTER KRAIG |  | 34.30 | 10/13/05 | 0307595 |  | 34.30 |
| 10/13/05 | 0308061 | FBNKS FIRE STA |  | 61.43 | 10/13/05 | 0308061 |  | 61.43 |
| 10/14/05 | 0309138 | FIRE STATION |  | 457.27 | 10/14/05 | 0309138 |  | 457.27 |
| 10/18/05 | 0310329 | SHOP |  | 60.94 | 10/18/05 | 0310329 |  | 60.94 |
| 10/18/05 | 0310596 | N |  | 26.13 | 10/18/05 | 0310596 |  | 26.13 |
| 10/25/05 | 0314716 | FFS |  | 27.73 | 10/25/05 | 0314716 |  | 27.73 |
| 10/27/05 | 0316333 | FFS | 40.05 |  | 10/27/05 | 0316333 |  | 40.05 |
| 10/27/05 | 0316658 | FFS | 54.30 |  | 10/27/05 | 0316658 |  | 54.30 |
| 11/30/05 | SC6985 | SERV.CHGE | 1,341.13 |  | 11/30/05 | SC6985 |  | 1,341.13 |
|  |  | SubTotals: | $1,435.48 | $89,408.85 |  |  |  | $90,844.33 |
| Job: 35541 FT WW/ALERT HOLDING FAC |  |  |  |  | Job: 35541 FT WW/ALERT HOLDING FAC |  |  |  |
| 07/06/05 | 249923 | AHF 0423 |  | 1,187.49 | 07/06/05 | 249923 |  | 1,187.49 |
| 07/06/05 | 250218 | AFTER CRAIG |  | 72.53 | 07/06/05 | 250218 |  | 72.53 |
| 07/07/05 | 250873 | AFTER KRAIG |  | 135.91 | 07/07/05 | 250873 |  | 135.91 |
| 07/08/05 | 250941 | 282-0423 |  | 703.50 | 07/08/05 | 250941 |  | 703.50 |
| 07/12/05 | 251182 | 283-0423 |  | 584.84 | 07/12/05 | 251182 |  | 584.84 |
| 07/13/05 | 249923-1 | AHF 0423 |  | 56.19 | 07/13/05 | 249923-1 |  | 56.19 |
| 07/13/05 | 250941-1 | 282-0423 |  | 49.01 | 07/13/05 | 250941-1 |  | 49.01 |
| 07/14/05 | 255623 | 0423 AFTER MAR |  | 380.40 | 07/14/05 | 255623 |  | 380.40 |
| 07/15/05 | 255842 | 0423 |  | 201.36 | 07/15/05 | 255842 |  | 201.36 |
| 07/15/05 | 255982 | AFTERMARK |  | 2,584.70 | 07/15/05 | 255982 |  | 2,584.70 |
| 07/18/05 | 253669 | 288-0423 |  | 584.84 | 07/18/05 | 253669 |  | 584.84 |
| 07/18/05 | 253702 | 289-0423 |  | 1,299.34 | 07/18/05 | 253702 |  | 1,299.34 |
|  |  |  |  |  | TOTAL AMOUNT DUE |  |  | CONTINUED |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

**EXHIBIT 1**

# FERGUSON ENTERPRISES, INC.®

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 170,801.62 | 11/30/2005 | 12237 | 5 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

Please Contact With Questions:
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07/18/05 | 253748 | 290-0423 | | 76.15 | 07/18/05 | 253748 | | 76.15 |
| 07/18/05 | 256889 | AFTERMARK | | 3,320.79 | 07/18/05 | 256889 | | 3,320.79 |
| 07/20/05 | 257840 | 04.23 | | 325.32 | 07/20/05 | 257840 | | 325.32 |
| 07/20/05 | 258426 | 0423 | | 162.40 | 07/20/05 | 258426 | | 162.40 |
| 07/21/05 | 258852 | 299-0423 | | 1,835.82 | 07/21/05 | 258852 | | 1,835.82 |
| 07/22/05 | 258726 | 0423 | | 365.21 | 07/22/05 | 258726 | | 365.21 |
| 07/25/05 | 257957 | 297-0423 | | 628.45 | 07/25/05 | 257957 | | 628.45 |
| 07/26/05 | 258726-1 | 0423 | | 339.28 | 07/26/05 | 258726-1 | | 339.28 |
| 07/27/05 | 251242 | 281-0423 | | 932.23 | 07/27/05 | 251242 | | 932.23 |
| 07/27/05 | 262016 | 313-0423 | | 1,090.09 | 07/27/05 | 262016 | | 1,090.09 |
| 07/28/05 | 251153 | 284-0423 | | 464.97 | 07/28/05 | 251153 | | 464.97 |
| 07/28/05 | 253748-1 | 290-0423 | | 76.15 | 07/28/05 | 253748-1 | | 76.15 |
| 07/28/05 | 260900 | 303-0423 | | 177.23 | 07/28/05 | 260900 | | 177.23 |
| 07/28/05 | 261143 | 0423 | | 1,134.67 | 07/28/05 | 261143 | | 1,134.67 |
| 07/29/05 | 257957-1 | 297-0423 | | 434.77 | 07/29/05 | 257957-1 | | 434.77 |
| 07/29/05 | 261986 | 312-0423 | | 695.67 | 07/29/05 | 261986 | | 695.67 |
| 07/29/05 | 262350 | 0423 | | 203.00 | 07/29/05 | 262350 | | 203.00 |
| 07/29/05 | 263397 | 0423 AFTER CHA | | 72.31 | 07/29/05 | 263397 | | 72.31 |
| 08/02/05 | 265548 | 0423AFTER | | 81.56 | 08/02/05 | 265548 | | 81.56 |
| 08/03/05 | 266578 | 0423AFTER | | 31.56 | 08/03/05 | 266578 | | 31.56 |
| 08/03/05 | 266755 | 0423 | | 72.94 | 08/03/05 | 266755 | | 72.94 |
| 08/04/05 | 251153-1 | 284-0423 | | 33.63 | 08/04/05 | 251153-1 | | 33.63 |
| 08/04/05 | 251242-1 | 281-0423 | | 2,276.76 | 08/04/05 | 251242-1 | | 2,276.76 |
| 08/04/05 | 257957-2 | 297-0423 | | 16.72 | 08/04/05 | 257957-2 | | 16.72 |
| 08/04/05 | 258017 | 298-043 | | 1,562.36 | 08/04/05 | 258017 | | 1,562.36 |
| 08/04/05 | 265973 | 327-0423 | | 2,221.90 | 08/04/05 | 265973 | | 2,221.90 |
| 08/04/05 | 267064 | 0423 | | 244.50 | 08/04/05 | 267064 | | 244.50 |
| 08/05/05 | 267897 | AFTER CRAIG | | 160.90 | 08/05/05 | 267897 | | 160.90 |
| 08/09/05 | 260907 | 303-0423 | | 879.58 | 08/09/05 | 260907 | | 879.58 |
| 08/09/05 | 266043 | 914-0423 REPLA | | 979.55 | 08/09/05 | 266043 | | 979.55 |
| 08/10/05 | 267386 | 0423 | | 423.36 | 08/10/05 | 267386 | | 423.36 |
| 08/11/05 | 271457 | 0423 AFTER CHA | | 242.32 | 08/11/05 | 271457 | | 242.32 |
| 08/15/05 | 266043-1 | 914-0423 REPLA | | 54.34 | 08/15/05 | 266043-1 | | 54.34 |
| 08/15/05 | 267103 | 0423 | | 182.62 | 08/15/05 | 267103 | | 182.62 |
| | | | | | TOTAL AMOUNT DUE | | | CONTINUED |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 24 of 170

# FERGUSON ENTERPRISES, INC.

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 170,801.62 | 11/30/2005 | 12237 | 6 |

| AMOUNT PAID | IMPORTANT |
|---|---|
| | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

*Please Contact With Questions:*
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/15/05 | 272863 | 0423 | | 625.71 | 08/15/05 | 272863 | | 625.71 |
| 08/16/05 | 265973-1 | 327-0423 | | 12.16 | 08/16/05 | 265973-1 | | 12.16 |
| 08/16/05 | 270777 | AFTER CHAD | | 197.47 | 08/16/05 | 270777 | | 197.47 |
| 08/17/05 | 271457-1 | 0423 AFTER CHA | | 24.78 | 08/17/05 | 271457-1 | | 24.78 |
| 08/17/05 | 271827 | 04.23 AFTER CH | | 53.89 | 08/17/05 | 271827 | | 53.89 |
| 08/17/05 | 274264 | 336.0423 | | 20.42 | 08/17/05 | 274264 | | 20.42 |
| 08/17/05 | 274324 | 0423 | | 44.84 | 08/17/05 | 274324 | | 44.84 |
| 08/18/05 | 261986-1 | 312-0423 | | 70.02 | 08/18/05 | 261986-1 | | 70.02 |
| 08/18/05 | 263397-1 | 0423 AFTER CHA | | 8.81 | 08/18/05 | 263397-1 | | 8.81 |
| 08/18/05 | 272809 | 327.0423 | | 26.30 | 08/18/05 | 272809 | | 26.30 |
| 08/18/05 | 273941 | 336-0423 | | 236.37 | 08/18/05 | 273941 | | 236.37 |
| 08/18/05 | 274998 | 0423 | | 10.16 | 08/18/05 | 274998 | | 10.16 |
| 08/23/05 | 258017-1 | 298-043 | | 120.88 | 08/23/05 | 258017-1 | | 120.88 |
| 08/23/05 | 274243 | 327.0423 | | 75.00 | 08/23/05 | 274243 | | 75.00 |
| 08/24/05 | 271457-2 | 0423 AFTER CHA | | 15.06 | 08/24/05 | 271457-2 | | 15.06 |
| 08/24/05 | 275421 | 0423AFTER CHAD | | 655.61 | 08/24/05 | 275421 | | 655.61 |
| 08/24/05 | 276195 | 0423 AFTERCHAD | | 635.67 | 08/24/05 | 276195 | | 635.67 |
| 08/26/05 | 279045 | 0423AFTER CHAD | | 213.97 | 08/26/05 | 279045 | | 213.97 |
| 09/02/05 | 266043-2 | 914-0423 REPLA | | 78.54 | 09/02/05 | 266043-2 | | 78.54 |
| 09/02/05 | 279295 | 0423 | | 1,021.06 | 09/02/05 | 279295 | | 1,021.06 |
| 09/09/05 | 287589 | 0423 | | 220.96 | 09/09/05 | 287589 | | 220.96 |
| 09/14/05 | 286305 | 912/913-0423 | | 489.79 | 09/14/05 | 286305 | | 489.79 |
| 09/14/05 | 289452 | 0423 | | 356.16 | 09/14/05 | 289452 | | 356.16 |
| 09/14/05 | 289461 | 0423 | | 400.66 | 09/14/05 | 289461 | | 400.66 |
| 09/14/05 | 289508 | 0423 | | 430.49 | 09/14/05 | 289508 | | 430.49 |
| 09/16/05 | 291386 | 0422 AFTER KRA | | 13.92 | 09/16/05 | 291386 | | 13.92 |
| 09/19/05 | 273944-1 | 337-0423 | | 134.11 | 09/19/05 | 273944-1 | | 134.11 |
| 09/19/05 | 291713 | 04.23 | | 125.46 | 09/19/05 | 291713 | | 125.46 |
| 09/19/05 | 291785 | 0423 | | 28.37 | 09/19/05 | 291785 | | 28.37 |
| 09/20/05 | 292988 | AFTER CHAD | | 52.55 | 09/20/05 | 292988 | | 52.55 |
| 10/12/05 | CM026473 | 272809 | | -21.76 | 10/12/05 | CM026473 | | -21.76 |
| 10/12/05 | CM026474 | 274243 | | -43.24 | 10/12/05 | CM026474 | | -43.24 |
| 11/30/05 | SC6848 | SERV CHGE | 539.60 | | 11/30/05 | SC6848 | | 539.60 |
| | | SubTotals: | $539.60 | $35,973.41 | | | | $36,513.01 |
| | | | | TOTAL AMOUNT DUE | | | | CONTINUED |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1

# FERGUSON ENTERPRISES, INC.

## PRINT DUPLICATE STATEMENT

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 170,801.62 | 11/30/2005 | 12237 | 7 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO INSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

**Please Contact With Questions:**
907-456-1234

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INVOICE DATE | INVOICE NUMBER | ✓ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Job: 36175 FT WAINWRIGHT WHOLE BARRACKS | | | | | Job: 36175 FT WAINWRIGHT WHOLE BARRACKS | | | |
| 10/07/05 | 0304684 | 0423 | | 10.16 | 10/07/05 | 0304684 | | 10.16 |
| 10/27/05 | 0312983 | 440-0526 | 623.77 | | 10/27/05 | 0312983 | | 623.77 |
| 10/31/05 | 0303605 | 400,401,402-05 | 2,357.71 | | 10/31/05 | 0303605 | | 2,357.71 |
| 10/31/05 | 0311314 | 428-0526 | 1,179.86 | | 10/31/05 | 0311314 | | 1,179.86 |
| 10/31/05 | 0316164 | 462-0526 | 2,426.26 | | 10/31/05 | 0316164 | | 2,426.26 |
| 11/02/05 | 302705 | BRAD | 35,432.67 | | 11/02/05 | 302705 | | 35,432.67 |
| 11/11/05 | 0303605-1 | 400,401,402-05 | 1,317.79 | | 11/11/05 | 0303605-1 | | 1,317.79 |
| 11/23/05 | 0331678 | AFTER KRAIG | 83.02 | | 11/23/05 | 0331678 | | 83.02 |
| 11/23/05 | 0331891 | KRAIG | 13.04 | | 11/23/05 | 0331891 | | 13.04 |
| | | SubTotals: | $43,434.12 | $10.16 | | | | $43,444.28 |
| | | | 45,409.20 | 125,392.42 | TOTAL AMOUNT DUE | | | 170,801.62 |

PAST DUE AMOUNTS ARE SUBJECT TO A FINANCE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW.

EXHIBIT 1
Page 26 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 245962 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 29.87

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | 0423 | 06/27/2005 | 4551 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | NRIGIDEGU658 | 6 & 6-5/8 GALV TUBE CLMP ASSY | 1.936 | EA | 7.74 |
| 3 | 0 | M70417 | DEBURRING TOOL REP BLD 5 PK | | EA | 0.00 |
| 3 | 3 | M70415 | DEBURRING TOOL CARDED | 7.377 | EA | 22.13 |

Invoice Sub-Total 29.87
Tax 0.00

TOTAL DUE ---> 29.87

#301134 has been paid $1,515.28

present principal Balance owed for materials on Humphlent

16(c)(c) gal. is # 113 gal. -12-20-05 service char need to be added

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW. INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED. TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.

EXHIBIT 1
Page 27 of 170


**FERGUSON ENTERPRISES, INC.**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 236464-2 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:          TOTAL DUE ---> 170.75

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 267-0423 | DLP | 0423 AHF | 06/29/2005 | 4588 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 45 | 0 | CFMADF | 1/2X3/4    WROT FTG X M ADPT | | EA | 0.00 |
| 2 | 2 | CFRJG | 1-1/2X1    WROT FTGXC RED | 2.788 | EA | 5.58 |
| 11 | 11 | CTGDG | 1X1/2X1    WROT CXCXC TEE | 4.241 | EA | 46.65 |
| 28 | 28 | CTGFG | 1X3/4X1    WROT CXCXC TEE | 4.233 | EA | 118.52 |

Invoice Sub-Total          170.75
Tax          0.00

TOTAL DUE --->          170.75

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLE ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales

EXHIBIT 1
Page 28 of 170



## FERGUSON ENTERPRISES, INC.

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 247471 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:     TOTAL DUE ---> 1517.58

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 280-0423 | DLP | 0423 AHF | 06/29/2005 | 4588 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 500 | 500 | LHARDF20 | 3/4  X  20 FT L HARD COP TUBE | 122.294 | C | 611.47 |
| 180 | 180 | LHARDK20 | 2    X  20 FT L HARD COP TUBE | 503.393 | C | 906.11 |

| | Invoice Sub-Total | 1517.58 |
|---|---|---|
| | Tax | 0.00 |

| TOTAL DUE ---> | 1517.58 |
|---|---|

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS
ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.c

EXHIBIT 1



PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 236495 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*    TOTAL DUE --->     13814.50

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
C/O PACIFIC AK FORWARDERS
2812 70TH AVE EAST
FIFE, WA 98424

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 271-0423 | DLP | 0423 AHF | 06/30/2005 | 4603 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | B117114 | 6 FLG CIRC SETTER | 1050.887 | EA | 6305.32 |
| 14 | 4 | B117035 | 4 IPS CIRC SETTER BAL VLV | 378.620 | EA | 1514.48 |
| 2 | 2 | B117117 | 3 FLG CIRC SETTER | 327.590 | EA | 655.18 |
| 16 | 9 | B117116 | 2-1/2 CIRC SETTER FLG | 215.250 | EA | 1937.25 |
| 13 | 13 | B117105 | 2   CIRC SETTER | 89.193 | EA | 1159.51 |
| 60 | 60 | B117413 | 3/4  SWT CIRC SETTER | 27.164 | EA | 1629.84 |
| 10 | 10 | B117104 | 1-1/2 CIRC SETTER | 61.292 | EA | 612.92 |

Invoice Sub-Total     13814.50
Tax     0.00

TOTAL DUE --->     13814.50

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE.
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF
ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED AB
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.co

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 247144 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 2662.33

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 278-0423 | DLP | 0423 AHF | 06/30/2005 | 4611 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | FRT IS N/C | | | |
| 20 | 20 | DW9U | 6 CS STD WELD LR 90 ELL | 36.770 | EA | 735.40 |
| 20 | 20 | DW9P | 4 CS STD WELD LR 90 ELL | 16.369 | EA | 327.38 |
| 8 | 8 | DWTU | 6 CS STD WELD TEE | 59.708 | EA | 477.66 |
| 1 | 1 | DWTPPL | 4X4X2-1/2 CS STD WELD TEE | 35.274 | EA | 35.27 |
| 5 | 5 | DWTUUP | 6X6X4 CS STD WELD TEE | 70.390 | EA | 351.95 |
| 4 | 4 | DRFWNFU | 6 CS 150# RF WN FLG W/ STD BORE | 33.584 | EA | 134.34 |
| 8 | 8 | DRFWNFM | 3 CS 150# RF WN FLG W/ STD BORE | 16.160 | EA | 129.28 |
| 4 | 4 | DRFWNFP | 4 CS 150# RF WN FLG W/ STD BORE | 22.202 | EA | 88.81 |
| 8 | 8 | DRFSOFU | 6 CS 150# RF SLIP ON FLG | 23.387 | EA | 187.10 |
| 2 | 2 | DWCRLK | 2-1/2X2 CS STD WELD CONC RED | 11.766 | EA | 23.53 |
| 1 | 1 | DWCRPM | 4X3 CS STD WELD CONC RED | 12.697 | EA | 12.70 |
| 1 | 1 | DWCAPX | 8 CS STD WELD CAP | 26.985 | EA | 26.99 |
| 1 | 1 | DWTXXU | 8X8X6 CS STD WELD TEE | 131.917 | EA | 131.92 |

| | | |
|---|---|---|
| Invoice Sub-Total | | 2662.33 |
| Tax | | 0.00 |

TOTAL DUE ---> 2662.33

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABO.
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

**EXHIBIT 1**



**FERGUSON ENTERPRISES, INC.**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 248196 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:       TOTAL DUE ---> 30.25

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | N | 06/30/2005 | 4597 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | MCP33 | 3  CI  X 3  PVC COUP | 11.175 | EA | 22.35 |
| 1 | 1 | DWCAPM | 3 CS STD WELD CAP | 7.899 | EA | 7.90 |

Invoice Sub-Total        30.25
Tax        0.00

TOTAL DUE --->        30.25

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOIC
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS
ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED AE
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.cc

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
**907-273-2100**

| Invoice Number | Customer | Page |
|---|---|---|
| 236464-3 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:     TOTAL DUE ---> 213.75

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 267-0423 | DLP | 0423 AHF | 07/07/2005 | 4662 |

| Ordered | Shipped | Item Number | | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|---|
| 45 | 45 | CFMADF | | 1/2X3/4  WROT FTG X M ADPT | 4.750 | EA | 213.75 |

| | | | Invoice Sub-Total | 213.75 |
| | | | Tax | 0.00 |

| | TOTAL DUE ---> | 213.75 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE.
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS
ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED A
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.c

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 251190 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

**TOTAL DUE --->**     30.02

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | N | 07/07/2005 | 4657 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | BCF | 3/4 BLK MI 150# COUP | 1.501 | EA | 30.02 |

Invoice Sub-Total     30.02
Tax     0.00

**TOTAL DUE --->**     30.02

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF CO
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. EXHIBIT 1
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/so


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
**907-273-2100**

| Invoice Number | Customer | Page |
|---|---|---|
| 236495-1 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:    TOTAL DUE ---> 3399.85

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

GRAYSTAR MECHANICAL
C/O PACIFIC AK FORWARDERS
2812 70TH AVE EAST
FIFE, WA 98424

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 271-0423 | DLP | 0423 AHF | 07/12/2005 | 4696 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 10 | 5 | B117035 | 4 IPS CIRC SETTER BAL VLV | 378.620 | EA | 1893.10 |
| 7 | 7 | B117116 | 2-1/2 CIRC SETTER FLG | 215.250 | EA | 1506.75 |

| | | |
|---|---|---|
| Invoice Sub-Total | | 3399.85 |
| Tax | | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 3399.85 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOIC
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS O
ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED AB
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.co

EXHIBIT 1
Page 35 of 170



**PRINT DUPLICATE INVOICE**

**FERGUSON ENTERPRISES, INC.**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 247168 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:          TOTAL DUE ---> 166.28

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 279-0423 | DLP | 0423 AHF | 07/15/2005 | 4745 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | FRT IS N/C | | | |
| 2 | 2 | DWXERMK | 3X2 CS XH WELD ECC RED | 16.440 | EA | 32.88 |
| 1 | 1 | DWXERML | 3X2-1/2 CS XH WELD ECC RED | 16.464 | EA | 16.46 |
| 2 | 2 | DWXERPK | 4X2 CS XH WELD ECC RED | 34.685 | EA | 69.37 |
| 2 | 2 | DWXERPM | 4X3 CS XH WELD ECC RED | 23.783 | EA | 47.57 |

Invoice Sub-Total          166.28
Tax          0.00

TOTAL DUE --->          166.28

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF C. ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 253627 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:          TOTAL DUE ---> 2542.11

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
2121 MONTGOMERY
FORT WAINWRIGHT, AK 99703

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 287-0423 | DLP | 0423 AHF | 07/15/2005 | 4745 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | DWCAPX | 8 CS STD WELD CAP | 26.985 | EA | 26.99 |
| 1 | 1 | DWTXXU | 8X8X6  CS STD WELD TEE | 131.917 | EA | 131.92 |
| 20 | 20 | DW9U | 6  CS STD WELD LR 90 ELL | 36.770 | EA | 735.40 |
| 20 | 20 | DW9P | 4  CS STD WELD LR 90 ELL | 16.369 | EA | 327.38 |
| 8 | 8 | DWTU | 6  CS STD WELD TEE | 59.708 | EA | 477.66 |
| 1 | 1 | DWTPPL | 4X4X2-1/2  CS STD WELD TEE | 35.274 | EA | 35.27 |
| 5 | 5 | DWTUUP | 6X6X4  CS STD WELD TEE | 70.390 | EA | 351.95 |
| 8 | 8 | DRFSOFU | 6 CS 150# RF SLIP ON FLG | 23.387 | EA | 187.10 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 268.440 | EA | 268.44 |

|  |  |
|---|---|
| Invoice Sub-Total | 2542.11 |
| Tax | 0.00 |

|  |  |
|---|---|
| TOTAL DUE ---> | 2542.11 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE.  ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF CC ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/s

EXHIBIT 1

# FERGUSON ENTERPRISES, INC.

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238021 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1499.81

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DLP | 0423 AHF | 07/19/2005 | 4774 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-1 P-2 | | | |
| 3 | 3 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | |
| 3 | 3 | S3010000 | 111 ROY 1.6 FLUSH VLV W/SWT | | EA | |
| 3 | 3 | B1200TC000 | EB BOWL PLAS CLST SEAT WHIT | | EA | |
| | | | SUBTOTAL | | | 579.97 |
| | | | P-3 | | | |
| 1 | 0 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| 1 | 1 | S3012600 | 186 ROY 1.5 FLUSH VLV W/SWT | | EA | |
| | | | SUBTOTAL | | | 102.46 |
| | | | P-5 | | | |
| 3 | 0 | K2027-0 | 18X15 4 VC LAV *GREENW WHIT | | EA | |
| 3 | 3 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| 3 | 3 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| 3 | 3 | PF8617J | 1-1/2 17GA P-TRAP CP | | EA | |
| 3 | 3 | PFSJP1 | 1-1/2X1-1/4 PLAS SJ WASH | | EA | |
| 3 | 3 | BOCR1915AC | CP 1/2X15 COMP ANG LAV SPLY KIT | | EA | |
| | | | SUBTOTAL | | | 244.62 |
| | | | P-7 | | | |
| 1 | 1 | ELR33213 | 33X21 3H 2B SS SINK *LUSTER | | EA | |
| 1 | 1 | K7761-K-CP | KITC BSE FCT L/SPRY CP | | EA | |
| 2 | 2 | ELK35 | BSKT STRN SS | | EA | |
| 1 | 1 | DEA111A1 | 1-1/2X16 17GA EO SJ SINK WST CP | | EA | |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COL ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sa

EXHIBIT 1

**FERGUSON ENTERPRISES, INC.®**

| Invoice Number | Customer | Page |
|---|---|---|
| 238021 | 12237 | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | PF8617J | 1-1/2 17GA P-TRAP CP | | EA | |
| 1 | 1 | BOCR1920AC | CP 1/2X20 COMP ANG LAV SPLY KIT | | EA | |
| | | | SUBTOTAL | | | 572.76 |
| | | | P-10 | | | |
| 1 | 0 | K6710-0 | 28X28 CI SERV SINK *WHITBY WHIT | | EA | |
| 1 | 0 | K9146-CP | 3 SERV SINK STRN CP | | EA | |
| 1 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 1 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-11 | | | |
| 2 | 0 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 4 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

| | |
|---|---|
| Invoice Sub-Total | 1499.81 |
| Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 1499.81 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABC CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PrINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258085 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 105.10

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | AHF | 07/20/2005 | 4784 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 3 | 3 | DWTL | 2-1/2 CS STD WELD TEE | 25.397 | EA | 76.19 |
| 1 | 1 | DWTM | 3 CS STD WELD TEE | 28.914 | EA | 28.91 |

| | |
|---|---|
| Invoice Sub-Total | 105.10 |
| Tax | 0.00 |

TOTAL DUE ---> 105.10

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION. ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1