

**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258402 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE --->      33.18

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | AHF | 07/20/2005 | 4780 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 15 | 15 | CCJ | 1-1/2 WROT CXC COUP W/ STOP | 2.212 | EA | 33.18 |

Invoice Sub-Total     33.18
Tax     0.00

| TOTAL DUE ---> | 33.18 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. A
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF C
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/s

EXHIBIT 1



PRINT DUPLICATE INVOICE

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 259405 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*   TOTAL DUE ---> 39.85

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | 0423 | 07/21/2005 | 4799 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | GNJCL | 1-1/2XCLOSE GALV STL NIP | 1.058 | EA | 6.35 |
| 6 | 6 | GNJK | 1-1/2X2 GALV STL NIP | 1.207 | EA | 7.24 |
| 3 | 3 | GNJM | 1-1/2X3 GALV STL NIP | 1.593 | EA | 4.78 |
| 3 | 3 | GNJP | 1-1/2X4 GALV STL NIP | 1.974 | EA | 5.92 |
| 3 | 3 | GNJS | 1-1/2X5 GALV STL NIP | 2.386 | EA | 7.16 |
| 3 | 3 | GNJU | 1-1/2X6 GALV STL NIP | 2.801 | EA | 8.40 |

| | | |
|---|---|---|
| Invoice Sub-Total | | 39.85 |
| Tax | | 0.00 |
| TOTAL DUE ---> | | 39.85 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

*PRINT DUPLICATE INVOICE*

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238887 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 8435.04

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 07/22/2005 | 4808 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-1 P-2 | | | |
| 24 | 11 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | |
| 24 | 24 | S3010000 | 111 ROY 1.6 FLUSH VLV W/SWT | | EA | |
| 24 | 24 | B1200TC000 | EB BOWL PLAS CLST SEAT WHIT | | EA | |
| | | | SUBTOTAL | | | 3618.62 |
| | | | P-3 | | | |
| 7 | 5 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| 7 | 7 | S3012600 | 186 ROY 1.5 FLUSH VLV W/SWT | | EA | |
| | | | SUBTOTAL | | | 1419.42 |
| | | | P-4 | | | |
| 12 | 12 | K2196-4-0 | 20X17 4 VC LAV *PENNIN WHIT | | EA | |
| 12 | 11 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| 12 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| 12 | 12 | PF8617J | 1-1/2 17GA P-TRAP CP | | EA | |
| 12 | 12 | PFSJP1 | 1-1/2X1-1/4 PLAS SJ WASH | | EA | |
| 12 | 12 | BOCR1915AC | CP 1/2X15 COMP ANG LAV SPLY KIT | | EA | |
| | | | SUBTOTAL | | | 1601.16 |
| | | | P-5 | | | |
| 17 | 0 | K2027-0 | 18X15 4 VC LAV *GREENW WHIT | | EA | |
| 17 | 5 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| 17 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| 17 | 17 | PF8617J | 1-1/2 17GA P-TRAP CP | | EA | |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sa

EXHIBIT 1



| | | Invoice Number | | Customer | | Page |
|---|---|---|---|---|---|---|
| | | 238887 | | 12237 | | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 17 | 17 | PFSJP1 | 1-1/2X1-1/4 PLAS SJ WASH | | EA | |
| 17 | 17 | BOCR1915AC | CP 1/2X15 COMP ANG LAV SPLY KIT | | EA | |
| | | | SUBTOTAL | | | 564.50 |
| | | | P-7 | | | |
| 1 | 1 | ELR33213 | 33X21 3H 2B SS SINK *LUSTER | | EA | |
| 1 | 1 | K7761-K-CP | KITC BSE FCT L/SPRY CP | | EA | |
| 2 | 2 | ELK35 | BSKT STRN SS | | EA | |
| 1 | 1 | DEA111A1 | 1-1/2X16 17GA EO SJ SINK WST CP | | EA | |
| 1 | 1 | PF8617J | 1-1/2 17GA P-TRAP CP | | EA | |
| 1 | 1 | BOCR1920AC | CP 1/2X20 COMP ANG LAV SPLY KIT | | EA | |
| | | | SUBTOTAL | | | 572.76 |
| | | | P-8 | | | |
| 2 | 2 | ELR19193 | 19X19 3H 1B SS SINK *LUSTER | | EA | |
| 2 | 2 | K7761-K-CP | KITC BSE FCT L/SPRY CP | | EA | |
| 2 | 2 | ELK35 | BSKT STRN SS | | EA | |
| 1 | 1 | PF8617J | 1-1/2 17GA P-TRAP CP | | EA | |
| 2 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| 2 | 2 | BOCR1920AC | CP 1/2X20 COMP ANG LAV SPLY KIT | | EA | |
| | | | SUBTOTAL | | | 658.58 |
| | | | P-10 | | | |
| 3 | 0 | K6710-0 | 28X28 CI SERV SINK *WHITBY WHIT | | EA | |
| 3 | 0 | K9146-CP | 3 SERV SINK STRN CP | | EA | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-11 | | | |
| 2 | 0 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 5 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

| | |
|---|---|
| Invoice Sub-Total | 8435.04 |
| Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 8435.04 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLE ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. C EXHIBIT 1 CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 259852 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 92.01

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | AHF | 07/22/2005 | 4808 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 3 | 3 | DRFSOFU | 6 CS 150# RF SLIP ON FLG | 30.671 | EA | 92.01 |

Invoice Sub-Total 92.01
Tax 0.00

TOTAL DUE ---> 92.01

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1
Page 45 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 260849 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 76.34

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | N | 07/25/2005 | 4824 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | EFXH | 1-1/4 C X FIP DIELECTRIC UNION | 15.202 | EA | 60.81 |
| 12 | 12 | NRIGIDEGPR | 4 & 4-1/2 OD GALV CLMP ASSY | 1.294 | EA | 15.53 |

| | |
|---|---|
| Invoice Sub-Total | 76.34 |
| Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 76.34 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 260226 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 4975.30

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
FORT WAINWRIGHT, AK 99703

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 300-0423 | DLP | 0423 AHF | 07/26/2005 | 4842 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | CUSTOMER PO 300-0423 | | | |
| 1 | 1 | B300RCKG | 2X1  BLK MI 300# RED COUP | 14.641 | EA | 14.64 |
| | | | RICHLAND | | | |
| 8 | 8 | B300TFFD | 3/4X3/4X1/2 BLK MI 300# TEE | 9.831 | EA | 78.65 |
| 6 | 6 | B300THHD | 1-1/4X1-1/4X1/2 BLK MI 300# TEE | 15.560 | EA | 93.36 |
| | | | RICHLAND | | | |
| 4 | 4 | B300TKKG | 2X2X1 BLK MI 300# TEE | 31.524 | EA | 126.10 |
| 4 | 4 | B300RCKH | 2X1-1/4 BLK MI 300# RED COUP | 17.204 | EA | 68.82 |
| | | | RICHLAND | | | |
| 4 | 4 | BCIERJF | 1-1/2X3/4 BLK CI 125# ECC RED | 22.784 | EA | 91.14 |
| | | | 5 STK RICHLAND | | | |
| 2 | 2 | BCIERJG | 1-1/2X1 BLK CI 125# ECC RED | 22.792 | EA | 45.58 |
| | | | RICHLAND | | | |
| 4 | 4 | BCIERKG | 2X1 BLK CI 125# ECC RED | 29.808 | EA | 119.23 |
| | | | RICHLAND | | | |
| 1 | 1 | BCIERKH | 2X1-1/4 BLK CI 125# ECC RED | 28.412 | EA | 28.41 |
| | | | RICHLAND | | | |
| 1 | 1 | BCIERKJ | 2X1-1/2 BLK CI 125# ECC RED | 28.988 | EA | 28.99 |
| | | | RICHLAND | | | |
| 18 | 18 | B300UH | 1-1/4 BLK MI 300# BRS GJ UNION | 12.565 | EA | 226.17 |
| | | | CUSTOMER PO 301-0423 | | | |
| 64 | 64 | B3009K | 2 BLK MI 300# 90 ELL | 13.412 | EA | 858.37 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF CC ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/so

EXHIBIT 1



| | Invoice Number | Customer | Page |
|---|---|---|---|
| | 260226 | 12237 | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 62 | 62 | B3009J | 1-1/2 BLK MI 300# 90 ELL | 9.276 | EA | 575.11 |
| 60 | 60 | B3009H | 1-1/4 BLK MI 300# 90 ELL | 7.846 | EA | 470.76 |
| 20 | 20 | B3009G | 1 BLK MI 300# 90 ELL | 5.354 | EA | 107.08 |
| 40 | 0 | B3009F | 3/4 BLK MI 300# 90 ELL | | EA | 0.00 |
| 60 | 60 | B3009D | 1/2 BLK MI 300# 90 ELL | 3.658 | EA | 219.48 |
| 24 | 24 | B300UK | 2 BLK MI 300# BRS GJ UNION | 16.569 | EA | 397.66 |
| 16 | 16 | B300UJ | 1-1/2 BLK MI 300# BRS GJ UNION | 12.991 | EA | 207.86 |
| 15 | 15 | B300UH | 1-1/4 BLK MI 300# BRS GJ UNION | 12.565 | EA | 188.48 |
| 6 | 6 | B300UG | 1 BLK MI 300# BRS GJ UNION | 7.706 | EA | 46.24 |
| 16 | 16 | B300UF | 3/4 BLK MI 300# BRS GJ UNION | 5.918 | EA | 94.69 |
| 14 | 14 | B300UD | 1/2 BLK MI 300# BRS GJ UNION | 5.294 | EA | 74.12 |
| 7 | 7 | BCPK | 2 BLK CI CORED PLUG | 2.435 | EA | 17.05 |
| 3 | 3 | BCPJ | 1-1/2 BLK CI CORED PLUG | 2.008 | EA | 6.02 |
| 13 | 13 | BCPG | 1 BLK CI CORED PLUG | 0.897 | EA | 11.66 |
| 6 | 6 | BSSPF | 3/4 BLK STL SQ HD PLUG | 0.674 | EA | 4.04 |
| 32 | 32 | BSSPD | 1/2 BLK STL SQ HD PLUG | 0.444 | EA | 14.21 |
| 9 | 9 | B300TK | 2 BLK MI 300# TEE | 17.696 | EA | 159.26 |
| 4 | 4 | B300TKKF | 2X2X3/4 BLK MI 300# TEE | 31.524 | EA | 126.10 |
| 12 | 12 | B300TF | 3/4 BLK MI 300# TEE | 6.739 | EA | 80.87 |
| 10 | 10 | B300TD | 1/2 BLK MI 300# TEE | 6.184 | EA | 61.84 |
| 7 | 6 | B300RCKJ | 2X1-1/2 BLK MI 300# RED COUP | 16.744 | EA | 100.46 |
| 4 | 4 | B300RCGF | 1X3/4 BLK MI 300# RED COUP | 6.397 | EA | 25.59 |
| 4 | 4 | B300CAPK | 2 BLK MI 300# CAP | 10.898 | EA | 43.59 |
| 12 | 12 | BNBP | 1/4X4 BLK STL NIP | 0.987 | EA | 11.84 |
| 12 | 12 | BNBM | 1/4X3 BLK STL NIP | 0.782 | EA | 9.38 |
| 12 | 12 | BNBK | 1/4X2 BLK STL NIP | 0.676 | EA | 8.11 |
| 12 | 12 | BNBJ | 1/4X1-1/2 BLK STL NIP | 0.651 | EA | 7.81 |
| 8 | 8 | TOL36PH | 36 - 4 X 1-1/4 3000# TOL | 6.456 | EA | 51.65 |
| 25 | 25 | TOL36FD | 36 - 3/4 X 1/2 3000# TOL | 2.995 | EA | 74.88 |

| | | |
|---|---|---|
| Invoice Sub-Total | | 4975.30 |
| Tax | | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 4975.30 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLL ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 261718 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 189.87

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AHF | DLP | 0423AHF | 07/26/2005 | 4837 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | CCK | 2    WROT CXC COUP    2-1/8 OD | 3.707 | EA | 7.41 |
| 22 | 22 | CMAFD | 3/4X1/2    WROT CXM ADPT | 1.841 | EA | 40.50 |
| 4 | 4 | CMAK | 2    WROT CXM ADPT | 8.113 | EA | 32.45 |
| 4 | 4 | CTKKF | 2X2X3/4    WROT CXCXC TEE | 9.789 | EA | 39.16 |
| 2 | 2 | GNGCL | 1XCLOSE GALV STL NIP | 0.716 | EA | 1.43 |
| 14 | 14 | J100299 | 1/4 BRZ 600# FXM MINI COCK BV | 4.923 | EA | 68.92 |

Invoice Sub-Total      189.87
Tax      0.00

TOTAL DUE --->      189.87

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sa

EXHIBIT 1



PRINT DUPLICATE INVOICE

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| | |
|---|---|
| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 261728 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE --->      106.63

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | N | DLP | AHF 0423 | 07/26/2005 | 4837 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | R082601 | 10.1 OZ CLR SILI SEALANT | 4.956 | EA | 29.74 |
| 40 | 40 | CCAPG | 1  WROT COP CAP  1-1/8 OD | 0.891 | EA | 35.64 |
| 1 | 1 | CMAJ | 1-1/2  WROT CXM ADPT | 4.796 | EA | 4.80 |
| 6 | 6 | CCDWVMTPK | 2  DWV CAST CXM MARVEL THRD PC | 6.075 | EA | 36.45 |

Invoice Sub-Total     106.63
Tax     0.00

TOTAL DUE --->     106.63

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

*PRINT DUPLICATE INVOICE*

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 236495-2 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 1893.10

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
GRAYSTAR MECHANICAL
C/O PACIFIC AK FORWARDERS
2812 70TH AVE EAST
FIFE, WA 98424

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 271-0423 | DLP | 0423 AHF | 07/27/2005 | 4846 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 5 | 5 | B117035 | 4 IPS CIRC SETTER BAL VLV | 378.620 | EA | 1893.10 |

| | Invoice Sub-Total | 1893.10 |
|---|---|---|
| | Tax | 0.00 |

TOTAL DUE ---> 1893.10

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. C CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-1 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1379.99

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 07/28/2005 | 4867 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-1 P-2 | | | |
| 13 | 0 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-3 | | | |
| 2 | 0 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-4 | | | |
| 1 | 1 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| 12 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| | | | SUBTOTAL | | | 64.96 |
| | | | P-5 | | | |
| | | | NOTE:PRICE WILL CHANGE FRM | | | |
| | | | QUOTE BECAUSE OF BRD FLEX. | | | |
| 17 | 0 | K2027-0 | 18X15 4 VC LAV *GREENW WHIT | | EA | |
| 12 | 0 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| 17 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| 18 | 0 | PF147323 | 3/8 COMP X 1/2 FIP 16 SS SINK CONN | | EA | |
| 18 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| | | | FOR P5 & P7 | | | |
| 18 | 0 | PFE7 | 5/8 OD ESC CP | | EA | |
| | | | FOR P5-P7 | | | |
| | | | SUBTOTAL | | | 0.00 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales

**EXHIBIT 1**

**FERGUSON ENTERPRISES, INC.®**

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-1 | 12237 | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-8 (FLEX PRICE CHG | | | |
| 2 | 0 | PFE7 | 5/8 OD ESC CP | | EA | |
| 2 | 0 | PF147323 | 3/8 COMP X 1/2 FIP 16 SS SINK CONN | | EA | |
| 2 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-10 | | | |
| 3 | 3 | K6710-0 | 28X28 CI SERV SINK *WHITBY WHIT | | EA | |
| 3 | 3 | K9146-CP | 3 SERV SINK STRN CP | | EA | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 1315.03 |
| | | | P-11 | | | |
| 2 | 0 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 5 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

| | |
|---|---|
| Invoice Sub-Total | 1379.99 |
| Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 1379.99 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLL. ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1



**FEI - ANCHORAGE #3017**
**151 EAST 95TH AVENUE**
**ANCHORAGE, AK 99515-1809**

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 254131 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 2480.39

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECH INC
2280 STANDARD AVE
FAIRBANKS, AK 99701

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 281-0423 | DLP | 0423 AHF | 07/28/2005 | 4865 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 1 | B117035 | 4 IPS CIRC SETTER BAL VLV | 378.620 | EA | 378.62 |
| 2 | 2 | B117114 | 6 FLG CIRC SETTER | 1050.887 | EA | 2101.77 |

| | | |
|---|---|---|
| Invoice Sub-Total | | 2480.39 |
| Tax | | 0.00 |

| TOTAL DUE ---> | 2480.39 |
|---|---|

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLL
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. C EXHIBIT 1
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale Page 54 of 170



PRINT DUPLICATE INVOICE

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 261817 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 2141.98

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECH INC
2280 STANDARD AVE
FAIRBANKS, AK 99701

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 307-0423 | DLP | 0525RRT | 07/28/2005 | 4867 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 200 | 200 | LHARDD20 | 1/2  X  20 FT L HARD COP TUBE | 64.631 | C | 129.26 |
| 400 | 400 | LHARDF20 | 3/4  X  20 FT L HARD COP TUBE | 100.003 | C | 400.01 |
| 200 | 200 | LHARDG20 | 1    X  20 FT L HARD COP TUBE | 143.021 | C | 286.04 |
| 200 | 200 | LHARDH20 | 1-1/4 X  20 FT L HARD COP TUBE | 199.949 | C | 399.90 |
| 60 | 60 | LHARDJ20 | 1-1/2 X  20 FT L HARD COP TUBE | 257.888 | C | 154.73 |
| 100 | 100 | LHARDK20 | 2    X  20 FT L HARD COP TUBE | 405.296 | C | 405.30 |
| 60 | 60 | LHARDL20 | 2-1/2 X  20 FT L HARD COP TUBE | 611.232 | C | 366.74 |

Invoice Sub-Total 2141.98
Tax 0.00

TOTAL DUE ---> 2141.98

**EXHIBIT 1**
Page 55 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



PRINT DUPLICATE INVOICE

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 254131-1 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 553.61

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

GRAYSTAR MECH INC
2280 STANDARD AVE
FAIRBANKS, AK 99701

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 281-0423 | DLP | 0423 AHF | 07/29/2005 | 4886 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | B117035 | 4 IPS CIRC SETTER BAL VLV | 378.620 | EA | 378.62 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 174.990 | EA | 174.99 |

Invoice Sub-Total 553.61
Tax 0.00

TOTAL DUE ---> 553.61

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COL ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sa

EXHIBIT 1
Page 56 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From:  Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 264534 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE --->       339.90

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | 0423 | 08/01/2005 | 4898 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | C4J | 1-1/2 WROT CXC 45 ELL    1-5/8 OD | 4.079 | EA | 4.08 |
| 5 | 5 | CDWVSTK | 2       DWV WROT CXCXC SAN TEE | 9.260 | EA | 46.30 |
| 40 | 40 | CDWVTK20 | 2    X 20 FT DWV   COP TUBE | 457.337 | C | 182.93 |
| 60 | 60 | LHARDG20 | 1    X 20 FT L HARD COP TUBE | 177.635 | C | 106.58 |

Invoice Sub-Total       339.90
Tax       0.00

TOTAL DUE --->       339.90

**EXHIBIT 1**
Page 57 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



PRINT DUPLICATE INVOICE

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-2 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 189.97

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 08/02/2005 | 4911 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-1 P-2 | | | |
| 13 | 0 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-3 | | | |
| 2 | 0 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-4 | | | |
| 12 | 12 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| | | | SUBTOTAL | | | 29.76 |
| | | | P-5 | | | |
| | | | NOTE:PRICE WILL CHANGE FRM | | | |
| | | | QUOTE BECAUSE OF BRD FLEX. | | | |
| 17 | 0 | K2027-0 | 18X15 4 VC LAV *GREENW WHIT | | EA | |
| 12 | 0 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| 17 | 17 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| 18 | 18 | PF147323 | 3/8 COMP X 1/2 FIP 16 SS SINK CONN | | EA | |
| 18 | 7 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| | | | FOR P5 & P7 | | | |
| 18 | 18 | PFE7 | 5/8 OD ESC CP | | EA | |
| | | | FOR P5-P7 | | | |
| | | | SUBTOTAL | | | 150.42 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLE
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. C
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1



| | Invoice Number | Customer | Page |
|---|---|---|---|
| | 238887-2 | 12237 | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-8 (FLEX PRICE CHG | | | |
| 2 | 2 | PFE7 | 5/8 OD ESC CP | | EA | |
| 2 | 2 | PF147323 | 3/8 COMP X 1/2 FIP 16 SS SINK CONN | | EA | |
| 2 | 2 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| | | | SUBTOTAL | | | 9.79 |
| | | | P-10 | | | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-11 | | | |
| 2 | 0 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 5 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

| | |
|---|---|
| Invoice Sub-Total | 189.97 |
| Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 189.97 |

**EXHIBIT 1**
Page 59 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 266478 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 212.55

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER CHAD | DLP | N | 08/03/2005 | 4925 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 3 | 3 | FIKBM | 3 150# FLG  INSUL KIT | 18.932 | EA | 56.80 |
| 34 | 34 | PF147323 | 3/8 COMP X 1/2 FIP 16 SS SINK CONN | 2.138 | EA | 72.69 |
| 1 | 1 | KEE300CP | 1-1/4 20 GA CP P TRAP | 9.648 | EA | 9.65 |
| 1 | 1 | PF8617COH | 1-1/4 17GA P-TRAP W/ CO CP | 7.933 | EA | 7.93 |
| 12 | 12 | PHPH5 | 3/4 MHT X 1/2MIP X 1/2 CWT ADPT | 2.823 | EA | 33.88 |
| 12 | 12 | PHPH4 | 1/2 FIP X 3/4 MIP X 3/4 MHT ADPT | 2.303 | EA | 27.64 |
| 1 | 1 | BBLK | 2-1/2X2  BLK MI HEX BUSH | 3.964 | EA | 3.96 |

Invoice Sub-Total 212.55
Tax 0.00

TOTAL DUE ---> 212.55

**EXHIBIT 1**

Page 60 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html