

**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|----------------|----------|------|
| 267072 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 8.57

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|-----------|-----------|----------|----------------------|--------------|----------|--------------|-------|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | 0423 | 08/04/2005 | 4937 |

| Ordered | Shipped | Item Number | | Description | Unit Price | UM | Amount |
|---------|---------|-------------|---|-------------|------------|-----|--------|
| 1 | 1 | NHYM | 3 | NH WYE | 8.570 | EA | 8.57 |

| | | |
|---|---|---|
| | Invoice Sub-Total | 8.57 |
| | Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 8.57 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE.
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE.
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

**EXHIBIT 1**
Page 61 of 170



**FERGUSON ENTERPRISES, INC.**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 267890 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:     TOTAL DUE ---> 770.61

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | 0423 | 08/05/2005 | 4945 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 280 | 280 | BB22SHGALV10 | 1-5/8X1-5/8X10 12 GALV H/SLOT STRUT | 183.012 | C | 512.43 |
| 50 | 50 | ZFWD | 1/2  Z/PLT FLT WSHR | 0.059 | EA | 2.95 |
| 16 | 16 | M61500 | 1-1/4 ID #6100 STD PLAS FTG BRSH | 2.460 | EA | 39.36 |
| 12 | 12 | M61560 | 1-1/2 ID #6100 STD PLAS FTG BRSH | 2.630 | EA | 31.56 |
| 2 | 2 | GNKP | 2X4 GALV STL NIP | 2.522 | EA | 5.04 |
| 3 | 3 | BRNGP | 1X4 BRS NIP | 4.990 | EA | 14.97 |
| 16 | 16 | TOL36DB | 36 - 1/2 X 1/4 3000# TOL | 2.949 | EA | 47.18 |
| 100 | 100 | NL11EG | GALV ANG FTG | 0.857 | EA | 85.70 |
| 3 | 3 | VFA62047Z0T | 3/4X3 THRD X THRD DIELE NIP 47 | 10.473 | EA | 31.42 |

|  |  |
|---|---|
| Invoice Sub-Total | 770.61 |
| Tax | 0.00 |

| TOTAL DUE ---> | 770.61 |
|---|---|

**EXHIBIT 1**
Page 62 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 268944 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 166.39

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | 0423 | 08/08/2005 | 4967 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 0 | CWDWVMAK | 2     DWV WROT CXM ADPT | | EA | 0.00 |
| 4 | 4 | CDWV9K | 2     DWV WROT CXC 90 ELL | 6.312 | EA | 25.25 |
| 1 | 1 | CDWVCK | 2     DWV WROT CXC COUP | 2.618 | EA | 2.62 |
| 2 | 2 | J100299 | 1/4 BRZ 600# FXM MINI COCK BV | 4.923 | EA | 9.85 |
| 3 | 3 | C79841 | 8X2-1/2  HEX SHT MTL SCRW | 5.937 | EA | 17.81 |
| 24 | 24 | R33185 | TUBE CTTR WHL E3469 | 4.619 | EA | 110.86 |

| | |
|---|---|
| Invoice Sub-Total | 166.39 |
| Tax | 0.00 |

TOTAL DUE ---> 166.39

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

**EXHIBIT 1**



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 268966 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:     TOTAL DUE ---> 362.23

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
GRAYSTAR MECH INC
2280 STANDARD AVE
FAIRBANKS, AK 99701

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTER KRAIG | DLP | 0423 | 08/08/2005 | 4967 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 100 | 100 | LHARDD20 | 1/2  X  20 FT L HARD COP TUBE | 88.505 | C | 88.51 |
| 200 | 200 | LHARDF20 | 3/4  X  20 FT L HARD COP TUBE | 136.860 | C | 273.72 |

|  |  | Invoice Sub-Total | 362.23 |
|---|---|---|---|
|  |  | Tax | 0.00 |

| TOTAL DUE ---> | 362.23 |
|---|---|

**EXHIBIT 1**
Page 64 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| | |
|---|---|
| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238021-1 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 207.90

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DLP | 0423 AHF | 08/09/2005 | 4972 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-3 | | | |
| 1 | 0 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-5 | | | |
| 3 | 3 | K2027-0 | 18X15 4 VC LAV *GREENW WHIT | | EA | |
| | | | SUBTOTAL | | | 207.90 |
| | | | P-10 | | | |
| 1 | 0 | K6710-0 | 28X28 CI SERV SINK *WHITBY WHIT | | EA | |
| 1 | 0 | K9146-CP | 3 SERV SINK STRN CP | | EA | |
| 1 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 1 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-11 | | | |
| 2 | 0 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 4 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE.
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sd

EXHIBIT 1


**FERGUSON ENTERPRISES, INC.®**

| Invoice Number | Customer | Page |
|---|---|---|
| 238021-1 | 12237 | 2 |

| | |
|---|---|
| *Invoice Sub-Total* | 207.90 |
| *Tax* | *0.00* |

| | |
|---|---|
| **TOTAL DUE --->** | **207.90** |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ACCOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

**EXHIBIT 1**



PRINT DUPLICATE INVOICE

**FEI - ANCHORAGE #3017**
**151 EAST 95TH AVENUE**
**ANCHORAGE, AK 99515-1809**

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
**907-273-2100**

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-3 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*          TOTAL DUE --->          6443.98

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 08/09/2005 | 4972 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-1 P-2 | | | |
| 13 | 0 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-3 | | | |
| 2 | 0 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-5 | | | |
| | | | NOTE:PRICE WILL CHANGE FRM | | | |
| | | | QUOTE BECAUSE OF BRD FLEX. | | | |
| 17 | 17 | K2027-0 | 18X15 4 VC LAV *GREENW WHIT | | EA | |
| 12 | 0 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| 11 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | |
| | | | SUBTOTAL | | | 1178.10 |
| | | | P-10 | | | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-11 | | | |
| 2 | 2 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 5265.88 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. A ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF C ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/s

**EXHIBIT 1**
Page 67 of 170



**FERGUSON ENTERPRISES, INC.®**

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-3 | 12237 | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 5 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

| | | |
|---|---|---|
| Invoice Sub-Total | | 6443.98 |
| Tax | | 0.00 |

| TOTAL DUE ---> | 6443.98 |
|---|---|

**EXHIBIT 1**
Page 68 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 270730 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 59.82

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | 0423 AFTER | 08/10/2005 | 4985 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 8 | 8 | CSCJ | 1-1/2 WROT CXC SLIP COUP | 2.778 | EA | 22.22 |
| 8 | 8 | CSCK | 2  WROT CXC SLIP COUP | 4.700 | EA | 37.60 |

| | |
|---|---|
| Invoice Sub-Total | 59.82 |
| Tax | 0.00 |

| TOTAL DUE ---> | 59.82 |
|---|---|

**EXHIBIT 1**
Page 69 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From:       Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 271098 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 51.15

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | 0423 | 08/11/2005 | 4991 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 15 | 15 | PFNHCP | 4 STD NH COUP | 3.410 | EA | 51.15 |

Invoice Sub-Total 51.15
Tax 0.00

TOTAL DUE ---> 51.15

**EXHIBIT 1**
Page 70 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238021-2 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 578.78

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DLP | 0423 AHF | 08/12/2005 | 5007 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-3 | | | |
| 1 | 1 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| | | | SUBTOTAL | | | 140.44 |
| | | | P-10 | | | |
| 1 | 1 | K6710-0 | 28X28 CI SERV SINK *WHITBY WHIT | | EA | |
| 1 | 1 | K9146-CP | 3 SERV SINK STRN CP | | EA | |
| 1 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 1 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 438.34 |
| | | | P-11 | | | |
| 2 | 0 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 4 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

Invoice Sub-Total 578.78

**EXHIBIT 1**
Page 71 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson/sales-terms.html



| Invoice Number | Customer | Page |
|---|---|---|
| 238021-2 | 12237 | 2 |

| | | |
|---|---|---|
| *Tax* | | *0.00* |

| | |
|---|---|
| TOTAL DUE ---> | 578.78 |

**EXHIBIT 1**
Page 72 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

**FEI - ANCHORAGE #3017**
**151 EAST 95TH AVENUE**
**ANCHORAGE, AK 99515-1809**

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
**907-273-2100**

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-4 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*    TOTAL DUE ---> 1060.40

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 08/15/2005 | 5038 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-1 P-2 | | | |
| 13 | 0 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-3 | | | |
| 2 | 2 | K4960-ET-0 | 1.0 VC URN ADA *BARDON WHIT | | EA | |
| | | | SUBTOTAL | | | 280.88 |
| | | | P-5 | | | |
| | | | NOTE:PRICE WILL CHANGE FRM | | | |
| | | | QUOTE BECAUSE OF BRD FLEX. | | | |
| 12 | 12 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | |
| | | | SUBTOTAL | | | 779.52 |
| | | | P-10 | | | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 5 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ACCOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/t

**EXHIBIT 1**



| Invoice Number | Customer | Page |
|---|---|---|
| 238887-4 | 12237 | 2 |

Invoice Sub-Total                          1060.40
Tax                                            0.00

| | |
|---|---|
| TOTAL DUE ---> | 1060.40 |

**EXHIBIT 1**
Page 74 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238021-3 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:    **TOTAL DUE --->**    5265.88

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DLP | 0423 AHF | 08/16/2005 | 5038 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-10 | | | |
| 1 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 1 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-11 | | | |
| 2 | 2 | SP41698*3022 | | | | |
| | | | SUBTOTAL | | | 5265.88 |
| | | | P-12 | | | |
| 2 | 0 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 4 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

|  | Invoice Sub-Total | 5265.88 |
|---|---|---|
| | Tax | 0.00 |

**TOTAL DUE --->**    5265.88

**EXHIBIT 1**
Page 75 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 274299 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 57.83

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | AFTER | 08/17/2005 | 5055 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | DWTM | 3  CS STD WELD TEE | 28.914 | EA | 57.83 |

| | |
|---|---|
| Invoice Sub-Total | 57.83 |
| Tax | 0.00 |

| TOTAL DUE ---> | 57.83 |
|---|---|

**EXHIBIT 1**
Page 76 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238021-4 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 4739.88

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DLP | 0423 AHF | 08/18/2005 | 5070D |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-10 | | | |
| 1 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 1 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 2 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 4739.88 |
| | | | P-13 | | | |
| 4 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

| | |
|---|---|
| Invoice Sub-Total | 4739.88 |
| Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 4739.88 |

**EXHIBIT 1**
Page 77 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 276670 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:        TOTAL DUE ---> 203.67

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER | DLP | ) | 08/22/2005 | 5093 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 25 | 25 | H10226 | 26 COP PLTD BRKT 3/4 & 1 HOLES | 3.561 | EA | 89.03 |
| 15 | 15 | N150FFG116M | 3 NA 1/16 FF 150# GSKT | 1.424 | EA | 21.36 |
| 10 | 10 | PW9L | 2-1/2 CS STD WELD LR 90 ELL | 9.328 | EA | 93.28 |

Invoice Sub-Total        203.67
Tax        0.00

TOTAL DUE --->        203.67

**EXHIBIT 1**
Page 78 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 276907 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 95.23

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | 0423 | 08/22/2005 | 5098 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | DW9L | 2-1/2  CS STD WELD LR 90 ELL | 9.523 | EA | 95.23 |

| | |
|---|---|
| Invoice Sub-Total | 95.23 |
| Tax | 0.00 |

| | |
|---|---|
| TOTAL DUE ---> | 95.23 |

**EXHIBIT 1**
Page 79 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE.  ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE.  COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

# FERGUSON ENTERPRISES, INC.®

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-5 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 5760.94

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**

GRAYSTAR MECH INC
2280 STANDARD AVE
FAIRBANKS, AK 99701

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 08/24/2005 | 5126 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-1 P-2 | | | |
| 13 | 13 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | |
| | | | SUBTOTAL | | | 1021.06 |
| | | | P-10 | | | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-12 | | | |
| 2 | 2 | SP41699*3022 | | | | |
| | | | SUBTOTAL | | | 4739.88 |
| | | | P-13 | | | |
| 5 | 0 | SNWCA8NPV | *0905 8 GAL ADA WLCHR WM WTR COLR | | EA | |
| | | | SUBTOTAL | | | 0.00 |

| | | |
|---|---|---|
| Invoice Sub-Total | | 5760.94 |
| Tax | | 0.00 |

| TOTAL DUE ---> | 5760.94 |
|---|---|

**EXHIBIT 1**
Page 80 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 278394 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:          TOTAL DUE ---> 91.04

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER CHAD | DLP | N | 08/24/2005 | 5126 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 0 | PF8620J | 1-1/2 20GA P TRAP CP | | EA | 0.00 |
| 2 | 2 | B6864 | 3/8 OD X 1/4 MIP COMP UNION | 0.860 | EA | 1.72 |
| 7 | 7 | TOL36DB | 36 - 1/2 X 1/4 3000# TOL | 2.949 | EA | 20.64 |
| 20 | 20 | N150FFG116U | 6 NA 1/16 FF 150# GSKT | 3.434 | EA | 68.68 |

|  | Invoice Sub-Total | 91.04 |
|---|---|---|
|  | Tax | 0.00 |

|  | TOTAL DUE ---> | 91.04 |
|---|---|---|

EXHIBIT 1
Page 81 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html