

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238021-5 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 1388.24

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DP1 | 0423 AHF | 08/25/2005 | 5134 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
|  |  |  | P-10 |  |  |  |
| 1 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB |  | EA |  |
| 1 | 0 | K8940-NA | COAT WIRE RIM GUARD |  | EA |  |
|  |  |  | SUBTOTAL |  |  | 0.00 |
|  |  |  | P-13 |  |  |  |
| 4 | 4 | SNWCA8NPV | *0905 8 GAL ADA WLCHR WM WTR COLR |  | EA |  |
|  |  |  | Serial # 498 |  |  |  |
|  |  |  | Serial # 487 |  |  |  |
|  |  |  | Serial # 123 |  |  |  |
|  |  |  | Serial # 456 |  |  |  |
| 4 | 0 | SNWCA8FNPV | *0905 8 GAL ADA WLCHR COLR |  | EA |  |
|  |  |  | SUBTOTAL |  |  | 1388.24 |
|  |  |  | Invoice Sub-Total |  |  | 1388.24 |
|  |  |  | Tax |  |  | 0.00 |

TOTAL DUE ---> 1388.24

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL P
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLE EXHIBIT 1
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. C
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales age 82 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-6 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 1735.30

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
GRAYSTAR MECH INC
2280 STANDARD AVE
FAIRBANKS, AK 99701

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DP1 | 0423 AHF | 08/25/2005 | 5134 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-10 | | | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 0 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 0.00 |
| | | | P-13 | | | |
| 5 | 5 | SNWCA8NPV | *0905 8 GAL ADA WLCHR WM WTR COLR | | EA | |
| | | | Serial # 123 | | | |
| | | | Serial # 456 | | | |
| | | | Serial # 458 | | | |
| | | | Serial # 457 | | | |
| | | | Serial # 4576 | | | |
| | | | SUBTOTAL | | | 1735.30 |

Invoice Sub-Total  1735.30
Tax  0.00

TOTAL DUE --->  1735.30

EXHIBIT 1
Page 83 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238887-7 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 328.39

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:
GRAYSTAR MECH INC
2280 STANDARD AVE
FAIRBANKS, AK 99701

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 09/02/2005 | 5233 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-10 | | | |
| 3 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 3 | 3 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 328.39 |

Invoice Sub-Total 328.39
Tax 0.00

TOTAL DUE ---> 328.39

EXHIBIT 1
Page 84 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 217312-1 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 283.83

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
2121 MONTGOMERY ST
FORT WAINWRIGHT, AK 99703

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 233-6600 | DLP | ALERT HOLDING | 09/05/2005 | 5252 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
|  |  |  | ADD UPS BLUE PER CHAD |  |  |  |
| 1 | 1 | R92442 | *CVR* 8-12 S10 STL RL SET 92442 | 255.720 | EA | 255.72 |

Invoice Sub-Total  255.72
Freight  28.11
Tax  0.00

TOTAL DUE ---> 283.83

EXHIBIT 1
Page 85 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 238021-6 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 109.46

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:
GRAYSTAR MECHANICAL
ALERT HOLDING FACILITY
MONTGOMERY ST (BETWEEN
SANTIAGO AND LUZON ST.)

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DLP | 0423 AHF | 09/12/2005 | 5317 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | P-10 | | | |
| 1 | 0 | K8907-RP | SERV SINK FCT *KINLOC RB | | EA | |
| 1 | 1 | K8940-NA | COAT WIRE RIM GUARD | | EA | |
| | | | SUBTOTAL | | | 109.46 |

Invoice Sub-Total   109.46
Tax   0.00

TOTAL DUE --->   109.46

EXHIBIT 1
Page 86 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**PRINT DUPLICATE INVOICE**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| CM025348-1 | 12237 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> -78.55

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 913-0423 | DLP | 0423 AHF | 09/27/2005 | CM0 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | K4330-0 | 1.6 EB WM BOWL *KINGST WH OI 238021 | 78.547 | EA | -78.55 |
| | | Cust PO:913-0423 | Job Name: 0423 AHF | | | |

Invoice Sub-Total    -78.55
Tax    0.00

TOTAL DUE --->    -78.55

EXHIBIT 1
Page 87 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| CM025348-2 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> -1148.15

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 09/27/2005 | CM0 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 24 | 24 | B1200TC000 | EB BOWL PLAS CLST SEAT WH OI 238887 | 34.900 | EA | -837.60 |
| | | Cust PO:912-0423 | Job Name: 0423 AHF | | | |
| 3 | 3 | B1200TC000 | EB BOWL PLAS CLST SEAT WH OI 238021 | 34.900 | EA | -104.70 |
| | | Cust PO:913-0423 | Job Name: 0423 AHF | | | |
| 17 | 17 | PF8617J | 1-1/2 17GA P-TRAP CP   OI 238887 | 6.433 | EA | -109.36 |
| | | Cust PO:912-0423 | Job Name: 0423 AHF | | | |
| 12 | 12 | PF8617J | 1-1/2 17GA P-TRAP CP   OI 238887 | 6.433 | EA | -77.20 |
| | | Cust PO:912-0423 | Job Name: 0423 AHF | | | |
| 1 | 1 | PF8617J | 1-1/2 17GA P-TRAP CP   OI 238887 | 6.433 | EA | -6.43 |
| | | Cust PO:912-0423 | Job Name: 0423 AHF | | | |
| 1 | 1 | PF8617J | 1-1/2 17GA P-TRAP CP   OI 238887 | 6.430 | EA | -6.43 |
| | | Cust PO:912-0423 | Job Name: 0423 AHF | | | |
| 1 | 1 | PF8617J | 1-1/2 17GA P-TRAP CP   OI 238021 | 6.430 | EA | -6.43 |
| | | Cust PO:913-0423 | Job Name: 0423 AHF | | | |

Invoice Sub-Total  -1148.15
Tax  0.00

TOTAL DUE ---> -1148.15

EXHIBIT 1
Page 88 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| CM025351 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> -32.24

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

Ship To:

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912-0423 | DLP | 0423 AHF | 09/27/2005 | CM0 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 13 | 13 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KE OI 238887- | 2.480 | EA | -32.24 |
| | | Cust PO:912-0423 | Job Name: 0423 AHF | | | |

Invoice Sub-Total -32.24
Tax 0.00

TOTAL DUE ---> -32.24

EXHIBIT 1
Page 89 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 0307336 | 12237 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 106.04

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
PO BOX 71979
ATTN: ACCOUNTS PAYABLE
FAIRBANKS, AK 99707-1979

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | N | 10/12/2005 | 5627 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 50 | 50 | C9G | 1  WROT CXC 90 ELL  1-1/8 OD | 1.728 | EA | 86.40 |
| 12 | 12 | CRCGF | 1X3/4  WROT CXC RED COUP | 1.637 | EA | 19.64 |

Invoice Sub-Total         106.04
Tax                         0.00

TOTAL DUE --->            106.04

EXHIBIT 1
Page 90 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 249923 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1187.49

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: CHAD

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AHF 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/06/2005 | 4645 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 12 | 8 | CDWV9M | 3   DWV WROT CXC 90 ELL | 14.047 | EA | 112.38 |
| | | | HAVE IN ANCHORAGE | | | |
| 2 | 2 | CDWVCM | 3   DWV WROT CXC COUP | 4.533 | EA | 9.07 |
| | | | HAVE IN STOCK | | | |
| 100 | 100 | LHARDM20 | 3   X 20 FT L HARD COP TUBE | 1066.043 | C | 1066.04 |
| | | | HAVE IN STOCK | | | |

Invoice Sub-Total 1187.49
Tax 0.00

TOTAL DUE ---> 1187.49

EXHIBIT 1
Page 91 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To:  RACHEL
From:        Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 250218 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE --->   72.53

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTER CRAIG | DLP | FT WW/ALERT HOLDING FAC | 07/06/2005 | 4642 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | CFFFLBDA | 1/2X1/8 WROT FTG X FIP FLUSH BUSH | 1.559 | EA | 31.18 |
| 2 | 0 | CDWVS4K | 2    DWV WROT FTGXC ST 45 ELL | | EA | 0.00 |
| 3 | 3 | NHBPP | 4    NH BLIND PLUG | 5.784 | EA | 17.35 |
| 1 | 1 | RID86127 | SELF FEED ADJ TUBE CTTR 118 | 24.002 | EA | 24.00 |

Invoice Sub-Total  72.53
Tax  0.00

TOTAL DUE --->   72.53

EXHIBIT 1
Page 92 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 250873 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 135.91

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTER KRAIG | DLP | FT WW/ALERT HOLDING FAC | 07/07/2005 | 4657 |

| Ordered | Shipped | Item Number | Description | | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|---|
| 5 | 5 | CDWVLT9J | 1-1/2 | DWV WROT CXC LT 90 ELL | 8.245 | EA | 41.23 |
| 15 | 15 | CDWV9K | 2 | DWV WROT CXC 90 ELL | 6.312 | EA | 94.68 |

Invoice Sub-Total 135.91
Tax 0.00

TOTAL DUE ---> 135.91

EXHIBIT 1
Page 93 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 250941 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 703.50

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
FAIRBANKS FIRE STATION
ATTN KRAIG
1101 CUSHMAN ST

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 282-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/08/2005 | 4671 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | PW9P | 4 CS STD WELD LR 90 ELL | 13.820 | EA | 138.20 |
| 6 | 6 | PRFWNFP | 4 CS 150# RF WN FLG W/ STD BORE | 16.992 | EA | 101.95 |
|  |  |  | 3 STK REST ANCHORAGE |  |  |  |
| 5 | 5 | PW9L | 2-1/2 CS STD WELD LR 90 ELL | 6.632 | EA | 33.16 |
| 1 | 1 | PRFWNFM | 3 CS 150# RF WN FLG W/ STD BORE | 12.272 | EA | 12.27 |
| 5 | 5 | PW9M | 3 CS STD WELD LR 90 ELL | 8.196 | EA | 40.98 |
| 3 | 2 | PWTU | 6 CS STD WELD TEE | 49.012 | EA | 98.02 |
|  |  |  | 2 STK REST ANCHORAGE |  |  |  |
| 4 | 4 | PW4U | 6 CS STD WELD 45 ELL | 23.512 | EA | 94.05 |
| 3 | 3 | PW4P | 4 CS STD WELD 45 ELL | 11.664 | EA | 34.99 |
| 5 | 5 | PWCRUP | 6X4 CS STD WELD CONC RED | 22.884 | EA | 114.42 |
| 1 | 1 | DWTPPM | 4X4X3 CS STD WELD TEE | 35.459 | EA | 35.46 |

Invoice Sub-Total 703.50
Tax 0.00

TOTAL DUE ---> 703.50

EXHIBIT 1
Page 94 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 251182 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 584.84

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECHANICAL
FT WW/ALERT HOLDING FACILITY
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 283-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/12/2005 | 4699 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 15 | 15 | DW9M | 3 CS STD WELD LR 90 ELL | 9.747 | EA | 146.21 |
| 24 | 24 | DRFWNFM | 3 CS 150# RF WN FLG W/ STD BORE | 16.160 | EA | 387.84 |
| | | | ANCHORAGE | | | |
| 4 | 4 | DWCRPM | 4X3 CS STD WELD CONC RED | 12.697 | EA | 50.79 |

Invoice Sub-Total   584.84
Tax                   0.00

TOTAL DUE --->      584.84

EXHIBIT 1
Page 95 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 249923-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 56.19

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: CHAD

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AHF 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/13/2005 | 4713 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | CDWV9M | 3   DWV WROT CXC 90 ELL | 14.047 | EA | 56.19 |
|   |   |   | HAVE IN ANCHORAGE |   |   |   |

Invoice Sub-Total  56.19
Tax  0.00

TOTAL DUE ---> 56.19

EXHIBIT 1
Page 96 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 250941-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 49.01

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
FAIRBANKS FIRE STATION
ATTN KRAIG
1101 CUSHMAN ST

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 282-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/13/2005 | 4713 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | PWTU | 6 CS STD WELD TEE | 49.012 | EA | 49.01 |
| | | | 2 STK REST ANCHORAGE | | | |

Invoice Sub-Total 49.01
Tax 0.00

TOTAL DUE ---> 49.01

EXHIBIT 1
Page 97 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 255623 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*      TOTAL DUE --->      380.40

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER MARK | DLP | FT WW/ALERT HOLDING FAC | 07/14/2005 | 4729 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 500 | 600 | GATRD10 | 1/2X10   Z/PLT ALL THRD ROD | 0.634 | FT | 380.40 |

Invoice Sub-Total    380.40
Tax    0.00

TOTAL DUE --->    380.40

EXHIBIT 1
Page 98 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 255842 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 201.36

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/15/2005 | 4741 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 40 | 40 | LHARDK20 | 2  X 20 FT L HARD COP TUBE | 503.393 | C | 201.36 |
| | | | ************************************ | | | |
| | | | MUST BE DOMESTIC TUBING!!! | | | |
| | | | ************************************ | | | |

Invoice Sub-Total    201.36
Tax    0.00

TOTAL DUE --->    201.36

EXHIBIT 1
Page 99 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 255982 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 2584.70

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTERMARK | DLP | FT WW/ALERT HOLDING FAC | 07/15/2005 | 4745 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 168 | 168 | DBPPEA53BP | 4 BLK PE A53B S40 ERW SRL PIPE | 1220.289 | C | 2050.09 |
| 82 | 61 | DBPPEA53BM | 3 BLK PE A53B S40 ERW SRL PIPE | 876.407 | C | 534.61 |
| | | | Invoice Sub-Total | | | 2584.70 |
| | | | Tax | | | 0.00 |

TOTAL DUE ---> 2584.70

EXHIBIT 1
Page 100 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html