

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 253669 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 584.84

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

GRAYSTAR MECHANICAL
2121 MONTGOMERY
FORT WAINWRIGHT, AK 99703

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 288-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/18/2005 | 4753 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 15 | 15 | DW9M | 3 CS STD WELD LR 90 ELL | 9.747 | EA | 146.21 |
| 24 | 24 | DRFWNFM | 3 CS 150# RF WN FLG W/ STD BORE | 16.160 | EA | 387.84 |
| | | | ANCHORAGE | | | |
| 4 | 4 | DWCRPM | 4X3 CS STD WELD CONC RED | 12.697 | EA | 50.79 |

Invoice Sub-Total 584.84
Tax 0.00

TOTAL DUE ---> 584.84

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-t

EXHIBIT 1
Page 101 of 170


**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 253702 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 1299.34

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 289-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/18/2005 | 4753 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | VL030075PE0 | 3 PTD GRV COUP W/ E GSKT 75 | 14.825 | EA | 88.95 |
| 3 | 3 | VL024741PE0 | 2-1/2 PTD GRV FLG ADPT E GSKT 741 | 75.779 | EA | 227.34 |
| 1 | 1 | VF024020P00 | 2-1/2 PTD GRV TEE 20 | 19.658 | EA | 19.66 |
| 2 | 2 | VF024010P00 | 2-1/2 PTD GRV 90 ELL 10 | 12.784 | EA | 25.57 |
| 5 | 5 | VF060010P00 | 6 PTD GRV 90 ELL 10 | 69.893 | EA | 349.47 |
| 1 | 1 | VF060011P00 | 6 PTD GRV 45 ELL 11 | 69.191 | EA | 69.19 |
| 8 | 8 | VF040010P00 | 4 PTD GRV 90 ELL 10 | 25.035 | EA | 200.28 |
| 3 | 3 | VL030741PE0 | 3 PTD GRV FLG ADPT E GSKT 741 | 82.076 | EA | 246.23 |
| 1 | 1 | VF030020P00 | 3 PTD GRV TEE 20 | 27.574 | EA | 27.57 |
| 2 | 2 | VF030010P00 | 3 PTD GRV 90 ELL 10 | 22.541 | EA | 45.08 |

Invoice Sub-Total 1299.34
Tax 0.00

TOTAL DUE ---> 1299.34

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-te

EXHIBIT 1
Page 102 of 170


**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 253748 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 76.15

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 290-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/18/2005 | 4753 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 0 | VL024075PE0 | 2-1/2 PTD GRV COUP W/ E GSKT 75 | | EA | 0.00 |
| 6 | 6 | VL024075PE0 | 2-1/2 PTD GRV COUP W/ E GSKT 75 | 12.691 | EA | 76.15 |

Invoice Sub-Total 76.15
Tax 0.00

TOTAL DUE ---> 76.15

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-ter____.html

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 256889 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 3320.79

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTERMARK | DLP | FT WW/ALERT HOLDING FAC | 07/18/2005 | 4761 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | CFAG | 1   WROT CXF ADPT | 3.263 | EA | 65.26 |
| 12 | 12 | NS58570K | 2 BRZ 600# 2PC FP SWT BV | 65.817 | EA | 789.80 |
| 200 | 200 | NL11EG | GALV ANG FTG | 0.857 | EA | 171.40 |
| 100 | 100 | NL22EG | 4-1/8 X 3-7/8 GALV ANG FTG | 1.670 | EA | 167.00 |
| 1 | 1 | DWTP | 4  CS STD WELD TEE | 40.994 | EA | 40.99 |
| 1140 | 1140 | BB22SHGALV20 | 1-5/8X1-5/8X20 12 GALV H/SLOT STRUT | 183.012 | C | 2086.34 |

Invoice Sub-Total  3320.79
Tax  0.00

TOTAL DUE --->  3320.79

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

EXHIBIT 1
Page 104 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 257840 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 325.32

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 04.23 | DLP | FT WW/ALERT HOLDING FAC | 07/20/2005 | 4784 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | NS58070L | 2-1/2 BRS 600# 2PC SWT BV | 162.661 | EA | 325.32 |

Invoice Sub-Total 325.32
Tax 0.00

TOTAL DUE ---> 325.32

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

EXHIBIT 1
Page 105 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258426 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 162.40

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/20/2005 | 4780 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 400 | 400 | NNUTEGD | 1/2  GALV NUT L/SPRG | 0.406 | EA | 162.40 |

Invoice Sub-Total  162.40
Tax  0.00

TOTAL DUE ---> 162.40

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html**

EXHIBIT 1
Page 106 of 170


**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258852 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1835.82

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 299-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/21/2005 | 4799 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
|  |  |  | PPF MAINS |  |  |  |
| 100 | 100 | C9F | 3/4   WROT CXC 90 ELL   7/8 OD | 0.646 | EA | 64.60 |
| 100 | 100 | C9G | 1   WROT CXC 90 ELL   1-1/8 OD | 1.627 | EA | 162.70 |
| 50 | 50 | CCAPD | 1/2   WROT COP CAP   5/8 OD | 0.207 | EA | 10.35 |
| 50 | 50 | CCAPF | 3/4   WROT COP CAP   7/8 OD | 0.379 | EA | 18.95 |
| 85 | 85 | NS58570F | 3/4 BRZ 600# 2PC FP SWT BV | 9.849 | EA | 837.17 |
|  |  |  | SUSTITUTING NS58570 FOR NS58070 |  |  |  |
| 14 | 14 | VFA89047Z0T | 1X4 THRD X THRD DIELE NIP 47 | 16.191 | EA | 226.67 |
| 300 | 300 | LHARDG20 | 1   X 20 FT L HARD COP TUBE | 171.792 | C | 515.38 |
|  |  |  | Invoice Sub-Total |  |  | 1835.82 |
|  |  |  | Tax |  |  | 0.00 |

TOTAL DUE ---> 1835.82

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1
Page 107 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258726 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 365.21

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/22/2005 | 4808 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 12 | 12 | EFXJ | 1-1/2 C X FIP DIELECTRIC UNION | 22.815 | EA | 273.78 |
| 2 | 2 | CUK | 2 WROT CXC UNION | 26.532 | EA | 53.06 |
| 8 | 8 | CMAJ | 1-1/2 WROT CXM ADPT | 4.796 | EA | 38.37 |
| 12 | 0 | VFB43047Z0T | 1-1/2X4 THRD X THRD DIELE NIP 47 | | EA | 0.00 |

Invoice Sub-Total 365.21
Tax 0.00

TOTAL DUE ---> 365.21

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sc'--

EXHIBIT 1
Page 108 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| --- | --- |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
| --- | --- | --- |
| 257957 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 628.45

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3022 | 3022 | AKONLY | 297-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/25/2005 | 4827 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | DWXTMMK | 3X3X2 CS XH WELD TEE | 42.923 | EA | 42.92 |
| 16 | 16 | TOL36JF | 36 - 1-1/2 X 3/4 3000# TOL | 3.059 | EA | 48.94 |
| 8 | 8 | TOL36PH | 36 - 4 X 1-1/4 3000# TOL | 5.691 | EA | 45.53 |
| 40 | 13 | DRFWNFL | 2-1/2 CS 150# RF WN FLG W/ STD BORE | 16.722 | EA | 217.39 |
| 15 | 15 | DRFSOFL | 2-1/2 CS 150# RF SLIP ON FLG | 16.326 | EA | 244.89 |
| 2 | 2 | DRFSOFM | 3 CS 150# RF SLIP ON FLG | 14.388 | EA | 28.78 |

Invoice Sub-Total   628.45
Tax   0.00

TOTAL DUE --->   628.45

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED AT CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.c**

EXHIBIT 1
Page 109 of 170


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258726-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 339.28

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/26/2005 | 4835 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 12 | 12 | VFB43047Z0T | 1-1/2X4 THRD X THRD DIELE NIP 47 | 28.273 | EA | 339.28 |

Invoice Sub-Total 339.28
Tax 0.00

TOTAL DUE ---> 339.28

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sa

EXHIBIT 1
Page 110 of 170

 **FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 251242 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*     TOTAL DUE ---> 932.23

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
FAIRBANKS, AK 99707-1979

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 281-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/27/2005 | 4846 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 0 | B117114 | 6 FLG CIRC SETTER | | EA | 0.00 |
| 2 | 2 | B117035 | 4 IPS CIRC SETTER BAL VLV | 378.620 | EA | 757.24 |
| | | | EXPD. PER CHAD | | | |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 174.990 | EA | 174.99 |

Invoice Sub-Total     932.23
Tax     0.00

TOTAL DUE --->     932.23

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/s**

EXHIBIT 1
Page 111 of 170


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 262016 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1090.09

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR FBKS/CO PAF
2812 70TH AVE EAST
...
FIFE, WA 98424

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 313-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/27/2005 | 4873 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 63 | 63 | VL030077PE0 | 3 PTD GRV COUP W/ E GSKT 77 | 17.303 | EA | 1090.09 |

Invoice Sub-Total  1090.09
Tax  0.00

TOTAL DUE ---> 1090.09

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1
Page 112 of 170



**FERGUSON ENTERPRISES, INC.**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 251153 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 464.97

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 284-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/28/2005 | 4865 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | G9H | 1-1/4 GALV MI 150# 90 ELL | 2.693 | EA | 5.39 |
| | | | RICHLAND | | | |
| 10 | 10 | G9K | 2 GALV MI 150# 90 ELL | 5.803 | EA | 58.03 |
| | | | RICHLAND | | | |
| 1 | 1 | G9L | 2-1/2 GALV MI 150# 90 ELL | 14.938 | EA | 14.94 |
| | | | RICHLAND | | | |
| 4 | 4 | G150UH | 1-1/4 GALV MI 150# BRS GJ UNION | 6.945 | EA | 27.78 |
| | | | RICHLAND | | | |
| 4 | 0 | G150UJ | 1-1/2 GALV MI 150# BRS GJ UNION | | EA | 0.00 |
| | | | 8 ANCHORAGE STK RICHLAND | | | |
| 2 | 2 | G150UK | 2 GALV MI 150# BRS GJ UNION | 9.755 | EA | 19.51 |
| | | | RICHLAND | | | |
| 2 | 2 | GTH | 1-1/4 GALV MI 150# TEE | 4.098 | EA | 8.20 |
| | | | RICHLAND | | | |
| 2 | 2 | GTJ | 1-1/2 GALV MI 150# TEE | 5.118 | EA | 10.24 |
| | | | RICHLAND | | | |
| 2 | 2 | GCRK | 2 GALV MI 150# CRS | 21.623 | EA | 43.25 |
| | | | RICHLAND | | | |
| 34 | 34 | GCJ | 1-1/2 GALV MI 150# COUP | 3.288 | EA | 111.79 |
| | | | RICHLAND | | | |
| 2 | 2 | GCAPJ | 1-1/2 GALV MI 150# CAP | 2.383 | EA | 4.77 |

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/

EXHIBIT 1
Page 113 of 170



| Invoice Number | Customer | Page |
|---|---|---|
| 251153 | 35541 | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | RICHLAND | | | |
| 2 | 2 | GCAPK | 2  GALV MI 150# CAP | 3.343 | EA | 6.69 |
| | | | RICHLAND | | | |
| 2 | 2 | GBHB | 1-1/4X1/4  GALV MI HEX BUSH | 2.985 | EA | 5.97 |
| | | | RICHLAND | | | |
| 2 | 2 | GBJB | 1-1/2X1/4  GALV CI HEX BUSH | 4.180 | EA | 8.36 |
| | | | RICHLAND | | | |
| 1 | 1 | GBPK | 4X2  GALV CI HEX BUSH | 14.530 | EA | 14.53 |
| | | | RICHLAND | | | |
| 2 | 2 | GRCKH | 2X1-1/4  GALV MI 150# RED COUP | 5.615 | EA | 11.23 |
| | | | RICHLAND | | | |
| 2 | 2 | GRCKJ | 2X1-1/2  GALV MI 150# RED COUP | 5.318 | EA | 10.64 |
| | | | RICHLAND | | | |
| 2 | 2 | GRCLK | 2-1/2X2  GALV MI 150# RED COUP | 14.638 | EA | 29.28 |
| | | | STK RICHLAND | | | |
| 4 | 4 | GRCMK | 3X2  GALV MI 150# RED COUP | 18.593 | EA | 74.37 |
| | | | RICHLAND | | | |

Invoice Sub-Total  464.97
Tax  0.00

**TOTAL DUE --->**  464.97

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE.  ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED.  FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABC_____
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 253748-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 76.15

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 290-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/28/2005 | 4865 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | VL024075PE0 | 2-1/2 PTD GRV COUP W/ E GSKT 75 | 12.691 | EA | 76.15 |

Invoice Sub-Total 76.15
Tax 0.00

TOTAL DUE ---> 76.15

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com**

EXHIBIT 1
Page 115 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 260900 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 177.23

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 303-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/28/2005 | 4865 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 36 | 36 | J100300 | 1/4 BRZ 600# FXF MINI COCK BV | 4.923 | EA | 177.23 |

Invoice Sub-Total  177.23
Tax  0.00

TOTAL DUE ---> 177.23

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sa

EXHIBIT 1
Page 116 of 170


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 261143 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1134.67

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/28/2005 | 4865 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 620 | 620 | BB22SHGALV20 | 1-5/8X1-5/8X20 12 GALV H/SLOT STRUT | 183.012 | C | 1134.67 |

Invoice Sub-Total 1134.67
Tax 0.00

TOTAL DUE ---> 1134.67

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 257957-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 434.77

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 297-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/29/2005 | 4886 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 27 | 26 | DRFWNFL | 2-1/2 CS 150# RF WN FLG W/ STD BORE | 16.722 | EA | 434.77 |

Invoice Sub-Total 434.77
Tax 0.00

TOTAL DUE ---> 434.77

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1
Page 118 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 261986 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 695.67

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 312-0423 | DLP | FT WW/ALERT HOLDING FAC | 07/29/2005 | 4886 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | VL030077PE1 | 3 PTD GRV COUP W/ FS E GSKT 77 | 17.303 | EA | 173.03 |
| 8 | 8 | VL024077PE0 | 2-1/2 PTD GRV COUP W/ E GSKT 77 | 15.584 | EA | 124.67 |
| 26 | 23 | VL030077PE0 | 3 PTD GRV COUP W/ E GSKT 77 | 17.303 | EA | 397.97 |

Invoice Sub-Total 695.67
Tax 0.00

TOTAL DUE ---> 695.67

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales

EXHIBIT 1

**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 262350 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 203.00

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 07/29/2005 | 4886 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | THIS IS A DO-C2 RATED | | | |
| | | | ORDER FROM DEPT OF THE | | | |
| | | | ARMY | | | |
| 500 | 500 | NNUTEGD | 1/2  GALV NUT L/SPRG | 0.406 | EA | 203.00 |

Invoice Sub-Total 203.00
Tax 0.00

TOTAL DUE ---> 203.00

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CC CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales

EXHIBIT 1