

**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 263397 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 72.31

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 07/29/2005 | 4886 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 8 | 8 | MOD0775EG | 7-3/4 OD PLTD STRUT CLMP W/ HDWR | 7.938 | EA | 63.50 |
| 6 | 3 | NRIGIDEGX858 | 8 & 8-5/8 OD GALV CLMP ASSY | 2.938 | EA | 8.81 |

| | |
|---|---|
| Invoice Sub-Total | 72.31 |
| Tax | 0.00 |

TOTAL DUE ---> 72.31

**EXHIBIT 1**
Page 121 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 265548 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 81.56

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423AFTER | DLP | FT WW/ALERT HOLDING FAC | 08/02/2005 | 4909 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | PFPW210 | 2X100 10 MIL BLK PIPE WRAP | 5.488 | EA | 5.49 |
| 10 | 10 | CFRGF | 1X3/4  WROT FTGXC RED | 1.289 | EA | 12.89 |
| 10 | 10 | CRCGF | 1X3/4  WROT CXC RED COUP | 1.539 | EA | 15.39 |
| 6 | 6 | CDWV9J | 1-1/2  DWV WROT CXC 90 ELL | 4.825 | EA | 28.95 |
| 10 | 10 | CDWVCJ | 1-1/2  DWV WROT CXC COUP | 1.884 | EA | 18.84 |

Invoice Sub-Total 81.56
Tax 0.00

TOTAL DUE ---> 81.56

EXHIBIT 1
Page 122 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 266578 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*   TOTAL DUE --->   31.56

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423AFTER | DLP | FT WW/ALERT HOLDING FAC | 08/03/2005 | 4925 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 12 | 12 | M61560 | 1-1/2 ID #6100 STD PLAS FTG BRSH | 2.630 | EA | 31.56 |
| | | | Invoice Sub-Total | | | 31.56 |
| | | | Tax | | | 0.00 |

TOTAL DUE --->   31.56

EXHIBIT 1
Page 123 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 266755 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 72.94

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 08/03/2005 | 4934 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | CCCF150M | 3  CAST 150# COP COMP FLG | 39.055 | EA | 39.06 |
| 12 | 12 | PHPH5 | 3/4 MHT X 1/2MIP X 1/2 CWT ADPT | 2.823 | EA | 33.88 |

Invoice Sub-Total    72.94
Tax    0.00

TOTAL DUE --->    72.94

EXHIBIT 1
Page 124 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 251153-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 33.63

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 284-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/04/2005 | 4937 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | G150UJ | 1-1/2 GALV MI 150# BRS GJ UNION | 8.408 | EA | 33.63 |
| | | | 8 ANCHORAGE STK RICHLAND | | | |

| | | |
|---|---|---|
| | Invoice Sub-Total | 33.63 |
| | Tax | 0.00 |
| | TOTAL DUE ---> | 33.63 |

EXHIBIT 1
Page 125 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 251242-1 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*          TOTAL DUE --->   2276.76

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
FAIRBANKS, AK 99707-1979

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 281-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/04/2005 | 4933 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | B117114 | 6 FLG CIRC SETTER | 1050.887 | EA | 2101.77 |
|  |  |  | EXPD. PER CHAD |  |  |  |

Invoice Sub-Total   2101.77
Freight   174.99
Tax   0.00

TOTAL DUE --->   2276.76

EXHIBIT 1
Page 126 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

**Please Contact With Questions:**
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 257957-2 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 16.72

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 297-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/04/2005 | 4937 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | DRFWNFL | 2-1/2 CS 150# RF WN FLG W/ STD BORE | 16.722 | EA | 16.72 |

Invoice Sub-Total    16.72
Tax    0.00

TOTAL DUE --->    16.72

**EXHIBIT 1**
Page 127 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258017 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 1562.36

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 298-043 | DLP | FT WW/ALERT HOLDING FAC | 08/04/2005 | 4937 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 36 | 36 | TOL36DB | 36 - 1/2 X 1/4 3000# TOL | 2.601 | EA | 93.64 |
| 48 | 48 | DW9L | 2-1/2 CS STD WELD LR 90 ELL | 9.001 | EA | 432.05 |
| 18 | 18 | DWTL | 2-1/2 CS STD WELD TEE | 24.014 | EA | 432.25 |
| 42 | 35 | DWCRLJ | 2-1/2X1-1/2 CS STD WELD CONC RED | 17.269 | EA | 604.42 |

Invoice Sub-Total   1562.36
Tax   0.00

TOTAL DUE --->   1562.36

**EXHIBIT 1**
Page 128 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 265973 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 2221.90

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 327-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/04/2005 | 4937 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | BCPH | 1-1/4 BLK CI CORED PLUG | 1.433 | EA | 5.73 |
| 80 | 0 | BSSPB | 1/4 BLK STL SQ HD PLUG | | EA | 0.00 |
| 10 | 10 | DRFWNFP | 4 CS 150# RF WN FLG W/ STD BORE | 26.896 | EA | 268.96 |
| 4 | 4 | DRFSOFP | 4 CS 150# RF SLIP ON FLG | 20.067 | EA | 80.27 |
| 63 | 63 | DBPPEA53BU | 6 BLK PE A53B S40 ERW SRL PIPE | 1830.276 | C | 1153.07 |
| | | | IN FRBNKS | | | |
| 63 | 63 | DBPPEA53BP | 4 BLK PE A53B S40 ERW SRL PIPE | 1133.126 | C | 713.87 |
| | | | IN ANCH | | | |

Invoice Sub-Total 2221.90
Tax 0.00

TOTAL DUE ---> 2221.90

**EXHIBIT 1**
Page 129 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 267064 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*   TOTAL DUE ---> 244.50

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 08/04/2005 | 4937 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 30 | 30 | KEE305CP | 1-1/2 17 GA CP P TRAP | 8.150 | EA | 244.50 |

Invoice Sub-Total 244.50
Tax 0.00

TOTAL DUE ---> 244.50

**EXHIBIT 1**
Page 130 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 267897 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 160.90

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTER CRAIG | DLP | FT WW/ALERT HOLDING FAC | 08/05/2005 | 4945 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 100 | 100 | CCAPD | 1/2  WROT COP CAP   5/8 OD | 0.207 | EA | 20.70 |
| 50 | 50 | CCAPF | 3/4  WROT COP CAP   7/8 OD | 0.379 | EA | 18.95 |
| 10 | 10 | CCAPG | 1    WROT COP CAP   1-1/8 OD | 0.891 | EA | 8.91 |
| 4 | 4 | CCAPJ | 1-1/2 WROT COP CAP   1-5/8 OD | 1.954 | EA | 7.82 |
| 2 | 2 | CCAPK | 2    WROT COP CAP   2-1/8 OD | 3.589 | EA | 7.18 |
| 6 | 6 | SP0034 | 2    PLAS WING NUT TEST PLUG | 16.224 | EA | 97.34 |

Invoice Sub-Total 160.90
Tax 0.00

TOTAL DUE ---> 160.90

EXHIBIT 1
Page 131 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| | |
|---|---|
| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 260907 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 879.58

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 303-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/09/2005 | 4972 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | B117401 | 1   SWT CIRC SETTER | 43.979 | EA | 879.58 |

Invoice Sub-Total   879.58
Tax   0.00

TOTAL DUE ---> 879.58

**EXHIBIT 1**
Page 132 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| --- | --- |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
| --- | --- | --- |
| 266043 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:   TOTAL DUE ---> 979.55

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3022 | 3022 | AKONLY | 914-0423 REPLACEMENT | DLP | FT WW/ALERT HOLDING FAC | 08/09/2005 | 4972 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 0 | K7401-K-CP | 4 LAV BSE FCT W/PU CP | | EA | 0.00 |
| 64 | 0 | BHSR19C | 1/2 SWT X 3/8 OD LOOSE KEY ANG ST | | EA | 0.00 |
| 1 | 0 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | 0.00 |
| | | | THIS NEEDS TO BE DOMESTIC MATERIAL | | | |
| 27 | 24 | B1955C000 | EB BOWL OF PLAS CLST SEAT WHIT | 18.114 | EA | 434.74 |
| 1 | 1 | S3012600 | 186 ROY 1.5 FLUSH VLV W/SWT | 103.920 | EA | 103.92 |
| 3 | 3 | S3010000 | 111 ROY 1.6 FLUSH VLV W/SWT | 104.016 | EA | 312.05 |
| 72 | 72 | PFE7 | 5/8 OD ESC CP | 0.275 | EA | 19.80 |
| 54 | 51 | PF147323 | 3/8 COMP X 1/2 FIP 16 SS SINK CONN | 2.138 | EA | 109.04 |

Invoice Sub-Total   979.55
Tax                  0.00

TOTAL DUE --->   979.55

**EXHIBIT 1**
Page 133 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| --- | --- |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
| --- | --- | --- |
| 267386 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 423.36

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 08/10/2005 | 4985 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 64 | 64 | BSCR19C | CP 1/2 COMP X 3/8 COMP L/KEY ST | 6.615 | EA | 423.36 |

Invoice Sub-Total     423.36
Tax                     0.00

TOTAL DUE ---> 423.36

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL P
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLE **EXHIBIT 1**
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. C
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales Page 134 of 170



**FEI - ANCHORAGE #3017**
**151 EAST 95TH AVENUE**
**ANCHORAGE, AK 99515-1809**

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 271457 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 242.32

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/11/2005 | 4997 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 0 | TOL36XK | 36 - 8 X 2 3000# TOL | | EA | 0.00 |
| 12 | 12 | NT113D | 1/2 BRZ 125# IPS NRS GATE VLV | 13.447 | EA | 161.36 |
| 12 | 9 | KEE1161PC | 1-1/4X12 20 GA CP TLPC TBE | 5.799 | EA | 52.19 |
| 4 | 4 | GSSPF | 3/4 GALV STL SQ HD PLUG | 0.726 | EA | 2.90 |
| 1 | 0 | IG150UG | 1 GALV MI 150# GJ UNION | | EA | 0.00 |
| 1 | 0 | IGCPG | 1 GALV MI CORED PLUG | | EA | 0.00 |
| 1 | 2 | BTJJD | 1-1/2X1-1/2X1/2 BLK MI 150# TEE | 7.381 | EA | 14.76 |
| 1 | 0 | BTJJD | 1-1/2X1-1/2X1/2 BLK MI 150# TEE | | EA | 0.00 |
| 1 | 1 | BTKKD | 2X2X1/2 BLK MI 150# TEE | 11.111 | EA | 11.11 |

Invoice Sub-Total  242.32
Tax  0.00

TOTAL DUE --->  242.32

**EXHIBIT 1**
Page 135 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 266043-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 54.34

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 914-0423 REPLACEMENT | DLP | FT WW/ALERT HOLDING FAC | 08/15/2005 | 5038 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 0 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | | EA | 0.00 |
| | | | THIS NEEDS TO BE DOMESTIC MATERIAL | | | |
| 3 | 3 | B1955C000 | EB BOWL OF PLAS CLST SEAT WHIT | 18.114 | EA | 54.34 |

Invoice Sub-Total  54.34
Tax  0.00

TOTAL DUE ---> 54.34

EXHIBIT 1
Page 136 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 267103 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 182.62

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 08/15/2005 | 5023 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | B300RCKJ | 2X1-1/2 BLK MI 300# RED COUP | 16.744 | EA | 16.74 |
| 40 | 40 | B3009F | 3/4 BLK MI 300# 90 ELL | 4.147 | EA | 165.88 |

Invoice Sub-Total  182.62
Tax  0.00

TOTAL DUE ---> 182.62

EXHIBIT 1
Page 137 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 272863 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 625.71

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 08/15/2005 | 5023 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | NT413YH | 1-1/4 BRZ 125# IPS CHK VLV | 41.868 | EA | 41.87 |
| 40 | 40 | FNWPPB | 1/4 PETE'S TEST PLUG | 6.141 | EA | 245.64 |
| 1 | 1 | WTL20K30B | 2   PRES GA 0-30  1/4 CBC | 10.899 | EA | 10.90 |
| 14 | 14 | WE3575BS | 3-1/2 BRS THRM WELL | 9.563 | EA | 133.88 |
| 3 | 3 | DWTP | 4  CS STD WELD TEE | 40.994 | EA | 122.98 |
| 2 | 2 | DWCRUP | 6X4 CS STD WELD CONC RED | 35.219 | EA | 70.44 |

Invoice Sub-Total  625.71
Tax  0.00

TOTAL DUE ---> 625.71

EXHIBIT 1
Page 138 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

**Deliver To:** RACHEL
**From:** Michael Pipkin
**Comments:**

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 265973-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 12.16

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 327-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/16/2005 | 5038 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 80 | 80 | BSSPB | 1/4 BLK STL SQ HD PLUG | 0.152 | EA | 12.16 |

Invoice Sub-Total 12.16
Tax 0.00

TOTAL DUE ---> 12.16

EXHIBIT 1
Page 139 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 270777 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*     TOTAL DUE --->     197.47

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/16/2005 | 5041 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | ADD UPS PER CHAD | | | |
| 1 | 1 | CDWVFAK | 2     DWV WROT CXF ADPT | 7.900 | EA | 7.90 |
| 1 | 1 | VF030020P00 | 3 PTD GRV TEE 20 | 29.410 | EA | 29.41 |
| 10 | 10 | G9K | 2  GALV MI 150# 90 ELL | 9.561 | EA | 95.61 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 64.550 | EA | 64.55 |
| | | | Invoice Sub-Total | | | 197.47 |
| | | | Tax | | | 0.00 |

TOTAL DUE --->     197.47

EXHIBIT 1
Page 140 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html