

**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 271457-1 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 24.78

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/17/2005 | 5055 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 0 | TOL36XK | 36 - 8 X 2 3000# TOL | | EA | 0.00 |
| 3 | 3 | KEE1161PC | 1-1/4X12 20 GA CP TLPC TBE | 5.799 | EA | 17.40 |
| 1 | 1 | BTJJD | 1-1/2X1-1/2X1/2 BLK MI 150# TEE | 7.381 | EA | 7.38 |

Invoice Sub-Total 24.78
Tax 0.00

TOTAL DUE ---> 24.78

**EXHIBIT 1**
Page 141 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

 **FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 271827 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 53.89

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 04.23 AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/17/2005 | 5055 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | S0308803 | H551A 3-1/16 TAIL ASSY CP | 10.301 | EA | 10.30 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 43.590 | EA | 43.59 |

Invoice Sub-Total 53.89
Tax 0.00

TOTAL DUE ---> 53.89

EXHIBIT 1
Page 142 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

*PRINT DUPLICATE INVOICE*

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 274264 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 20.42

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 336.0423 | DLP | FT WW/ALERT HOLDING FAC | 08/17/2005 | 5059 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | M11MCIH | 1-1/4 CI 250# THRD MESH Y STRN | 20.417 | EA | 20.42 |

Invoice Sub-Total    20.42
Tax    0.00

TOTAL DUE --->    20.42

EXHIBIT 1
Page 143 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 274324 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 44.84

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 08/17/2005 | 5055 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | BRNDCL | 1/2XCLOSE BRS NIP | 0.953 | EA | 3.81 |
| 4 | 4 | BRNDJ | 1/2X1-1/2 BRS NIP | 1.104 | EA | 4.42 |
| 4 | 4 | BRNDK | 1/2X2 BRS NIP | 1.298 | EA | 5.19 |
| 4 | 4 | BRNDL | 1/2X2-1/2 BRS NIP | 1.548 | EA | 6.19 |
| 4 | 4 | BRNDM | 1/2X3 BRS NIP | 1.817 | EA | 7.27 |
| 1 | 1 | DRFTFM | 3 CS 150# RF THRD FLG | 17.962 | EA | 17.96 |

Invoice Sub-Total 44.84
Tax 0.00

TOTAL DUE ---> 44.84

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com**

EXHIBIT 1
Page 144 of 170


**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 261986-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 70.02

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 312-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/18/2005 | 5070 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 3 | 0 | VL030077PE0 | 3 PTD GRV COUP W/ E GSKT 77 | | EA | 0.00 |
| 3 | 3 | VL030077PE1 | 3 PTD GRV COUP W/ FS E GSKT 77 | 23.340 | EA | 70.02 |

Invoice Sub-Total 70.02
Tax 0.00

TOTAL DUE ---> 70.02

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/s

EXHIBIT 1
Page 145 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 263397-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 8.81

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/18/2005 | 5070 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 3 | 3 | NRIGIDEGX858 | 8 & 8-5/8 OD GALV CLMP ASSY | 2.938 | EA | 8.81 |

Invoice Sub-Total 8.81
Tax 0.00

TOTAL DUE ---> 8.81

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales

EXHIBIT 1
Page 146 of 170



PRINT DUPLICATE INVOICE

**FERGUSON ENTERPRISES, INC.®**
FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 272809 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 26.30

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 327.0423 | DLP | FT WW/ALERT HOLDING FAC | 08/18/2005 | 5070 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | B300RCFD | 3/4X1/2 BLK MI 300# RED COUP | 4.537 | EA | 4.54 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 21.760 | EA | 21.76 |

Invoice Sub-Total    26.30
Tax                   0.00

TOTAL DUE --->       26.30

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CC__ ___ ___ AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales

EXHIBIT 1
Page 147 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 273941 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*   TOTAL DUE --->   236.37

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 336-0423 | DLP | FT WW/ALERT HOLDING FAC | 08/18/2005 | 5070 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | M11MCIH | 1-1/4 CI 250# THRD MESH Y STRN | 20.417 | EA | 20.42 |
| 1 | 1 | M758P | 4    CI 125# FLG PERF Y STRN | 215.946 | EA | 215.95 |

| | |
|---|---|
| Invoice Sub-Total | 236.37 |
| Tax | 0.00 |

TOTAL DUE --->   236.37

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/

EXHIBIT 1
Page 148 of 170


**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 274998 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 10.16

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 08/18/2005 | 5067 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 0 | NT174AB | 1/4 BRZ 300# IPS RS GATE VLV | | EA | 0.00 |
| 6 | 0 | PWCRLJ | 2-1/2X1-1/2 CS STD WELD CONC RED | | EA | 0.00 |
| 6 | 0 | NT113B | 1/4 BRZ 125# IPS NRS GATE VLV | | EA | 0.00 |
| 8 | 8 | BCD | 1/2 BLK MI 150# COUP | 1.270 | EA | 10.16 |

Invoice Sub-Total 10.16
Tax 0.00

TOTAL DUE ---> 10.16

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sc**

EXHIBIT 1



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 258017-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 120.88

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 298-043 | DLP | FT WW/ALERT HOLDING FAC | 08/23/2005 | 5112 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | DWCRLJ | 2-1/2X1-1/2 CS STD WELD CONC RED | 17.269 | EA | 120.88 |

Invoice Sub-Total 120.88
Tax 0.00

TOTAL DUE ---> 120.88

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sal EXHIBIT 1**



**PRINT DUPLICATE INVOICE**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 274243 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 75.00

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 327.0423 | DLP | FT WW/ALERT HOLDING FAC | 08/23/2005 | 5112 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | B300RCFD | 3/4X1/2 BLK MI 300# RED COUP | 4.537 | EA | 31.76 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 43.240 | EA | 43.24 |

Invoice Sub-Total  75.00
Tax  0.00

TOTAL DUE ---> 75.00

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms

**EXHIBIT 1**
Page 151 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 271457-2 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> 15.06

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/24/2005 | 5126 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | TOL36XK | 36 - 8 X 2 3000# TOL | 7.530 | EA | 15.06 |

Invoice Sub-Total 15.06
Tax 0.00

TOTAL DUE ---> 15.06

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sal

EXHIBIT 1
Page 152 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

Deliver To: RACHEL
From: Michael Pipkin
Comments:

*Please Contact With Questions:*
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 275421 | 35541 | 1 |

*Please refer to Invoice Number when making payment and remit to:*     TOTAL DUE --->     655.61

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/24/2005 | 5126 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | SP50174*3022 | | 30.800 | | 616.00 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 39.610 | EA | 39.61 |
| | | | Invoice Sub-Total | | | 655.61 |
| | | | Tax | | | 0.00 |

TOTAL DUE --->     655.61

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms**

EXHIBIT 1
Page 153 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 276195 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 635.67

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 AFTERCHAD | DLP | FT WW/ALERT HOLDING FAC | 08/24/2005 | 5126 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | NT113B | 1/4 BRZ 125# IPS NRS GATE VLV | 14.781 | EA | 88.69 |
| 4 | 4 | NT174AB | 1/4 BRZ 300# IPS RS GATE VLV | 74.545 | EA | 298.18 |
| 6 | 6 | DWCRLJ | 2-1/2X1-1/2 CS STD WELD CONC RED | 33.210 | EA | 199.26 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 49.540 | EA | 49.54 |

Invoice Sub-Total 635.67
Tax 0.00

TOTAL DUE ---> 635.67

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1
Page 154 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 279045 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 213.97

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 08/26/2005 | 5162 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 20 | 20 | SP50884*3022 | | 8.572 | | 171.44 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 42.530 | EA | 42.53 |

Invoice Sub-Total  213.97
Tax  0.00

TOTAL DUE ---> 213.97

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLEC ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COI EXHIBIT 1 CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-t



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 266043-2 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 78.54

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 914-0423 REPLACEMENT | DLP | FT WW/ALERT HOLDING FAC | 09/02/2005 | 5233 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | 78.543 | EA | 78.54 |
|   |   |   | THIS NEEDS TO BE DOMESTIC MATERIAL |   |   |   |
|   |   |   | MADE IN MEXICO IS OK |   |   |   |

Invoice Sub-Total  78.54
Tax  0.00

TOTAL DUE ---> 78.54

EXHIBIT 1
Page 156 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 279295 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1021.06

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 09/02/2005 | 5230 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 13 | 13 | K4330-0 | 1.6 EB WM BOWL *KINGST WHIT | 78.543 | EA | 1021.06 |

Invoice Sub-Total 1021.06
Tax 0.00

TOTAL DUE ---> 1021.06

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. EXHIBIT 1
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABO Page 157 of 170
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 287589 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 220.96

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 09/09/2005 | 5284 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 3 | 0 | IBRCAPG | 1 BRS CAP | | EA | 0.00 |
| 3 | 0 | BRCAPG | 1 125# BRS CAP | | EA | 0.00 |
| 100 | 100 | PFTTD520 | 1/2X520 TEF TAPE | 0.945 | EA | 94.50 |
| 100 | 100 | PFTTF520 | 3/4X520 TEF TAPE | 0.596 | EA | 59.60 |
| 1 | 0 | IBRCPLUGG | 1 BRS CORED PLUG | | EA | 0.00 |
| 3 | 3 | BRNGM | 1X3 BRS NIP | 3.829 | EA | 11.49 |
| 12 | 12 | N1X | 8  BLK STD CLEVIS HGR | 4.614 | EA | 55.37 |

Invoice Sub-Total  220.96
Tax  0.00

TOTAL DUE ---> 220.96

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS AND
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED AT
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com

EXHIBIT 1
Page 158 of 170

**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 286305 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 489.79

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 912/913-0423 | DLP | FT WW/ALERT HOLDING FAC | 09/14/2005 | 5327 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | THIS IS TO COMPLEST P-10 | | | |
| 4 | 4 | K8907-RP | SERV SINK FCT *KINLOC RB | 98.240 | EA | 392.96 |
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HANDLING | 96.830 | EA | 96.83 |

Invoice Sub-Total 489.79
Tax 0.00

TOTAL DUE ---> 489.79

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABO**EXHIBIT 1** CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 289452 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 356.16

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 09/14/2005 | 5327 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | H401446 | 3/4  VB | 57.945 | EA | 57.95 |
| 50 | 50 | PH10C | 3/4 FHT HOSE CAP | 0.848 | EA | 42.40 |
| 50 | 50 | PHW1 | GRDN HOSE WSHR | 0.036 | EA | 1.80 |
| 2 | 2 | O4579 | 2X1    BLK DBL TAP BUSH | 7.173 | EA | 14.35 |
| 30 | 30 | BSSPF | 3/4  BLK STL SQ HD PLUG | 0.622 | EA | 18.66 |
| 2 | 2 | BSSPC | 3/8  BLK STL SQ HD PLUG | 0.233 | EA | 0.47 |
| 4 | 4 | BBJF | 1-1/2X3/4  BLK CI HEX BUSH | 1.919 | EA | 7.68 |
| 2 | 2 | BBKF | 2X3/4 BLK CI HEX BUSH | 2.423 | EA | 4.85 |
| 16 | 16 | BBGF | 1X3/4 BLK MI HEX BUSH | 1.562 | EA | 24.99 |
| 100 | 100 | BB22SHGALV20 | 1-5/8X1-5/8X20 12 GALV H/SLOT STRUT | 183.012 | C | 183.01 |

Invoice Sub-Total   356.16
Tax   0.00

TOTAL DUE ---> 356.16

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION AND ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1
Page 160 of 170