
**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 289461 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 400.66

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 09/14/2005 | 5327 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 12 | 12 | C9H | 1-1/4  WROT CXC 90 ELL   1-3/8 OD | 2.466 | EA | 29.59 |
| 3 | 3 | CMAH | 1-1/4    WROT CXM ADPT | 4.163 | EA | 12.49 |
| 20 | 20 | BNJM | 1-1/2X3 BLK STL NIP | 1.666 | EA | 33.32 |
| 20 | 20 | BXNJK | 1-1/2X2 BLK XH STL NIP | 3.075 | EA | 61.50 |
| 20 | 20 | BXNJL | 1-1/2X2-1/2 BLK XH STL NIP | 3.569 | EA | 71.38 |
| 20 | 20 | BXNJN | 1-1/2X3-1/2 BLK XH STL NIP | 4.539 | EA | 90.78 |
| 20 | 20 | BXNJP | 1-1/2X4 BLK XH STL NIP | 5.080 | EA | 101.60 |

Invoice Sub-Total  400.66
Tax  0.00

TOTAL DUE --->  400.66

EXHIBIT 1
Page 161 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 289508 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:    TOTAL DUE ---> 430.49

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 09/14/2005 | 5327 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 3 | 3 | C897CP | 2HDL WM SERV SINK FCT & VB CP | 143.495 | EA | 430.49 |

Invoice Sub-Total    430.49
Tax    0.00

TOTAL DUE --->    430.49

EXHIBIT 1
Page 162 of 170

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html**


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 291386 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:  TOTAL DUE ---> 13.92

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0422 AFTER KRAIG | DLP | FT WW/ALERT HOLDING FAC | 09/16/2005 | 5356 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | BFFG | 1 BLK MI 150# FLR FLG | 4.793 | EA | 9.59 |
| 2 | 2 | N6L | 2-1/2 BLK RSR CLMP | 2.166 | EA | 4.33 |

Invoice Sub-Total  13.92
Tax  0.00

TOTAL DUE --->  13.92

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL
ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COL
ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

EXHIBIT 1
Page 163 of 170


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 273944-1 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:     TOTAL DUE --->    134.11

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALTER HOLDING FAC-
2121 MONTGOMERY ST
ATTN: CHAD 322-1288

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 337-0423 | DLP | FT WW/ALERT HOLDING FAC | 09/19/2005 | 5370 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | B300THHD | 1-1/4X1-1/4X1/2 BLK MI 300# TEE | 16.881 | EA | 118.17 |
| 1 | 1 | DWXCRLK | 2-1/2X2 CS XH WELD CONC RED | 15.935 | EA | 15.94 |

Invoice Sub-Total   134.11
Tax   0.00

TOTAL DUE --->   134.11

EXHIBIT 1
Page 164 of 170

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 291713 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 125.46

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

**Ship To:**
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 04.23 | DLP | FT WW/ALERT HOLDING FAC | 09/19/2005 | 5380 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 25 | 25 | C9F | 3/4   WROT CXC 90 ELL    7/8 OD | 0.646 | EA | 16.15 |
| 4 | 4 | C9K | 2   WROT CXC 90 ELL   2-1/8 OD | 6.997 | EA | 27.99 |
| 4 | 4 | CCK | 2   WROT CXC COUP   2-1/8 OD | 3.707 | EA | 14.83 |
| 2 | 2 | CMAH | 1-1/4   WROT CXM ADPT | 4.163 | EA | 8.33 |
| 2 | 2 | CRCHG | 1-1/4X1   WROT CXC RED COUP | 2.179 | EA | 4.36 |
| 3 | 3 | R34965 | INNER / OUTER TUBE REAM 127 | 17.932 | EA | 53.80 |

Invoice Sub-Total     125.46
Tax                     0.00

TOTAL DUE --->   125.46

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales_terms.html

EXHIBIT 1
Page 165 of 170


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 291785 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 28.37

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 0423 | DLP | FT WW/ALERT HOLDING FAC | 09/19/2005 | 5380 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 6 | 6 | CCDWVSJMTPJ | 1-1/2 DWV CAST CXSJ MARVEL THRD PC | 4.729 | EA | 28.37 |
| 4 | 0 | PF8620J | 1-1/2 20GA P TRAP CP | | EA | 0.00 |

Invoice Sub-Total 28.37
Tax 0.00

TOTAL DUE ---> 28.37

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sales-terms.html

EXHIBIT 1
Page 166 of 170


**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

Deliver To: RACHEL
From: Michael Pipkin
Comments:

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 292988 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 52.55

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:
GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | AFTER CHAD | DLP | FT WW/ALERT HOLDING FAC | 09/20/2005 | 5380 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 12 | 12 | C9G | 1  WROT CXC 90 ELL  1-1/8 OD | 1.627 | EA | 19.52 |
| 6 | 6 | PFE41 | 1-1/2 OD DP BX ESC CP | 1.231 | EA | 7.39 |
| 6 | 6 | KEE212PC | 1-1/2X8  20 GA CP FLG SINK TLPC | 4.273 | EA | 25.64 |

Invoice Sub-Total     52.55
Tax                    0.00

TOTAL DUE --->        52.55

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sa'

EXHIBIT 1
Page 167 of 170



**FERGUSON ENTERPRISES, INC.®**

PRINT DUPLICATE INVOICE

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

| Deliver To: | RACHEL |
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| 301134 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1515.78

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

COUNTER PICK UP
3105 INDUSTRIAL AVENUE
FAIRBANKS, AK 99701-4160

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 392-1212 | DLP | FT WW/ALERT HOLDING FAC | 10/07/2005 | 5569 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | VN220412679 | *CVR* BLD STRT GRV .500 #22067 412 | 134.210 | EA | 268.42 |
| 1 | 1 | VN220412568 | *CVR* 412 412 BLD ANGLED GRV .375 | 134.210 | EA | 134.21 |
| 2 | 2 | VN220412569 | *CVR* 412 412 BLD ANGLE GRV .500 | 134.210 | EA | 268.42 |
| 1 | 1 | VN220412680 | *CVR* 412 412 BLD STR GRV .375 #2 | 134.210 | EA | 134.21 |
| 6 | 6 | VN275412055 | *CVR* 412 412 CUTOFF BLDE SOMMA # S | 118.420 | EA | 710.52 |

Invoice Sub-Total   1515.78
Tax   0.00

TOTAL DUE ---> 1515.78

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale**

EXHIBIT 1
Page 168 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

*PRINT DUPLICATE INVOICE*

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| CM026473 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE --->     -21.76

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 327.0423 | DLP | FT WW/ALERT HOLDING FAC | 10/12/2005 | CM0 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HAND OI 272809 | 21.760 | EA | -21.76 |
| | | Cust PO:327.0423 | Job Name: FT WW/ALERT HOLDING FAC | | | |

Invoice Sub-Total    -21.76
Tax    0.00

TOTAL DUE --->    -21.76

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. C_____ ___ ___
CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.com/sale

EXHIBIT 1
Page 169 of 170



**FERGUSON ENTERPRISES, INC.®**

FEI - ANCHORAGE #3017
151 EAST 95TH AVENUE
ANCHORAGE, AK 99515-1809

PRINT DUPLICATE INVOICE

| Deliver To: | RACHEL |
|---|---|
| From: | Michael Pipkin |
| Comments: | |

Please Contact With Questions:
907-273-2100

| Invoice Number | Customer | Page |
|---|---|---|
| CM026474 | 35541 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> -43.24

FEI - FAIRBANKS #3022
PO BOX 847411
DALLAS, TX 75284-7411

Sold To:

GRAYSTAR MECH INC
-FT WW/ALERT HOLDING FAC-
PO BOX 71979
ATTN: ACCOUNTS PAYABLE

Ship To:

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 3022 | 3022 | AKONLY | 327.0423 | DLP | FT WW/ALERT HOLDING FAC | 10/12/2005 | CM0 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | FIBSH | INBOUND - SHIPPING & HAND OI 274243 | 43.240 | EA | -43.24 |
| | | Cust PO:327.0423 | Job Name: FT WW/ALERT HOLDING FAC | | | |

Invoice Sub-Total  -43.24
Tax  0.00

TOTAL DUE ---> -43.24

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOB OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT www.ferguson.co

EXHIBIT 1
Page 170 of 170