Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06:cv-0001-RRB <br><br><br><br><br> <u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u> |

Defendant Safeco Insurance Company of America, by and through its attorneys, Oles Morrison Rinker & Baker LLP, moves for an extension of time, until August 21, 2006, within which to file its opposition to the plaintiff's Motion for Summary Judgment dated July 17, 2006, as the parties are working toward

settlement of this matter.  Counsel for Ferguson Enterprises, Inc., does not oppose this extension.

Dated:  August 4, 2006          OLES MORRISON RINKER & BAKER LLP
                                Attorneys for Defendant

                                By: s/Julia M. I. Holden
                                    Julia M. I. Holden
                                    holden@oles.com
                                    Alaska Bar No. 0310046
                                    745 West 4th Avenue, Suite 502
                                    Anchorage, AK 99501
                                    Phone: (907) 258-0106
                                    Fax:   (907) 258-5519

P-JMH 005 MOT extension MSJ 080406 101400010

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2006, a true and correct copy of the foregoing was served electronically through the EFC system indicated on the Notice of Electronic filing:

Michael A. Grisham
Michael R. Mills
Dorsey & Whitney, LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. 3:06:cv-0001-RRB
Unopposed Motion for Extension of Time to Oppose
Plaintiff's Motion for Summary Judgment -- Page 2 of 2