Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06:cv-0001-RRB <br><br><br><br><br> SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant Safeco Insurance Company of America, by and through its attorneys, Oles Morrison Rinker & Baker LLP, moves for an additional extension of time, until August 28, 2006, within which to file its opposition to the plaintiff's Motion for Summary Judgment dated July 17, 2006, as the parties are

working toward settlement of this matter.  Counsel for Ferguson Enterprises, Inc., does not oppose this extension.

Dated:  August 21, 2006        OLES MORRISON RINKER & BAKER LLP
                               Attorneys for Defendant

                               By: s/Julia M. I. Holden
                                   Julia M. I. Holden
                                   holden@oles.com
                                   Alaska Bar No. 0310046
                                   745 West 4th Avenue, Suite 502
                                   Anchorage, AK 99501
                                   Phone: (907) 258-0106
                                   Fax:   (907) 258-5519

P-BJW 006 MOT 2nd extension MSJ 082106 101400010

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2006, a true and correct copy of the foregoing was served electronically through the EFC system as indicated on the Notice of Electronic filing:

Michael A. Grisham
Michael R. Mills
Dorsey & Whitney, LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. 3:06:cv-0001-RRB
Second Unopposed Motion for Extension of Time to Oppose
Plaintiff's Motion for Summary Judgment -- Page 2 of 2