Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06:cv-0001-RRB <br><br> **PROPOSED** <br> ORDER GRANTING SECOND <br> EXTENSION OF TIME TO <br> TO OPPOSE PLAINTIFF'S <br> MOTION FOR SUMMARY JUDGMENT |

Defendant Safeco Insurance Company of America having moved for a second extension of time to file its opposition to plaintiff's motion for summary judgment, and there being no opposition thereto,

IT IS ORDERED that defendant's opposition to plaintiff's motion for summary judgment is due on or before August 28, 2006.

DATED this ____ day of _____, 2006.

_____
Ralph R. Beistline
Judge of the U.S. District Court

P-BJW 006 ORD 2nd extension MSJ 082106 101400010

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2006, a true and correct copy of the foregoing was served electronically through the EFC system as indicated on the Notice of Electronic filing:

Michael A. Grisham
Michael R. Mills
Dorsey & Whitney, LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*Ferguson Enterprises, Inc. v. Safeco Insurance Co. of America*
Case No. A06-0001 CV
Proposed Order Granting Second Extension of Time to
Oppose Plaintiff's Motion for Summary Judgment -- Page 2 of 2

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519