Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Use-Plaintiff Ferguson Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of FERGUSON ENTERPRISES, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06:cv-00001-RRB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to the above-captioned action hereby stipulate and agree that this matter should be dismissed with prejudice pursuant to the provisions of Civil Rule 41(a), with each party bearing its own costs and attorney's fees, on the grounds that the parties have reached an amicable settlement. The parties therefore request that the Court issue an Order of Dismissal to that effect.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR DISMISSAL WITH PREJUDICE

*Ferguson Enterprises V. Safeco Insurance Co.*

Case No. 3:06:cv-0001-RRB

DATED this 28th day of August, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY, LLP

By: /s/ _____
Michael R. Mills, ABA #8911074
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
FACSIMILE:   (907) 276-4152

OLES MORRISON RINKER & BAKER, LLP

By: /s/ _____
Julia M. I. Holden, ABA #0310046
Barton T. ~~Bart~~ Wachsteter  ABA #0605026
OLES MORRISON RINKER & BAKER LLP
745 W. 4TH Avenue, Suite 502
Anchorage, Alaska 99501
Tel: (907) 258-0106
Fax: (907) 258-5519

CERTIFICATE OF SERVICE

This certifies that on this 28th day of August, 2006, the foregoing was served by first class regular mail on:

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, AK 99501

/s/ Michael A. Grisham

---

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR DISMISSAL WITH PREJUDICE       ALEXANDER vs. ALASKA AIRLINES, ET AL.
Page 2 of 2                                    Case No. A05-137 CV (JWS)