IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of FERGUSON ENTERPRISES, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769,<br><br>      Defendant. | Case No. 3:06-cv-0001-RRB<br><br>**ORDER OF DISMISSAL** |

      Based upon the Stipulation for Dismissal with Prejudice filed by the parties at Docket 21, this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety, each party to bear its own costs and attorney fees.

      ENTERED this 29th day of August, 2006.

                             /s/ RALPH R. BEISTLINE
                             UNITED STATES DISTRICT JUDGE